WILLIAM DAUGHTERY
(Name)
P.O. BOX 2349 / D10-110UP
(Address)
BLYTHE, CA 92226
(City, State, Zip)
F-79985
(CDC Inmate No.)

**FILED**
MAR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Prose ___

# United States District Court
## Southern District of California

WILLIAM JOHN DAUGHTERY
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

DENNIS WILSON, S.D.P.D.,
ESMERALDA TAGABAN, SDPD,
SGT. GRIFFIN, S.D. P.D.,
DET. LEMUS, S.D. P.D.
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 0408 WQH BLM
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, **WILLIAM J.**
(print Plaintiff's name)
**DAUGHTERY**, who presently resides at **CUSP, CHUCKAWALLA PRISON**
(mailing address or place of confinement)
**P.O. BOX 2349 / D10-110UP BLYTHE, CA, 92226**, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at **16th & J**
**STREETS, SAN DIEGO, CA 92101** on (dates) **9 MAR 2006   ET. AL.** and _____.
(institution/place where violation occurred)       (Count 1)       (Count 2)       (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)
K:\COMMON\EVERYONE\1983\1983FORM.COM

Defendant **DENNIS WILSON** (name) resides in **SAN DIEGO, CA** (County of residence), and is employed as a **SAN DIEGO POLICE OFFICER** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: WILSON WAS ACTING AS PART OF A BUY-BUST NARCOTICS TEAM AS 'SCOOP' OR ARRESTING UNIT SUBSEQUENT TO REPORTED SALE TO AN UNDERCOVER AGENT. HE WAS IN FULL UNIFORM AND MARKED SQUAD CAR.

Defendant **ESMERALDA TAGABAN** (name) resides in **SAN DIEGO, CA** (County of residence), and is employed as a **SAN DIEGO POLICE OFFICER** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: TAGABAN WAS ACTING AS PART OF A BUY-BUST NARCOTICS TEAM AS 'SCOOP' OR ARRESTING UNIT SUBSEQUENT TO REPORTED SALE TO AN UNDERCOVER AGENT. SHE WAS IN FULL UNIFORM AND DRIVING SQUAD CAR.

Defendant **SGT. GRIFFIN** (name) resides in **SAN DIEGO, CA** (County of residence), and is employed as a **SAN DIEGO POLICE SERGEANT** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: AS SUPERVISOR OF BUY-BUST, INTEGRAL PARTICIPANT IN UNLAWFUL BEATING IN THAT HE WITNESSES SUPERVISED AND DID NOTHING TO STOP ILLEGAL ACTIVITIES.

Defendant **DET. LEMUS** (name) resides in **SAN DIEGO, CA** (County of residence), and is employed as a **SAN DIEGO POLICE DETECTIVE** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: INTEGRAL PARTICIPANT, WITNESSED UNLAWFUL BEATING, FAILED TO INTERVENE OR REPORT ILLEGAL ACTIVITIES.

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 4th AMENDMENT USCA
UNREASONABLE SEARCH AND SEIZURE, EXCESSIVE USE OF FORCE
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

