**WILLIAM DAUGHTERY**
PLAINTIFF/PETITIONER/MOVANT'S NAME

**E79985**
PRISON NUMBER

**C.V.S.P. CHUCKAWALLA STATE PRISON**
PLACE OF CONFINEMENT

**P.O. BOX 2349 / D 10-110 UP**
**BLYTHE, CA. 92226**
ADDRESS

FILED
MAR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## SOUTHERN District Of California

**WILLIAM JOHN DAUGHTERY**,
Plaintiff/Petitioner/Movant

v.

**DENNIS WILSON & E. TAGABAN**,
Defendant/Respondent

Civil No. **'08 CV 0408 WQH BLM**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**DECLARATION UNDER PENALTY OF PERJURY AND APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, **WILLIAM JOHN DAUGHTERY**, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☑Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration **CVSP CHUCKAWALLA VALLEY STATE PRISON**
   Are you employed at the institution? ☑Yes ☐ No
   Do you receive any payment from the institution? ☐ Yes ☑ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months' transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *LAST EMPLOYMENT DATE MAY 1, 2007, TAKE HOME $49.00, LABOR READY INC CLAIREMONT MESA BLVD SAN DIEGO, CA.*

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☒ Yes ☐ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No
   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. *SSI $900.00*

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

CIV-67 (Rev. 6/96)               -2-               K:\COMMON\FORMS\CIV-67

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _$3000.00 SD. SUPERIOR COURT FINES & RESTITUTION, $1000 PARKING TICKETS CITY OF SAN DIEGO_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets (include any items of value held in someone else's name)): _NONE_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _N/A_

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-25-08
DATE                                    SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

**PRISON CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

*[handwritten: Copy of Trust Acct. + Certification Attached]*

I certify that the applicant_____,
(NAME OF INMATE)

_____
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ _____,

and the *average monthly deposits* to the applicant's account was $_____.

(<u>Please attach a certified copy of applicant's trust account statement showing transactions for the past six months.</u>)

_____          _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                 _____
                                 OFFICER'S FULL NAME (PRINTED)

                                 _____
                                 OFFICER'S TITLE/RANK

CIV-67 (Rev. 6/96)                      -4-                      K:\COMMON\FORMS\CIV-67

```
REPORT ID: TS3030 .701                           REPORT DATE: 02/21/08
                                                 PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CHUCKAWALLA VALLEY PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 21, 2008

ACCOUNT NUMBER : F79935              BED/CELL NUMBER: 010 000000001100
ACCOUNT NAME   : DAUGHTERY, WILLIAM JOHN    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -----------   -------   ---------  --------  -----------  -------

08/01/2007    BEGINNING BALANCE                                           0.00

10/19  D320  TRUST FUNDS I 1307/RJD              238.20                 238.20
10/22  W536  COPAY CHARGE  1318/10-11                         5.00      233.20
10/22  FC03  DRAW-FAC 3    1315/C-YD                        180.00       53.20
10/23  W516  LEGAL COPY CH 1331/09-26                         1.60       51.60
10/23  W516  LEGAL COPY CH 1331/09-26                        15.00       36.60
10/23  W516  LEGAL COPY CH 1331/09-26                         4.50       32.10
10/23  W516  LEGAL COPY CH 1331/09-28                         0.20       31.90
10/23  W516  LEGAL COPY CH 1331/10-04                         5.00       26.90
10/23  W516  LEGAL COPY CH 1331/10-16                         3.60       23.30
10/24  W512  LEGAL POSTAGE 1347/10-17                         0.58       22.72
10/24  W512  LEGAL POSTAGE 1347/10-17                         0.58       22.14
10/24  W512  LEGAL POSTAGE 1347/10-17                         0.58       21.56
10/24  W512  LEGAL POSTAGE 1347/10-17                         0.58       20.98
10/24  W512  LEGAL POSTAGE 1347/10-17                         0.58       20.40
10/30* W512 LEGAL POSTAGE 1412/9-26                           4.60       15.80
10/30* W512 LEGAL POSTAGE 1412/9-26                           1.82       13.98
11/01  W512  LEGAL POSTAGE 1444/10-25                         0.41       13.57
11/01  W512  LEGAL POSTAGE 1444/10-25                         0.41       13.16
11/26  W516  LEGAL COPY CH 1654/11-14                         2.50       10.66
11/29* DD30 CASH DEPOSIT  1708/KR              225.00                   235.66
11/30  W512  LEGAL POSTAGE 1716/11-27                         4.80      230.86
12/03  W516  LEGAL COPY CH 1732/11-30                         0.60      230.26
12/04  W536  COPAY CHARGE  175111-30                          5.00      225.26
12/10  W521  FUND RAISER C 1830 C YD                         37.00      188.26
12/17  FC03  DRAW-FAC 3    1930/C                           180.00        8.26
       ACTIVITY FOR 2008
01/04  W516  LEGAL COPY CH 2073/1-2                           0.90        7.36
01/08  W536  COPAY CHARGE  2105/1-80                          5.00        2.36
01/08  W516  LEGAL COPY CH 2118/1-7                           2.36        0.00
01/14  FR01  CANTEEN RETUR 702179                            23.89-      23.89
02/15  W512  LEGAL POSTAGE 2593/1-09                          1.82       22.07


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/20/07              CASE NUMBER: SCD197549
COUNTY CODE: SD                       FINE AMOUNT: $  1,600.00


DATE    TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
-----   ------   -----------                    -----------    -------
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 2-21-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

