# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

William John Daughtery

vs

Dennis Wilson; Esmeralda Tagaban; Griffin; Lemus

**SUMMONS IN A CIVIL ACTION**
Case No.   08cv408-WQH-BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff:

William John Daughtery
F-79985
PO Box 2349
Blythe, CA  92226

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_W. Samuel Hamrick, Jr._
Clerk of Court

By M. Cruz, Deputy Clerk

March 10, 2008
DATE

AO 440 (Rev 5/85) Summons in a Civil Action