# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM S. DAUGHTERY | 08CV-408-WQH-BLM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ESMERALDA TAGABAN, S.D.P.D. DETECTIVE | CIVIL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DET. ESMERALDA TAGABAN, SAN DIEGO POLICE DEPARTMENT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1400 BROADWAY ST. SAN DIEGO CA, 92101

FILED 2008 MAR 27 AM 9:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM DAUGHTERY
F79985
P.O. BOX 2349/D10-1104P
BLYTHE, CA. 92226

| Number of process to be served with this Form - 285 | (1) ONE |
| Number of parties to be served in this case | (4) FOUR |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DETECTIVE TAGABAN IS A DETECTIVE WITH SDPD CENTRAL DIVISON'S TEAM 8 NARCOTICS TASK FORCE - LOCATED AT 2500 IMPERIAL AVENUE, SAN DIEGO, CA. 92101

RECEIVED 08 MAR 24 P 1:19 US MARSHAL SOUTHERN DISTRICT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 3-17-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk: Scott | Date: 3/24/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
DETECTIVE METZ, INTERNAL AFFAIRS, S.D.P.D.

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 26 MARCH 08   Time: 12:15 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:**

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)