**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM J. DAUGHTERY | 08cv 408-WQH-BLM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DENNIS WILSON, Sheriff's Deputy | |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DENNIS WILSON, Deputy c/o S.D. County Sheriffs Department H.Q.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FRONT AND 'C' STREETS, SAN DIEGO, CA. 92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM DAUGHTERY
F79985
P.O. BOX 2349 / D10-110uP
BLYTHE, CA. 92226

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 (ONE) |
| Number of parties to be served in this case | 4 (FOUR) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

DEPUTY WILSON IS FORMERLY OFFICER WILSON OF S.D. POLICE DEPARTMENT, AND HAS BEEN A DEPUTY FOR LESS THAN 2 YEARS. A FORMER MEMBER OF S.D. POLICE DEPARTMENT TEAM 8 NARCOTICS SQUAD

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE 3-17-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 98 | 98 | | 3/24/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

| Date of Service | Time | |
|---|---|---|
| 26 Mar 08 | 1150 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
1.) AT S.D. SHERIFF OFFICE AT FRONT AND "C" STREET. ASK COMMUNITY SERVICE OFFICER REVIEW DEPARTMENT DIRECTORY. NO DENNIS WILSON LISTED AS S.D. COUNTY SHERIFF 11:43, 26 MARCH 2008

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|