UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, | ) Case No. 08cv408 (WQH) BLM |
| Plaintiff, | ) **DECLARATION OF SERVICE** |
| v. | ) |
| DENNIS WILSON; ESMERALDA TAGABAN; GRIFFIN; LEMUS, | ) |
| Defendants. | ) |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents, **DEFENDANTS GRIFFIN AND TAGABAN'S ANSWER TO PLAINTIFF'S COMPLAINT,** in the following manner: (Check one)

1) _____    By personally delivering copies to the person served.

2) _____    By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) \_\_**X**\_\_    By placing a copy in a separate envelope, for each address named below, and placing it for collection and mailing with the United States Postal Service, at San Diego, California on **April 15, 2008.**

**SERVICE LIST**

William John Daughtery
F-79985
PO Box 2349
Blythe, CA  92226

Executed on April 15, 2008**,** at San Diego, California.

_____
CARMEN SANDOVAL