FILED

2008 APR 21 PM 3:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____Rm_____ DEPUTY

**NUNC PRO TUNC**

APR 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, PLAINTIFF<br><br>v.<br><br>DENNIS WILSON; ESMERALDA TAGABAN GRIFFIN; LEMUS | Civil No. 08CV408-WQH-BLM<br><br>REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST |

1.  I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A.  my claim is meritorious (that is, I have a good case), and

    B.  I have made a reasonably diligent effort to obtain counsel, and

    C.  I am unable to find an attorney willing to represent me on terms that I can afford.

2.  A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.  A.  Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ____ Yes    _X_ No

APPLICATION IS BEING MADE PURSUANT 28 USC, SEC. 1915(e)(1) ATTORNEY

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4      B.   Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6      ____ Yes     _X_ No
7      C.   If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel</u>.

THE ABOVE ENTITLED CASE IS A CLAIM UNDER TITLE 42 USC, SECTION 1983 CIVIL RIGHTS VIOLATION, COMPLAINT ALLEGES FACTS SUFFICIENT TO SURVIVE THE SUA SPONTE SCREENING REQUIRED BY 28 USC § 1915(e)(2) AND 1915A(b). A COPY OF COURT ORDER GRANTING MOTION TO PROCEED IS ENCLOSED IN LIEU OF RIGHT TO SUE LETTER. 28 USC SECTION 1915(e)(1) THE COURT MAY REQUEST AN ATTORNEY TO REPRESENT ANY PERSON UNABLE TO AFFORD COUNSEL.

28 (Attach additional sheets as needed)

|    |    |
|----|----|
| 1  | 4. Have you talked with any attorney about handling your claim? |
| 2  | ✓ Yes ___ No |
| 3  | If "YES," give the following information about each attorney with whom you talked: |
| 4  | Attorney: MICHAEL R. MARRINAN, 1614 5th AVE SD, CA. 92101 |
| 5  | When: 8-8-07 AND 11-11-07 |
| 6  | Where: FROM SAN DIEGO, CALIFORNIA. |
| 7  | How (by telephone, in person, etc.): BY MAIL |
| 8  | Why attorney was not employed to handle your claim: NO RESPONSE |
| 9  | TO INQUIRIES. |
| 10 |    |
| 11 |    |
| 12 | Attorney: GRADY & ASSOCIATES, 3517 CAMINO DEL RIO SOUTH #400 |
| 13 | When: SAN DIEGO CALIFORNIA 92108, 12-1-07 |
| 14 | Where: FROM BLYTHE CALIFORNIA 92226 |
| 15 | How (by telephone, in person, etc.): BY MAIL |
| 16 | Why attorney was not employed to handle your claim: |
| 17 | FIRM DOES NOT HANDLE CASES OF THIS TYPE |
| 18 |    |
| 19 |    |
| 20 | Attorney: JEFFERY FREEMAN, 170 LAUREL ST., SAN DIEGO CA. 92101 |
| 21 | When: 12-10-07 |
| 22 | Where: FROM BLYTHE, CALIFORNIA. |
| 23 | How (by telephone, in person, etc.): BY MAIL |
| 24 | Why attorney was not employed to handle your claim: |
| 25 | FIRM DOES NOT HANDLE CASES OF THIS TYPE |
| 26 |    |
| 27 |    |
| 28 | (Attach additional sheets as needed) |

5. Explain any other efforts you have made to contact an attorney to handle your claim: ① ATTORNEY REFERRAL SERVICE, 501 W. BROADWAY, PLAZA A, SAN DIEGO, CA, 92101-3562 — NO RESPONSE ② S.D. COUNTY BAR ASSOC. LAWYER REFERRAL SERVICE, 1333 SEVENTH AVE, SAN DIEGO, CA 92101-4305 — NO AVAILABLE ATTORNEYS

6. Give any other information which supports your application for the court to appoint an attorney for you: I AM A DISABLED PERSON AS PER A.D.A. I AM AN INDIGENT PERSON, PRESENTLY INCARCERATED IN CHUCKAWALLA VALLEY STATE PRISON AS A RESULT OF THE INCIDENT THAT I AM SUING FOR. I HAVE NO ACCESS TO MEANS TO INVESTIGATE OR GATHER EVIDENCE INCLUDING COURT DOCUMENTS AND WITNESSES NOR ACCESS TO PHONE, INTERNET OR ANY OTHER CONVENIENCES WITH WHICH TO SUCCESSFULLY PURSUE MY COMPLAINT, WHICH INVOLVE POLICE PERSONNEL WHICH ARE PROTECTED BY LAWS OF ANONYMITY AND SHIELDING. I HAVE BEEN ACCEPTED AS INDIGENT BY DISTRICT COURT IN THIS CASE.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: ① WILFRED RUMBLE, 110 WEST 'C' STREET #1211 S.D. 92101 ② MONIQUE CARTER, OFFICE OF PUBLIC DEFENDER 858-974-5781 SAN DIEGO CALIFORNIA 92101 ③ KENNETH KAMINSKY, OFFICE OF PUBLIC DEFENDER SAN DIEGO CALIFORNIA 92101

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    <u>Employment</u>

Are you employed now?  ___ yes  ✓ no  ___ am self-employed

Name and address of employer:

1  If employed, how much do you earn per month? __N/A__

2  If not employed, give month and year of last employment: __APRIL, 2007__

3  How much did you earn per month in your last employment? __1,000⁰⁰ /MONTH.__

4  If married, is your spouse employed? ___ yes __✓__ no

5  If "YES," how much does your spouse earn per month? __N/A__

6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7  income? __N/A — OVER 50 YRS. OLD.__

    B.   Assets

        (i)   Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ___ yes __✓__ no

If "YES," give the amount received and identify the sources:

    $ Received                     Source

_____

_____

_____

_____

_____

_____

_____

(Attach additional sheets as necessary)

|   |   |   |
|---|---|---|
| 1 | (ii) | <u>Cash</u> |
| 2 | Have you any cash on hand or money in savings or checking accounts? ___ yes ✓ no |
| 3 | If "YES," state total amount: _____ |
| 4 | (iii) | <u>Property</u> |
| 5 | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property |
| 6 | (excluding ordinary household furnishings and clothing)? ___ yes ✓ no |
| 7 | If "YES," give value and describe it: |

<u>Value</u>                                <u>Description</u>

_____

_____

_____

_____

_____

_____

C. <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is: ___ single ___ married ✓ widowed, separated or divorced.

Your total number of dependents is: ___ 0 _____

List those person you actually support, your relationship to them, and your monthly contribution to their support:

<u>Name/Relationship</u>                     <u>Monthly Support Payment</u>

_____

_____

_____

_____

_____

_____

_____

|   | (ii) Debts and Monthly Bills |
|---|---|

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|

Rent: _____

Mortgage on Home: _____

Others: ALLIANCE ONE (COLLECTIONS AGENCY) $1,500.00

9. Signature _[signature]_

I declare under penalty of perjury that the above is true and correct.

WILLIAM JOHN DAUGHTERY

Dated: 4-14-08

_[signature]_

Signature WILLIAM DAUGHTERY

(Notarization is not required)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)