# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**PLAINTIFF:** WILLIAM J. DAUGHTERY
**COURT CASE NUMBER:** 08CV408

**DEFENDANT:** DENNIS WILSON
**TYPE OF PROCESS:** S/C

FILED 2008 APR 28 AM 8:4[?]
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:**
DENNIS WILSON, SAN DIEGO POLICE DEPT. TEAM 8

**AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):**
S.D. POLICE DEPARTMENT, INTERNAL AFFAIRS DEPT.
1400 BROADWAY, SAN DIEGO CALIFORNIA, 92101

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
WILLIAM DAUGHTERY
F-79985
P.O. BOX 2349 / D10-110UP
BLYTHE, CA. 92226

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 (ONE) |
| Number of parties to be served in this case | 4 (FOUR) |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

① WILSON MAY NOW BE S.D. COUNTY SHERIFF'S DEPUTY.
② ATTORNEY WIL RUMBLE MAY HAVE CONTACT PHONE NUMBER AVAILABLE
③ 2nd. ATTEMPT AT SERVICE! WILSON HAS LESS THAN 2YRS SERVICE AS DEPUTY - MAY BE USING MIDDLE NAME. WILSON IS AFRICAN-AMER.

**Signature of Attorney or other Originator requesting service on behalf of:** ☒ PLAINTIFF ☐ DEFENDANT
**DATE:** 4-14-08

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 98 | 98 | A Scott | 4/18/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

**Name and title of individual served** *(if not shown above)*:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Address** *(complete only if different than shown above)*:

**Date of Service:** 4/23/08  **Time:** ___ am/pm

**Signature of U.S. Marshal or Deputy**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**
04/2308-Returned Unexecuted. Attepmted service at provided address and the Internal Affairs Department indicated that they have no Dennis Wilson employed with the S.D. Police Department

**PRIOR EDITIONS MAY BE USED**           **1. CLERK OF THE COURT**           **FORM USM-285 (Rev. 12/15/80)**