# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** WILLIAM J. DAUGHTERY | **COURT CASE NUMBER** 08 CV 408 WQH BLM |
| **DEFENDANT** OFFICER LEMUS, CHULA VISTA P.D. | **TYPE OF PROCESS** CIVIL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: OFFICER LEMUS, CHULA VISTA POLICE DEPARTMENT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): CHULA VISTA, CALIFORNIA

BY _____ DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM DAUGHTERY
F-79985
P.O. BOX 2349 / D10-110UP
BLYTHE, CA. 92226

Number of process to be served with this Form - 285: (1) ONE
Number of parties to be served in this case: (4) FOUR
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OFFICER LEMUS, IS FORMERLY SGT. LEMUS OF SAN DIEGO POLICE DEPARTMENT. NOW WORKING AS CHULA VISTA PATROLMAN LESS THAN TWO (2) YEARS.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 3-17-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk: A. Scott | Date: 3/24/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Officer Roberto Lemus   Chula Vista Police Officer

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/5/08   Time: 14:45 pm

Signature of U.S. Marshal or Deputy: Jon Loveless 4122

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**
- 27 MARCH '08, 1245 HRS. CHULA VISTA P.D. REFUSES TO ACCEPT PROCESS ON OFFICER LEMUS, MUST TRY (619) 691-5151 TO GET LEMUS' WORKING HOURS & SERVE.
- 04/09/08 - 10am - Jorge Contreras Refuse to Recv Ord. - Provided Off. Lemus Work Schedule. Left USMS Phone #.

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

William John Daughtery

vs

Dennis Wilson; Esmeralda Tagaban; Griffin; Lemus

**SUMMONS IN A CIVIL ACTION**
Case No.    08cv408-WQH-BLM

TO: (Name and Address of Defendant)

① DENNIS WILSON, S.D. COUNTY SHERIFF
S.D. COUNTY SHERIFFS DEPT.
FRONT & /C STREET
SAN DIEGO, CA 92101

② ESMERALDA TAGABAN, S.D. POLICE DEPT.
S.D. P.D.
1400 BROADWAY S.D.
S.D CA 92101

③ SGT GRIFFIN, SDPD
1400 BROADWAY S.D. CA 92101

④ SGT. LEMUS, C.V. P.D.
CHULA VISTA POLICE DEPT
CHULA VISTA, CA.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff:

William John Daughtery
F-79985
PO Box 2349
Blythe, CA  92226

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

By: M. Cruz, Deputy Clerk

March 10, 2008
DATE

AO 440 (Rev 5/85) Summons in a Civil Action