1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, CDCR #F-79985,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DENNIS WILSON, San Diego Police Officer; ESMERALDA TAGABAN, San Diego Police Officer; SERGEANT GRIFFIN; DETECTIVE LEMUS,<br><br>　　　　　　Defendants. | Case No. 08cv0408-WQH (BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　On April 30, 2008, Plaintiff, who is proceeding *pro se* and *in forma pauperis* with a Complaint brought pursuant to 42 U.S.C. § 1983, moved for leave to amend his Complaint. Doc. No. 18. In the same motion, Plaintiff also requests that the Court continue certain dates set forth in the Court's April 17, 2008 scheduling order. Id.

　　In order to allow Defendants an opportunity to respond to this motion, the Court hereby sets the following briefing schedule:

　　1.　Defendants shall file their opposition on or before **May 23, 2008**; and,

　　2.　Plaintiff shall file his reply, if any, on or before **June 2, 2008**.

1  Upon completion of the briefing, the matter will be taken under
2  submission pursuant to Civil Local Rule 7.1(d)(1) and no appearances
3  will be required.
4  **IT IS SO ORDERED.**
5  DATED: May 13, 2008

  BARBARA L. MAJOR
  United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL