WILLIAM JOHN DAUGHTERY
(Name)
P.O. BOX 2349/D10-110 up CUSP.
(Address)
BLYTHE, CA. 92226
(City, State, Zip)
F79985
(CDC Inmate No.)

**FILED**
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

WILLIAM JOHN DAUGHTERY,
(Enter full name of plaintiff in this action.)
CDCR, # F79985
                        Plaintiff,

v.

D. WILSON, ESMERALDA TAGABAN
S.D. P.D. OFFICERS; SGT. GRIFFIN,
DETECTIVE LEMUS, S.D.P.D. OFFICERS,
THE CITY OF SAN DIEGO, S.D. POLICE DEPT.
(Enter full name of each defendant in this action.)
                        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 08CV0408-WQH (BLM)
(To be supplied by Court Clerk)

FIRST AMENDED
Complaint under the
Civil Rights Act
42 U.S.C. § 1983
DATE: 16 JUNE 2008

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, WILLIAM J. DAUGHTERY
(print Plaintiff's name)
_____, who presently resides at CUSP, CHUCKAWALLA
(mailing address or place of confinement)
VALLEY STATE PRISON, P.O. BOX 2349/D10, BLYTHE, CA 92226 were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at 16th & J
STREETS, SAN DIEGO CA 92101 on (dates) 9 MAR 2006 ET, AL, and _____.
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 2/05)

#1 Defendant DENNIS WILSON resides in SAN DIEGO, CA,
         (name)                                           (County of residence)
and is employed as a SAN DIEGO POLICE OFFICER. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: WILSON WAS ACTING AS PART OF A BUY-BUST NARCOTICS TEAM AS 'SCOOP' OR ARRESTING UNIT SUBSEQUENT TO REPORTED SALE TO AN UNDERCOVER AGENT. HE WAS IN FULL UNIFORM AND MARKED SQUAD CAR

#2 Defendant ESMERALDA TAGABAN resides in SAN DIEGO, CA,
         (name)                                           (County of residence)
and is employed as a SAN DIEGO POLICE OFFICER. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: TAGABAN WAS ACTING AS PART OF A BUY-BUST NARCOTICS TEAM AS 'SCOOP' OR ARRESTING UNIT SUBSEQUENT TO REPORTED SALE TO AN UNDERCOVER AGENT. SHE WAS IN FULL UNIFORM AND DRIVING SQUAD CAR

#3 Defendant SGT. GRIFFIN resides in SAN DIEGO, CA,
         (name)                                           (County of residence)
and is employed as a SAN DIEGO POLICE SERGEANT. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: AS SUPERVISOR OF BUY-BUST, INTEGRAL PARTICIPANT IN UNLAWFUL BEATING IN THAT HE WITNESSED SUPERVISED AND DID NOTHING TO STOP ILLEGAL ACTIVITIES

#4 Defendant DET. LEMUS resides in SAN DIEGO CA,
         (name)                                           (County of residence)
and is employed as a SAN DIEGO POLICE DETECTIVE. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: INTEGRAL PARTICIPANT, WITNESSED UNLAWFUL BEATING, FAILED TO INTERVENE OR REPORT ILLEGAL ACTIVITIES

2

■ Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

#5 Defendant CITY OF SAN DIEGO resides in SAN DIEGO,
                (name)                                        (County of residence)
and is employed as a INCORPORATED CITY. This defendant is sued in
                          (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: P.C. 815.2, A PUBLIC ENTITY IS LIABLE FOR INJURY PROXIMATELY CAUSED BY AN ACT OR OMISSION OF AN EMPLOYEE OF THE PUBLIC ENTITY WITHIN SCOPE OF HIS EMPLOYMENT IF ACT GIVE RISE TO ACTION

#6 Defendant SAN DIEGO POLICE DEPARTMENT resides in SAN DIEGO,
                (name)                                          (County of residence)
and is employed as a GOVERNMENTAL AGENCY. This defendant is sued in
                          (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: P.C. 815.2, A PUBLIC ENTITY IS LIABLE FOR INJURY PROXIMATELY CAUSED BY AN ACT OR OMISSION OF AN EMPLOYEE OF THE PUBLIC ENTITY WITHIN SCOPE OF HIS EMPLOYMENT IF ACT GIVE RISE TO ACTION

Defendant _____ resides in _____,
             (name)                           (County of residence)
and is employed as a _____. This defendant is sued in
              (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant _____ resides in _____,
             (name)                           (County of residence)
and is employed as a _____. This defendant is sued in
              (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

§ 1983 SD Form
(Rev. 2/05)

3 ■(●)

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: **4th AMENDMENT USCA**
(E.g., right to medical care, access to courts, **UNREASONABLE SEARCH AND SEIZURE, EXCESSIVE USE OF FORCE**.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

