# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

June 24, 2008

William John Daughtery
Chuckawalla Valley State Prison, F-79985
PO Box 2349
Blythe, CA 92226

RE: Case Number 08cv408-WQH-BLM

Dear William John Daughtery:

Enclosed you will find a conformed copy of your first amended complaint that was filed on 6/19/08 and a copy of the Order granting your petition to proceed in Forma Pauperis.

Also enclosed are copies of your first amended complaint, summons and U.S. Marshal service forms. It is your responsibility to complete the Marshal 285 forms and mail them together with the first amended complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with a first amended complaint, summons, and Marshal service form for each defendant to be served. The U.S. Marshal must also receive a copy of the summons and first amended complaint for their record keeping purposes.

Also enclosed is a certified copy of the order granting forma pauperis in this case. It must be mailed to the U.S. Marshal with the first amended complaint and summons package.

U. S. Marshals Office
U. S. Courthouse
940 Front Street
San Diego, CA  92189

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court
By:s/L Odierno
   Deputy Clerk