# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED** JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE (Major)
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 6/25/2008
CASE NO.: 08cv0408 WQH   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Daughtery v. Wilson, et al
DOCUMENT ENTITLED: Request for Discovery and Production of Documents...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Unless filing is ordered by the court, no discovery (ie: depositions, interrogatories and requests for admissions) are filed in the district court.** |

Date forwarded: 6/25/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Major

Dated: 6/27/08   By: law clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

1  WILLIAM JOHN DAUGHTERY
2  CDCR# F-79985
3  CHUCKAWALLA VALLEY STATE PRISON         **REJECTED**
4  P.O. BOX 2349 / D10-110UP
5  BLYTHE, CALIFORNIA 92226
6
7          UNITED STATES DISTRICT COURT
8       SOUTHERN DISTRICT OF CALIFORNIA
9
10 | WILLIAM JOHN DAUGHTERY | CIVIL CASE NO: 08CV0408 WQH (BLM)
11 |        , PLAINTIFF     | REQUEST FOR **DISCOVERY** AND
12 |            V.          | PRODUCTION OF DOCUMENTS
13 | DENNIS WILSON, S.D.P.D,| AND TANGIBLE THINGS PURSUANT
14 | ESMERALDA TAGABAN, S.D.P.D | F.R.C.P, RULES 26 AND 34, WITH
15 | SGT. GRIFFIN, S.D.P.D., CITY | CERTIFICATION.
16 | OF SAN DIEGO, SAN DIEGO | TITLE 42 USCA § 1983 SUIT
17 | POLICE DEPT.           |
18 |      , DEFENDANTS      | DATE: 23 JUNE 2008
19
20  I, WILLIAM JOHN DAUGHTERY, PETITIONER AND
21 PLAINTIFF IN ABOVE TITLED CASE, PROCEEDING **PRO**
22 **SE** AND IN FORMA PAUPERIS, DO HEREBY MOVE
23 AND REQUEST THE DEFENDANTS AND OR THEIR
24 ATTORNEY(S) OF RECORD, PRODUCE AND DELIVER INTO
25 POSSESSION OF THE PLAINTIFF, THE BELOW LISTED
26 DOCUMENTS, WRITINGS, DRAWINGS, GRAPHS, CHARTS
27 PHOTOGRAPHS, SOUND AND VIDEO RECORDINGS, IMAGES,
28 ELECTRONICALLY OR MECHANICALLY STORED INFORMATION