```
 1  WILLIAM JOHN DAUGHTERY                    FILED
 2  CDCR# F-79985                        2008 JUL -3 AM 10: 21
 3  P.O. BOX 2349/D10-110UP              CLERK US DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA
 4  CHUCKAWALLA VALLEY STATE PRISON    BY_____ DEPUTY
 5  BLYTHE, CALIFORNIA 92226                 NUNC PRO TUNC
 6                                              JUN 27 2008
 7           UNITED STATES DISTRICT COURT
 8         SOUTHERN DISTRICT OF CALIFORNIA
 9
10  WILLIAM JOHN DAUGHTERY,  ) CIVIL CASE NO. 08-CV0408 WQH(BLM)
11          PLAINTIFF, V.    ) MOTION AND REQUEST FOR ISSUANCE
12  DENNIS WILSON, S.D.P.D,  ) OF CIVIL SUBPOENA (DUCES
13  ESMERALDA TAGABAN, S.D.P.D, ) TECUM) FOR PRODUCTION OF
14  SGT. GRIFFIN, S.D.P.D,   ) DOCUMENTS AS DISCOVERY AND
15  DET. LEMUS, S.D.P.D,     ) EXHIBITS FOR JURY TRIAL
16  CITY OF SAN DIEGO,       ) WITH DECLARATIONS AND PROOF
17  SAN DIEGO POLICE DEPT.   ) OF SERVICE.
18          DEFENDANTS
19                              DATE: 19 JUNE 2008
20
```

I, WILLIAM JOHN DAUGHTERY, PETITIONER AND PLAINTIFF IN THE ABOVE ACTION, PROCEEDING PRO SE AND IN FORMA PAUPERIS, DO HEREBY REQUEST AND MOVE THAT THE COURT ORDER THE PRODUCTION OF THE BELOW LISTED DOCUMENTS, RECORDS AND MATERIALS, INCLUDING ALL PRESERVED BY MEANS, MECHANICAL, ELECTRONIC OR OTHERWISE, AND THAT SAID DOCUMENTS BE DELIVERED INTO THE CUSTODY OF THE PLAINTIFF, PURSUANT

CONTINUED

WILLIAM JOHN DAUGHERY V. B. WILSON, ET AL.
CIVIL CASE NO.
08 CV 0408 WQH(BLM)

PAGE 2

DATE: 19 JUNE 2008

1. MOTION AND REQUEST FOR ISSUANCE OF SUBPOENA
2. PRODUCTION OF DOCUMENTS AS DISCOVERY
3.
4. TO FEDERAL RULES OF CIVIL PROCEDURE, RULE(S)
5. 26, 37 AND 34. THE PARTY NAMED BELOW HAS
6. CONTROL AND POSSESSION OR WILL ACQUIRE POSSESSION
7. OF THE FOLLOWING LISTED DOCUMENTS OR MATERIALS
8. WHEREAS THEY ARE MATERIAL TO THE PROOF OF
9. THE ISSUES INVOLVED IN THIS CASE. GOOD CAUSE
10. EXISTS FOR THE PRODUCTION OF MATERIALS AND NOTE
11. OF RELEVANCE AND PROBATIVE VALUE FOLLOWS DESCRIPTION
12. OF EACH REQUESTED ITEM. THE COURT IS REQUESTED
13. TO IMPLEMENT THE PRESCRIBED PENALTIES FOR
14. FAILURE TO COMPLY WITH ITS ORDER. (F.R.C.P. 37)
15. AND IT IS FURTHER REQUESTED THAT PRODUCTION AND
16. DELIVERY BE PERFORMED WITHIN A REASONABLE PERIOD,
17. AND AS PETITIONER IS IN FORMA PAUPERIS, THAT
18. ALL FEES INCURRED IN ISSUING AND SERVICE OF SUBPOENA
19. BE BORNE AND ADVANCED BY THE UNITED STATES
20. PENDING SUCCESSFUL SETTLEMENT OR VERDICT.
21. IN THE CASE OF MEDICAL RECORDS OF REQUESTOR, ALL
22. LEGAL CLAIMS REGARDING PRIVACY ISSUES, ARE
23. HEREBY RELINQUISHED AND POSSESSOR IS NOT HELD LIABLE
24. FOR OBEDIENCE TO COURTS COMMAND TO PRODUCE. WRITTEN
25. OBSERVATIONS AND CONCLUSIONS MAY BE SUBSTITUTED IN
26. LIEU OF RADIOGRAPHIC (INCLUDING X-RAY AND SONOGRAM)
27. IF REPRODUCTION OF SUCH IMPOSES "UNDUE BURDEN"
28. AND EXPENSE.