ON MARCH 9, 2006 ABOUT 8:00 PM OFFICER WILSON IN RESPONSE TO A PRE-ARRANGED RADIO SIGNAL, WAS DIRECTED (2 BLOCKS FROM THE SCENE OF A "BUY-BUST" UNDERCOVER "STING" OPERATION WHICH HE DID NOT WITNESS), INTO THE BLOCK IN WHICH I WAS WALKING SEDATELY. WILSON A UNIFORMED OFFICER, DRIVING MARKED PATROL CAR, APPROACHED ME FROM BEHIND, FLASHED HIS SPOTLIGHT UPON ME THEN ACCELERATED AND USED HIS VEHICLE TO BLOCK THE SIDEWALK I WAS ON. I HALTED ALL MOTION. WILSON EXITED SQUAD CAR, CIRCLED FRONT END AND ADVANCED RAPIDLY, WITHOUT UTTERING A SINGLE WORD SUCH AS: "HALT, GET DOWN, HANDS UP" OR ANY SOUND AT ALL, ALTHOUGH HE EXTENDED HIS HAND AND ARM (LEFT ARM) IN A HALT-TYPE GESTURE. THIS HAND SHOT OUT LIKE A STRIKING SNAKE AND GRIPPED MY THROAT, CHOKING MY AIR AND CONSTRICTING MY ARTERIES. HE THEN PIVOTED ON HIS LEFT FOOT TO SWING BEHIND ME WHILE ADJUSTING HIS GRIP AROUND MY THROAT INTO A CAROTID HOLD. THEN HE TRIPPED ME TO THE GROUND LANDING ON MY BACK. GAINING ADDITIONAL LEVERAGE, HE INCREASED PRESSURE TO MY NECK AND BEGAN BANGING MY FOREHEAD INTO CONCRETE SIDEWALK. AT NO TIME DID I ATTEMPT TO FLEE, STRUGGLE, RESIST, SPEAK, SPIT, CURSE OR DO ANYTHING THAN TO SUBMIT. ONE MINUTE LATER, OFFICER E. TAGABAN (ALSO IN UNIFORM AND DRIVING MARKED SQUAD CAR) EXITED HER VEHICLE AND WITHOUT DELAY BEGAN BEATING MY HEAD AND LEFT SHOULDER WITH METAL 2 FOOT FLASHLIGHT WITH BATTERIES INSTALLED. SHE STRUCK 6 OR 8 TIMES PRIOR TO WILSON STATING THAT "HE HAS SOMETHING IN HIS MOUTH!" THEN SHE RESUMED BEATING WITH THE FLASHLIGHT WITH MORE

§ 1983 SD Form
3

Count 2: The following civil right has been violated: __14th AMENDMENT USCA.__
(E.g., right to medical care, access to courts,
__UNREASONABLE SEARCH AND SEIZURE; EXCESSIVE USE of FORCE.__
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

VIGOR, ABOUT 6 MORE STRIKES TO THE HEAD AND LEFT PARTS of my UPPER BODY NOT SHIELDED BY WILSON'S BODY. I LOST CONSCIOUSNESS FOR AN UNDETERMINED AMOUNT of TIME. I WAS NEXT COGNIZANT of MY SURROUNDINGS SITTING IN WILSON'S SQUAD CAR. A PERSON ARRESTED EARLIER WAS SEATED NEXT TO ME AND SAID "I SAW THE WHOLE THING AND I AM GOING TO TESTIFY FOR YOU, IT WAS 'FOUL' WHAT THEY DID." (THIS WAS MR. MONTGOMERY AND HE DID IN FACT LATER TESTIFY IN P.C. 1538.5 SUPPRESSION HEARING AND HIS TESTIMONY WAS READ INTO THE RECORD AT TRIAL). OFFICER TAGABAN ALSO HAD AN ARRESTEE IN HER CAR WHO ALSO TESTIFIED AT TRIAL, BUT NOT 1538.5 HEARING. OFFICER DETECTIVE LEMUS (UNDERCOVER AGENT) AND SGT. GRIFFIN, PRESENT AT SCENE of BEATING ALSO TESTIFIED AND DID NOTHING TO HALT ILLEGAL ACTS. I COMPLAINED OF INJURIES AND WAS REFUSED MEDICAL ATTENTION TO CONCEAL THE ABUSE. INSTEAD, I WAS TAKEN TO COUNTY MENTAL HOSPITAL for PSYCH EVALUATION, GIVEN CURSORY EXAM By PSYCHIATRIC NURSE WHO DISCOVERED PART OF WOUNDS. LATER PHOTOGRAPH REVEALED HEAD INJURIES, INCLUDING 'BOOKING' PHOTO. I AT NO TIME RECEIVED TREATMENT WHILE IN OFFICERS CUSTODY. I WAS SUBSEQUENTLY CONVICTED of SALES of CRACK COCAINE, S.D. SUPERIOR COURT CASE No. SCD197549/ ABS 652, COURT of APPEAL (PENDING) #D51313. THIS ACTION DOES NOT (1983) CONSTITUTE AN ATTACK ON THE CONVICTION AND THEREFOR NO COLLATERAL ESTOPPEL WILL ENSUE AS PER: KAUFMAN V. MOSS (1970) 420 F.2d 1270, 1274 (3d CIR 1970). QUOTING KAUFMAN V. MOSS: "THERE IS "NOTHING IN THE RECORD WHICH SUPPORTS THE CONCLUSION THAT THE SUPERIOR COURT DECIDED THAT THE FORCE USED IN ARREST WAS REASONABLE" FOR PURPOSES. BARRING A SUBSEQUENT LITIGATION