```
REPORT ID: TS3030 .701                          REPORT DATE: 02/21/08
                                                PAGE NO:        2
                        CHUCKAWALLA VALLEY PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 21, 2008

ACCT: F79985     ACCT NAME: DAUGHTERY, WILLIAM JOHN     ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/20/07                CASE NUMBER: SCD197549
COUNTY CODE: SD                         FINE AMOUNT: $   1,600.00

  DATE     TRANS.   DESCRIPTION                  TRANS. AMT.    BALANCE
  ----     ------   -----------                  -----------    -------
11/29/07   DR30     REST DED-CASH DEPOSIT           250.00-     1,200.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL      TOTAL         CURRENT     HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
  ---------    --------   -----------   -------     -------    ------------
     0.00       463.20      441.13        22.07       0.00         0.00


                                                          CURRENT
                                                          AVAILABLE
                                                          BALANCE
                                                          ---------
                                                            22.07
                                                          ---------
```

```
REPORT ID: TS3030 .701                          REPORT DATE: 02/22/08
                                                PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                    R.J.DONOVAN CORR. FACILITY
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 22, 2008

ACCOUNT NUMBER  : F79985              BED/CELL NUMBER:
ACCOUNT NAME    : DAUGHTERY, WILLIAM JOHN    ACCOUNT TYPE: T
PRIVILEGE GROUP :
                          TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE  DESCRIPTION   COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

08/01/2007  BEGINNING BALANCE                                             0.00

08/07 D300 CASH DEPOSIT   0654/S8DF              200.00                 200.00
08/09 W536 COPAY CHARGE   0683/JUL07                            5.00    195.00
08/21 FC04 DRAW-FAC 4     0912/F43RD                           90.00    105.00
08/31*DD30 CASH DEPOSIT   1114/POBOX              135.00                240.00
09/11 W515 COPY CHARGE    1314/AUG07                            1.20    238.80
09/18 FC04 DRAW-FAC 4     1468/F43RD                           90.00    148.80
09/19 W515 COPY CHARGE    1501/SEP07                            0.60    148.20
10/09 FR01 CANTEEN RETUR  701841                  90.00                 238.20
10/12 W610 TRANSFER OF T  1933/CVSP  015129640                238.20      0.00


                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/20/07                 CASE NUMBER: SCD197549
COUNTY CODE: SD                          FINE AMOUNT: $ 1,600.00