ON MARCH 9, 2006 ABOUT 8:00 PM OFFICER WILSON IN RESPONSE TO A PRE-ARRANGED RADIO SIGNAL, WAS DIRECTED 2 BLOCKS FROM THE SCENE OF A "BUY-BUST" UNDERCOVER "STING" OPERATION (WHICH HE DID NOT WITNESS), INTO THE BLOCK IN WHICH I WAS WALKING SEDATELY. WILSON A UNIFORMED OFFICER, DRIVING MARKED PATROL CAR, APPROACHED ME FROM BEHIND, FLASHED HIS SPOTLIGHT UPON ME, THEN ACCELERATED AND USED HIS VEHICLE TO BLOCK THE SIDEWALK I WAS ON. I HALTED ALL MOTION. WILSON EXITED SQUAD CAR, CIRCLED FRONT END AND ADVANCED RAPIDLY, WITHOUT UTTERING A SINGLE WORD SUCH AS: "HALT, GET DOWN, HANDS UP" OR ANY SOUND AT ALL, ALTHOUGH HE EXTENDED HIS HAND AND ARM (LEFT ARM) IN A HALT-TYPE GESTURE. THIS HAND SHOT OUT LIKE A STRIKING SNAKE AND GRIPPED MY THROAT, CHOKING MY AIR AND CONSTRICTING MY ARTERIES. HE THEN PIVOTED ON HIS LEFT FOOT TO SWING BEHIND ME WHILE ADJUSTING HIS GRIP AROUND MY THROAT INTO A CAROTID HOLD. THEN HE TRIPPED ME TO THE GROUND LANDING ON MY BACK. GAINING ADDITIONAL LEVERAGE, HE INCREASED PRESSURE TO MY NECK AND BEGAN BANGING MY FOREHEAD INTO CONCRETE SIDEWALK. AT NO TIME DID I ATTEMPT TO FLEE, STRUGGLE, RESIST, SPEAK, SPIT, CURSE OR DO ANYTHING OTHER THAN TO SUBMIT. ONE MINUTE LATER, OFFICER E. TAGABAN (ALSO IN UNIFORM AND DRIVING MARKED SQUAD CAR) EXITED HER VEHICLE AND WITHOUT DELAY BEGAN BEATING MY HEAD AND LEFT SHOULDER WITH METAL 2 FOOT FLASHLIGHT WITH BATTERIES INSTALLED. SHE STRUCK 6 OR 8 TIMES PRIOR TO WILSON STATING THAT "HE HAS SOMETHING IN HIS MOUTH." THEN SHE RESUMED BEATING WITH THE FLASHLIGHT WITH MORE

4

Count 2: The following civil right has been violated: **14th AMENDMENT USCA.**
(E.g., right to medical care, access to courts, **UNREASONABLE SEARCH AND SEIZURE; EXCESSIVE USE of FORCE.** due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

VIGOR, ABOUT 6 MORE STRIKES TO THE HEAD AND LEFT PARTS of my UPPER BODY NOT SHIELDED BY WILSON'S BODY. I LOST CONSCIOUSNESS FOR AN UNDETERMINED AMOUNT OF TIME. I WAS NEXT COGNIZANT OF MY SURROUNDINGS SITTING IN WILSON'S SQUAD CAR. A PERSON ARRESTED EARLIER WAS SEATED NEXT TO ME AND SAID "I SAW THE WHOLE THING AND I AM GOING TO TESTIFY FOR YOU! IT WAS 'FOUL' WHAT THEY DID." (THIS WAS MR. MONTGOMERY AND HE DID IN FACT LATER TESTIFY IN P.C. 1538.5 SUPPRESSION HEARING AND HIS TESTIMONY WAS READ INTO THE RECORD AT TRIAL). OFFICER TAGABAN ALSO HAD AN ARRESTEE IN HER CAR WHO ALSO TESTIFIED AT TRIAL, BUT NOT 1538.5 HEARING. OFFICER DETECTIVE LEMUS (UNDERCOVER AGENT) AND SGT. GRIFFIN, PRESENT AT SCENE OF BEATING ALSO TESTIFIED AND DID NOTHING TO HALT ILLEGAL ACTS. I COMPLAINED OF INJURIES AND WAS REFUSED MEDICAL ATTENTION TO CONCEAL THE ABUSE. INSTEAD, I WAS TAKEN TO COUNTY MENTAL HOSPITAL FOR PSYCH EVALUATION, GIVEN CURSORY EXAM BY PSYCHIATRIC NURSE WHO DISCOVERED PART OF WOUNDS. LATER PHOTOGRAPH REVEALED HEAD INJURIES, INCLUDING 'BOOKING' PHOTO. I AT NO TIME RECEIVED TREATMENT WHILE IN OFFICERS CUSTODY. I WAS SUBSEQUENTLY CONVICTED OF SALES OF CRACK COCAINE, S.D. SUPERIOR COURT CASE NO. SCD197549/ABS652, COURT OF APPEAL (PENDING) #D51313. THIS ACTION DOES NOT (1983) CONSTITUTE AN ATTACK ON THE CONVICTION AND THEREFOR NO COLLATERAL ESTOPPEL WILL ENSUE AS PER: KAUFMAN V. MOSS (1970) 420 F.2d 1270, 1274 (3d CIR 1970). QUOTING KAUFMAN V. MOSS: THERE IS "NOTHING IN THE RECORD WHICH SUPPORTS THE CONCLUSION THAT THE SUPERIOR COURT DECIDED THAT THE FORCE USED IN ARREST WAS REASONABLE FOR PURPOSES. BARRING A SUBSEQUENT LITIGATION.