WILLIAM DAUGHTERY
CDCR#79985
P.O. BOX 2349/D10-110up
BLYTHE, CA. 92226

DATE: 19 JUNE 2008

RE: 08CV0408 WQH(BLM)    PAGE 3

1.
2. REQUEST for CIVIL SUBPOENA (DUCES TECUM)
3. FEDERAL RULES of CIVIL PROCEDURE RULE 45(a)(1)(C)&(D)
4. ADVISEMENT TO SUBPOENAED
5.
6. F.R.C.P. 45(a)(1)(C)
7. COMBINING OR SEPARATING COMMAND TO PRODUCE OR PERMIT
8. INSPECTION, SPECIFYING THE FORM FOR ELECTRONICALLY STORED
9. INFORMATION; A COMMAND TO PRODUCE DOCUMENTS, ELECTRONICALLY
10. STORED INFORMATION OR TANGIBLE THINGS OR TO PERMIT THE
11. INSPECTION OF PREMISES MAY BE INCLUDED IN A SUBPOENA
12. COMMANDING ATTENDANCE AT A DISPOSITION HEARING, OR TRIAL
13. OR MAY BE SET OUT IN A SEPARATE SUBPOENA. A SUBPOENA MAY
14. SPECIFY THE FORM OR FORMS IN WHICH ELECTRONICALLY STORED
15. INFORMATION IS TO BE PRODUCED.
16.
17. F.R.C.P. 45(a)(1)(D)
18. COMMAND TO PRODUCE; INCLUDED OBLIGATIONS: A COMMAND
19. TO PRODUCE DOCUMENT, ELECTRONICALLY STORED INFORMATION
20. OR TANGIBLE THINGS REQUIRES THE RESPONDING PARTY
21. TO PERMIT INSPECTION, COPYING, TESTING OR SAMPLING
22. OF THE MATERIALS.
23.
24. THE COURT IS REQUESTED TO COMMAND THE PRODUCTION AND
25. DELIVERY TO MOVANT THE FOLLOWING DESCRIBED MATERIALS;
26. INCLUDING THOSE MECHANICALLY AND/OR ELECTRONICALLY
27. STORED;
28.

```
WILLIAM DAUGHTERY
F-79985 CDCR #
P.O. BOX 2349
BLYTHE, CA. 92226
```

DATE: 19 JUNE 2008

1  RE: 08CV0408 WQH (BLM)   PAGE 4
2  REQUEST FOR CIVIL SUBPOENA (DUCES TECUM)
3  ITEMS TO BE PRODUCED:
4  I. MEDICAL
5  ALL MEDICAL RECORDS FOR THE ABOVE NAMED
6  INDIVIDUAL FOR THE PERIOD (DATE) 9 MARCH 2006
7  UNTIL (DATE) 30 MARCH 2006, INCL. INTAKE SCREENING
8
9  II. PSYCHOLOGICAL
10 ALL PSYCHOLOGICAL RECORDS FOR THE ABOVE NAMED
11 INDIVIDUAL FOR THE PERIOD (DATE) 9 MARCH 2006
12 UNTIL (DATE) 30 MARCH 2006, INCL. INTAKE SCREENING
13
14
15 THIS REQUEST ACTS AS **RELEASE** OF MEDICAL INFORMATION
16 CONSENT BY THE PATIENT/PLAINTIFF IN THIS ACTION!
17 THE **REQUESTED** ITEMS ARE MAINTAINED AT:
18 VISTA DETENTION FACILITY (MEDICAL DEPARTMENT)
19 325 S. MELROSE DRIVE, SUITE 200 (RE:# 7735747)
20 VISTA, CALIFORNIA 92083-6627
21 PHONE # (760) 940-4473
22 A COPY OF THIS DOCUMENT HAS BEEN MAILED TO ATTORNEY'S FOR
23 DEFENDANTS AND I CERTIFY AND SWEAR THE FOREGOING IS **TRUE**.
24 MICHAEL J. AGUIRRE, CITY ATTORNEY        SIGNED,
25 C/O WENDY DAVISSON, DEPUTY CITY ATTY.
26 1200 THIRD AVE, SUITE 1100
27 SAN DIEGO, CA. 92101           WILLIAM DAUGHTERY
28                                DATE: 19 JUNE 2008