Count 3: The following civil right has been violated: _____

14th Amendment USCA
(e.g., right to medical care, access to courts,

UNREASONABLE SEARCH AND SEIZURE, EXCESSIVE USE OF FORCE

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

FOR EXCESSIVE OR UNREASONABLE USE OF FORCE." THE STATE WILL STILL HAVE AN OPPORTUNITY TO ESTABLISH ITS CONTENTIONS AT TRIAL. THE TRIAL COURT USED A 'SHOCK THE CONSCIOUS' STANDARD WHEREAS CIVIL DICTATES A 'REASONABLENESS' STANDARD. THE ATTACK BY WILSON AND TAGABAN WAS UNWARRANTED BY THE PARTICULAR FACTS AND CIRCUMSTANCES OR CONSIDERATIONS OF SELF-DEFENSE OR PUBLIC SAFETY CONCERNS, UNLIKE; PEO. V. CISNEROS (1963) 29 CAL RPTR. 146, 214 CAL. APP. 2d 62, I, AT NO TIME RESISTED, INTIMATED, EVADED OR ATTEMPTED ESCAPE OR TRIED VIOLENCE. I ASK EQUITABLE TOLLING OF ALL LIMITATIONS STATUTES IN THAT IN ADDITION TO HAVING LONG STANDING MENTAL PROBLEMS AS WELL AS UNDERGOING TREATMENT SUBSEQUENT TO THIS ASSAULT, I HAVE BEEN SHUTTLED TO SIX (6) DIFFERENT JAILS AND PRISONS AND HAVE HAD DIFFICULTY CONTACTING WILLING ATTORNEYS, AS WELL AS FILING COMPLAINT WITH POLICE INTERNAL AFFAIRS, AND SEEKING REFERRALS FROM STATE + COUNTY BAR ASSN.S. I DID NOT RESIST THIS ATTACK' EVANS V. CITY OF BAKERSFIELD (1994) 22 CAL RPTR. 2d 406, 22 CAL APP 4th 321 (5th DIST CAL APP. 1994). NO QUALIFIED IMMUNITY: HOPE V. PELZER 122 S.CT. 2508 (US 2002), GROH V. RAMIREZ 124 S.CT. 1284 (US 2004), ROBINSON V. SOLANO COUNTY 278 F3d 1007 (9th CIR 2002), ELENE H. V. COUNTY OF LOS ANGELES (1990) 220 CAL APP 3d 1445, 269 CAL RPTR. 783, BLACK V. STEPHENS (CA 3 (PA) 1981) 662 F 2d 181, 661 F2d 87, FEEMSTER V. DEHNTJER (CA 8 (MO) 1981) POLICE NEVER JUSTIFIED IN USING FORCE ON QUIETLY SUBMITTING ARRESTEE.

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised: _____
_____
_____
_____
_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
FILED CITIZENS' COMPLAINT WITH INTERNAL AFFAIRS DIVISION OF SAN DIEGO POLICE DEPARTMENT. INVESTIGATION PENDING AT PRESENT.

E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _____

_____

_____

2. Damages in the sum of $ 635,000.00.

3. Punitive damages in the sum of $ 225,000.00.

4. Other: _____

_____

F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

2-25-08
Date

_____
Signature of Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

William John Daughtery

DEFENDANTS

Wilson, et al

FILED
MAR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   Riverside
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

William John Daughtery
PO Box 2349
Blythe, CA 92226
F-79985

ATTORNEYS (IF KNOWN)

'08 CV 0408 WQH BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   3/3/2008

SIGNATURE OF ATTORNEY OF RECORD