DATE       TRANS  DESCRIPTION                   TRANS. AMT.   BALANCE

08/01/2007  BEGINNING BALANCE                                 1,600.00

08/31/07    DR30   REST DED-CASH DEPOSIT        150.00        1,450.00


* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                        TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED

  0.00       335.00      335.00       0.00       0.00       0.00

                                                 CURRENT
                                                 AVAILABLE
                                                 BALANCE

                                                   0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY:

— THIS FORM MUST BE KEPT CONFIDENTIAL — FW-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| WILLIAM JOHN DAUGHTERY, PRO PER<br>F79985<br>PO BOX 2349 / D10-110UP<br>BLYTHE CA. 92226<br>TELEPHONE NO.: NONE   FAX NO. (Optional): NONE<br>E-MAIL ADDRESS (Optional): WJD8591@YAHOO.COM<br>ATTORNEY FOR (Name): | |

NAME OF COURT: US DISTRICT COURT, SOUTHERN CAL.
STREET ADDRESS: 880 FRONT ST. #4290
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN CALIFORNIA DISTRICT

PLAINTIFF/ PETITIONER: WILLIAM DAUGHTERY
DEFENDANT/ RESPONDENT: D. WILSON + E. TAGABAN, SRPD

| APPLICATION FOR<br>WAIVER OF COURT FEES AND COSTS | CASE NUMBER: |
|---|---|

I request a court order so that I do not have to pay court fees and costs.
1. a. [X] I am *not* able to pay any of the court fees and costs.
   b. [ ] I am able to pay *only* the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code):
P.O. BOX 2349 / D10-110UP, BLYTHE CA 92226
3. a. My occupation, employer, and employer's address are (specify):
UNEMPLOYED
   b. My spouse's occupation, employer, and employer's address are (specify):

4. [X] I am receiving financial assistance under one or more of the following programs:
   a. [X] **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
   b. [ ] **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. [ ] **Food Stamps:** The Food Stamp Program
   d. [ ] **County Relief, General Relief (G.R.), or General Assistance (G.A.)**
5. If you checked box 4, you must check and complete **one of the three boxes below,** unless you are a defendant in an unlawful detainer action. Do not check more than one box.
   a. [ ] (Optional) My Medi-Cal number is (specify):
   b. [X] (Optional) My social security number is (specify):
      4 5 7 - 0 4 - 8 5 9 1   and my date of birth is (specify):
      [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.]
   c. [ ] I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
      [See Form FW-001-INFO, Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]
6. [ ] My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.
[if you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]
7. [ ] My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. *[If you check this box, you must complete the back of this form.]*

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.
Date: 2-25-08
WILLIAM JOHN DAUGHTERY
(TYPE OR PRINT NAME)        (Financial information on reverse)        (SIGNATURE)
                                                                              Page 1 of 2

Form Adopted for Mandatory Use  APPLICATION FOR WAIVER OF COURT FEES AND COSTS   Government Code,
Judicial Council of California                        (Fee Waiver)                § 68511.3
FW-001 [Rev. July 1, 2007]                                                www.courtinfo.ca.gov

FW-001

| PLAINTIFF/PETITIONER: WILLIAM DAUGHTERY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: D. WILSON & E. TAGABAN, SDPD | |

## FINANCIAL INFORMATION

8. ☐ My pay changes considerably from month to month. *[If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]*

9. **MY MONTHLY INCOME**
   a. My gross monthly pay is: .............. $ 900.00
   b. **My payroll deductions are** *(specify purpose and amount)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      My TOTAL payroll deduction amount is: $ 0
   c. My monthly take-home pay is (a. minus b.): .................. $ 900.00
   d. Other money I get each month is *(specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      The TOTAL amount of other money is: $ 0
      *(If more space is needed, attach page labeled Attachment 9d.)*
   e. **MY TOTAL MONTHLY INCOME IS** (c. plus d.): ........ $ 900.00
   f. Number of persons living in my home: ____
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

      | Name | Age | Relationship | Gross Monthly Income |
      |---|---|---|---|
      | (1) WILLIAM | 52 | SELF | $ 900.00 |
      | (2) | | | $ |
      | (3) | | | $ |
      | (4) | | | $ |
      | (5) | | | $ |