Count 3: The following civil right has been violated: _____

14th Amendment 42 USCA (e.g. rights to medical care, access to courts,)
UNREASONABLE SEARCH AND SEIZURE; EXCESSIVE USE OF FORCE
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

FOR EXCESSIVE OR UNREASONABLE USE OF FORCE." THE STATE WILL STILL HAVE AN OPPORTUNITY TO ESTABLISH ITS CONTENTIONS AT TRIAL. THE TRIAL COURT USED A "SHOCK THE CONSCIOUS STANDARD" WHEREAS CIVIL DICTATES A "REASONABLENESS" STANDARD." THE ATTACK BY WILSON AND TAGABAN WAS UNWARRANTED BY THE PARTICULAR FACTS AND CIRCUMSTANCES OR CONSIDERATIONS OF SELF-DEFENSE OR PUBLIC SAFETY CONCERNS, UNLIKE "; PEO. V. CISNERAS (1963) 29 CAL RPTR. 146, 214 CAL. APP. 2d 62, I, AT NO TIME RESISTED, INITIATED, EVADED OR ATTEMPTED ESCAPE OR TRIED VIOLENCE. I ASK EQUITABLE TOLLING OF ALL LIMITATIONS STATUTES IN THAT IN ADDITION TO HAVING LONG STANDING MENTAL PROBLEMS AS WELL AS UNDERGOING TREATMENT SUBSEQUENT TO THIS ASSAULT, I HAVE BEEN SHUTTLED TO SIX (6) DIFFERENT JAILS AND PRISONS AND HAVE HAD DIFFICULTY CONTACTING WILLING ATTORNEYS, AS WELL AS FILING COMPLAINT WITH POLICE INTERNAL AFFAIRS, AND SEEKING REFERRALS FROM STATE & COUNTY BAR ASS'NS. I DID NOT RESIST THIS ATTACK" EVANS V. CITY OF BAKERSFIELD (1994) 22 CAL RPTR. 2d 406, 22 CAL APP 4th 321 (5th DIST CAL APP. 1994). NO QUALIFIED IMMUNITY: HOPE V. PELZER 122 S.CT. 2508 (US 2002), GROH V. RAMIREZ 124 S.CT. 1284 (US. 2004), ROBINSON V. SOLANO COUNTY 278, F3d 1007. (9th CIR 2002), ELENE H. V. COUNTY OF LOS ANGELES (1990) 220 CAL APP 3d 1445, 269 CAL RPTR. 783., BLACK V. STEPHENS (CA3 (PA) 1981) 662 F 2d 181, 661 F 2d 87, FEEMSTER V. DEANTJER (CA 8 (MO.) 1981) POLICE NEVER JUSTIFIED IN USING FORCE ON QUIETLY SUBMITTING ARRESTEE.

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

§ 1983 SD Form (Rev. 1/98)   6   K:\COMMON\EVERYONE\1983\1983FORM.COM

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 5: The following civil right has been violated: 4TH AMENDMENT USCA
(E.g., right to medical care, access to courts,
UNREASONABLE SEARCH AND SEIZURE, EXCESSIVE USE OF FORCE
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.) STATE TORT: GOV.T CODE §810 et Seq. ASSAULT + BATTERY P.C. 245
AND NEGLIGENCE IN FAILURE TO PROVIDE MEDICAL ASSISTANCE
INVOKE PENDENT JURISDICTION.

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 5.]