      The TOTAL amount of other money is: $ 0
      *(If more space is needed, attach page labeled Attachment 9f.)*
   g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS** (a. plus d. plus f): ............... $ 900.00

10. I own or have an interest in the following property:
    a. Cash .......................... $ 0
    b. Checking, savings, and credit union accounts (list banks):
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
    c. Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each)*:

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) | $ | $ 0 |
       | (2) | $ | $ |
       | (3) | $ | $ |

    d. Real estate *(list address, estimated fair market value (FMV), and loan balance of each property)*:

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) | $ | $ 0 |
       | (2) | $ | $ |
       | (3) | $ | $ |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately)*:
       $ 0

11. **My monthly expenses not already listed in item 9b above are the following:**
    a. Rent or house payment & maintenance $ _____
    b. Food and household supplies ......... $ _____
    c. Utilities and telephone ............... $ _____
    d. Clothing .......................... $ _____
    e. Laundry and cleaning ............... $ _____
    f. Medical and dental payments ........ $ _____
    g. Insurance (life, health, accident, etc.) $ _____
    h. School, child care ................. $ _____
    i. Child, spousal support (prior marriage) $ _____
    j. Transportation and auto expenses (insurance, gas, repair) ............... $ 0
    k. Installment payments *(specify purpose and amount)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       The TOTAL amount of monthly installment payments is: ............... $ 0
    l. Amounts deducted due to wage assignments and earnings withholding orders: $ 0
    m. Other expenses *(specify)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
       (5) _____ $ _____
       The TOTAL amount of other monthly expenses is: .................... $ _____
    n. **MY TOTAL MONTHLY EXPENSES ARE** (add a. through m.): ............... $ 0

12. Other facts that support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12)*:

---

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

FW-001 (Rev. July 1, 2007)  **APPLICATION FOR WAIVER OF COURT FEES AND COSTS**  Page 2 of 2
(Fee Waiver)

FW-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): WILLIAM JOHN DAUGHTERY (PRO PER) F79985 P.O. BOX 2349 / D 10-110 UP BLYTHE CA. 92226 | TELEPHONE NO.: NONE | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (Name):

NAME OF COURT AND BRANCH, IF ANY: US DISTRICT COURT, SOUTHERN
STREET ADDRESS: 880 FRONT ST #4296
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900

~~PLAINTIFF~~: D. WILSON + E. TAGABAN, S.D. P.D. DEFENDANTS
~~DEFENDANT~~: WILLIAM DAUGHTERY, PLAINTIFF

**APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS**

CASE NUMBER:

---

1. I was granted a waiver of court fees and costs in this case on (date) .................

2. a. [X] My financial status has **not changed** since I filed my original application.

   b. [ ] My financial status **has changed** since I filed my original application AND a new application is attached.

3. I ask the court to extend my waiver of fees to cover the following additional court fees and costs:

   a. [X] Jury fees and expenses.

   b. [X] Court appointed interpreters' fees for witnesses.

   c. [X] Witness fees of peace officers whose attendance is necessary for reasons shown below.

   d. [X] Reporters' fees for attendance at hearings and trials held more than sixty days after the date of the original application as shown above.

   e. [X] Witness fees for court appointed experts.

   f. [X] Other (specify):
   TRANSCRIPTS OF PRIOR PROCEEDINGS.