BOTH THE CITY OF SAN DIEGO, AND THE POLICE DEPARTMENT ARE LIABLE FOR INJURIES PROXIMATELY CAUSED BY ACTS OR OMISSIONS OF EMPLOYEES OF PUBLIC ENTITIES ACTING WITHIN SCOPE OF THEIR EMPLOYMENT, IF THE ACTS OR OMISSIONS WOULD, APART FROM THIS SECTION, HAVE GIVEN RISE TO A CAUSE OF ACTION AGAINST THOSE EMPLOYEES (PARAPHRASE of CAL. GOVERNMENT CODE 815.2, THE CITY AND POLICE DEPARTMENT ARE VICARIOUSLY LIABLE UNDER THE DOCTRINE OF RESPONDEAT SUPERIOR FOR 3 REASONS (PEREZ V. VAN GRONINGEN & SONS INC. (1986) 41 CAL 3d 962, 967, 227 CAL RPTR 106 719 P.2d 676) ① PREVENT REOCCURRENCE OF TORTIOUS CONDUCT. ② TO GIVE GREATER ASSURANCE OF COMPENSATION FOR THE VICTIM ③ AND TO ENSURE THAT VICTIMS LOSES WILL BE EQUITABLY BORNE BY THOSE WHO BENEFIT FROM THE ENTERPRISE THAT GAVE RISE TO THE INJURY." POLICE HAVE GREATER RESPONSIBILITY: MARY M. V. CITY OF LOS ANGELES (1999) 285 CAL RPTR 99, 54 CAL 3d 202, "INHERENT IN [54 CAL 3d 217] THIS FORMIDABLE POWER IS THE POTENTIAL FOR ABUSE, THE COST RESULTING FROM MISUSE OF THAT POWER SHOULD BE BORNE BY THE COMMUNITY BECAUSE OF THE SUBSTANTIAL BENEFITS THAT THE COMMUNITY DERIVES FROM THE LAWFUL EXERCISE OF POLICE POWER." MARY M. 285 CAL RPTR 107 PARA 3. CITY NOT RELIEVED OF LIABILITY FOR ASSAULT + BATTERY ON GROUND THAT ACTS OF POLICE WERE ULTRA VIRES - (JONES V. CITY OF LOS ANGELES) (1963) 30 CAL RPTR 124, 215 CAL APP 2d. 155, WHITE V. CITY OF ORANGE (1985) 212 CAL RPTR 493, 166 CAL APP 3d 566. BLACK V. STEPHENS 662 F 2d 181 (1981) CA3(Pa) POLICE EXCESSIVE FORCE VICARIOUS LIABILITY: CITY OF LOS ANGELES V. SUPERIOR COURT (1973) 33 CAL APP. 3d 778, 782, 109 CAL RPTR 365 MERRIWETHER V. COUGHLIN, 879 F 2d 1037 (2nd CIR. 1989)

§ 1983 SD Form
(Rev. 2/05)

7

involved in this case?  ☐ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised: _____
_____
_____
_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
FILED CITIZENS' COMPLAINT WITH INTERNAL AFFAIRS DIVISON OF SAN DIEGO POLICE DEPARTMENT. INVESTIGATION PENDING AT PRESENT.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _____

_____

_____

_____

2. Damages in the sum of $ _2.5 MILLION DOLLARS_
3. Punitive damages in the sum of $ _1.5 MILLION DOLLARS_
4. Other: _____

_____

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_16 JUNE 2008_
Date

_/s/ William_____
Signature of Plaintiff

§ 1983 SD Form
(Rev. 2/05)

9

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
WILLIAM JOHN DAUGHTERY

**DEFENDANTS**
DENNIS WILSON, et AL

(b) County of Residence of First Listed Plaintiff: RIVERSIDE, CA.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: SAN DIEGO CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): PRO SE
#F79985 WILLIAM JOHN DAUGHTERY
P.O. BOX 2349 / D10-110 UP C.V.S.P.
BLYTHE, CA. 92226

Attorneys (If Known): SAN DIEGO, CITY ATTORNEY
1200 THIRD AVE
SAN DIEGO, CA. 92101

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury-Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☒ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 USC § 1983
Brief description of cause: EXCESSIVE FORCE  14th AMEND. VIOLATION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 4,000,000. TOTAL    JURY DEMAND: ☒ Yes ☐ No
CHECK YES only if demanded in complaint:

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE WILLIAM Q HAYES    DOCKET NUMBER 08CV0408-WQH (BLM)

DATE 6-16-2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

DECLARATION
PROOF OF SERVICE BY MAIL
FIRST AMENDED COMPLAINT DATED 16 JUNE 2008
CASE NO: 08CV408 (WQH) BLM

UNITED STATES DISTRICT COURT.
SOUTHERN DISTRICT OF CALIFORNIA

I, THE PLAINTIFF IN THE ABOVE ENTITLED CASE, DO CERTIFY AND SWEAR UNDER PENALTY OF PERJURY, THAT THE FOREGOING DOCUMENT HAS BEEN SERVED BY MAIL ON THE DEFENDANTS' ATTORNEYS OF RECORD:

MICHAEL J. AGUIRRE, CITY ATTORNEY
C/O WENDY E. DAVISSON, DEPUTY CITY ATTORNEY
CALIFORNIA STATE BAR NO. 199146
1200 THIRD AVENUE, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-4100

SIGNED:

WILLIAM DAUGHERTY
16 JUNE 2008