4. These additional services are needed because (use additional sheet if necessary):
   NECESSARY TO DETERMINE VIABILITY OF SUIT.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on (date): 2-25-08 at (place) BLYTHE, CA 92226

WILLIAM JOHN DAUGHTERY
(Type or print name)

(Signature)

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California FW-002 [Rev. January 1, 2007] | **APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS** (Fee Waiver) | Government Code § 68511.3 www.courtinfo.ca.gov American LegalNet, Inc. www.FormsWorkflow.com |
|---|---|---|

FW-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| WILLIAM DAUGHTERY (PRO PER)<br>F79985<br>P.O. BOX 2349 / D10-110 UP<br>TELEPHONE NO.: BLYTHE CA 92226   FAX NO.: NA<br>E-MAIL ADDRESS (Optional): NA<br>ATTORNEY FOR (Name): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 300 W. BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO CA 92101
BRANCH NAME: SUPERIOR COURT DOWNTOWN

PLAINTIFF/ PETITIONER: WILLIAM DAUGHTERY
DEFENDANT/ RESPONDENT: D. WILSON & E. TAGABAN SDPD

CASE NUMBER:

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

1. The application was filed on (date): ☐ A previous order was issued on (date):
2. The application was filed by (name):
3. ☐ IT IS ORDERED that the application is **granted** ☐ in whole ☐ in part (complete item 4 below).
   a. ☐ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rule 3.61, **is waived**.
   b. ☐ **The applicant shall pay** all the fees and costs listed in California Rules of Court, rule 3.61, EXCEPT the following:
      (1) ☐ Filing papers.                    (6) ☐ Sheriff and marshal fees.
      (2) ☐ Certification and copying.        (7) ☐ Reporter's fees* (valid for 60 days).
      (3) ☐ Issuing process and certification.(8) ☐ Telephone appearance (Gov. Code, § 68070.1 (c))
      (4) ☐ Transmittal of papers.            (9) ☐ Other (specify code section):
      (5) ☐ Court-appointed interpreter.
      Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. **Method of payment.** The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):          percent. (2) ☐ Pay: $          per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:

      | Date: | Time: | Dept.: | Div.: | Room: |

   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. **All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.**
4. ☐ IT IS ORDERED that the application is **denied** ☐ in whole ☐ in part for the following reasons (see Cal. Rules of Court, rules 3.50–3.63):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form FW-001-INFO).
   b. ☐ Other (Complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a **hearing** be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:

      | Date: | Time: | Dept.: | Div.: | Room: |

   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

**NOTICE:** If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

**WARNING:** The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date:
_____           ☐ Clerk, by _____, Deputy
JUDICIAL OFFICER          (Clerk may GRANT in full a nondiscretionary fee waiver; see Cal. Rule of Court, rules 3.56.)     Page 1 of 2

Form Adopted for Mandatory Use        **ORDER ON APPLICATION FOR WAIVER OF**         Government Code, § 68511.3;
Judicial Council of California              **COURT FEES AND COSTS (Fee Waiver)**         Cal. Rules of Court, rules 3.50–3.63
FW-003 [Rev. January 1, 2007]                                                              www.courtinfo.ca.gov
                                       American LegalNet, Inc.
                                       www.FormsWorkflow.com

FW-003

| PLAINTIFF/PETITIONER (Name): WILLIAM JOHN DAUGHTERY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT (Name): D. WILSON + E. TAGABAN SDPD | |

4b ☐ Application is denied in whole or in part *(specify reasons):*

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at
*(place):*                                                                                                                    , California,
on *(date):*

Clerk, by _____ , Deputy

(SEAL)

## CLERK'S CERTIFICATE

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date:                    Clerk, by _____ , Deputy

FW-003 [Rev. January 1, 2007] | **ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (Fee Waiver)** | Page 2 of 2

FW-003

FW-004

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): PRO PER<br>WILLIAM DAUGHTERY<br>F79985<br>P.O. BOX 2349 / D10-100up<br>TELEPHONE NO.: BLYTHE, CA 92226   FAX NO.: NA<br>E-MAIL ADDRESS (Optional): NONE<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: WILLIAM JOHN DAUGHTERY

DEFENDANT/RESPONDENT: D. WILSON + E. TAGABAN  SDPD

| ORDER ON APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS (Cal. Rules of Court, rule 3.62) | CASE NUMBER: |
|---|---|

1. The application was filed on (date):         ☐ A previous order was issued on (date):
2. The application was filed by (name):
3. ☐ IT IS ORDERED that the application is **granted**  ☐ in whole  ☐ in part (complete item 4 below).
   a. ☐ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rule 3.62, **is waived.**
   b. ☐ **Applicant shall pay** all the fees and costs listed in California Rules of Court, rule 3.62, EXCEPT the following:
      (1) ☐ Jury fees and expenses.                     (5) ☐ Court-appointed experts.
      (2) ☐ Court-appointed interpreter for witnesses.  (6) ☐ Other fees and costs (specify):
      (3) ☐ Witness fees of peace officers.
      (4) ☐ Reporter's fees (beyond 60 days).
   c. **Method of payment.** Applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):                     percent.
      (2) ☐ Pay: $          per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period.
      ☐ The applicant is ordered to appear for the court's review of the applicant's financial status as follows:
      | Date: | Time: | Dept.: | Room: |
      |---|---|---|---|
   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. **All unpaid fees and costs shall be deemed to be taxable costs if applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.**
4. ☐ IT IS ORDERED that the application is **denied**  ☐ in whole  ☐ in part
   for the following reasons (see Cal. Rules of Court, rules 3.50–3.63):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form FW-001-INFO).
   b. ☐ Other (Complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that **a hearing** be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):

   b. **Applicant should be present** at the hearing to be held as follows:
      | Date: | Time: | Dept.: | Room: |
      |---|---|---|---|
   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

Date: _____  ☐ _____  ☐ Clerk, by _____, Deputy
                              JUDICIAL OFFICER
(Clerk may GRANT in full a nondiscretionary fee waiver; see Cal. Rules of Court, rule 3.56.)                Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FW-004 [Rev. January 1, 2007] | **ORDER ON APPLICATION FOR WAIVER OF<br>ADDITIONAL COURT FEES AND COSTS**<br>(Fee Waiver) | Government Code, § 68511.3;<br>Cal. Rules of Court, rules 3.50–3.63<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

FW-004

| PLAINTIFF/PETITIONER (Name): WILLIAM DAUGHTORY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT (Name): D. WILSON + E. TAGABAN SDPD | |

4b ☐ Application is denied in whole or in part (specify reasons):

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at (place): _____, California,
on (date): _____

Clerk, by _____, Deputy

(SEAL)

### CLERK'S CERTIFICATE

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: _____     Clerk, by _____, Deputy

FW-004 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS**
(Fee Waiver)

Page 2 of 2

FW-005

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| WILLIAM DAUGHTERY (PRO PER) F29985 P.O. BOX 2349 / D10-110 UP BLYTHE, CA, 92226 | | |

ATTORNEY FOR (Name):

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:
US DISTRICT, SOUTHERN
880 FRONT ST. #4290
SAN DIEGO, CA 92101-8900

PLAINTIFF: WILLIAM DAUGHTERY

DEFENDANT: D. WILSON + E. TAGABAN, SDPD

**NOTICE OF WAIVER OF COURT FEES AND COSTS**

CASE NUMBER:

1. The application for waiver of court fees and costs was filed

    a. on (date):

    b. by (name):

2. The application was granted by operation of law.

3. The applicant may proceed in this action without payment of
    a. ☐ court fees and costs listed in rule 3.61 of the California Rules of Court.
    b. ☐ the following court fees and costs (specify):

Dated: _____   Clerk, by _____
                                                              (Deputy)

**CLERK'S CERTIFICATION**

(SEAL)

I certify that the foregoing is a true copy of the original on file in my office.

Dated: ..............................   Clerk, by ..............................
                                                          (Deputy)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FW-005 [Rev. January 1, 2007]

**NOTICE OF WAIVER OF COURT FEES AND COSTS**
**(Fee Waiver)**

Government Code § 68511.3;
Cal. Rules of Court, rules 3.50–3.63
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com