1. WILLIAM JOHN DAUGHTERY
2. CDCR# F-79985
3. P.O. BOX 2349 / D10-110UP
4. CHUCKAWALLA VALLEY STATE PRISON
5. BLYTHE, CALIFORNIA 92226

FILED
2008 JUL -3 AM 10: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NUNC PRO TUNC**
JUN 27 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, PLAINTIFF, V. | CIVIL CASE NO. 08 CV 0408 WQH (BLM) |
| DENNIS WILSON, S.D.P.D, | MOTION AND REQUEST FOR ISSUANCE OF CIVIL SUBPOENA (DUCES TECUM) FOR PRODUCTION OF DOCUMENTS AS DISCOVERY AND EXHIBITS FOR JURY TRIAL WITH DECLARATIONS AND PROOF OF SERVICE. |
| ESMERALDA TAGABAN, S.D.P.D, | |
| SGT. GRIFFIN, S.D.P.D, | |
| DET. LEMUS, S.D.P.D, | |
| CITY OF SAN DIEGO, | |
| SAN DIEGO POLICE DEPT. | |
| DEFENDANTS | |

DATE: 19 JUNE 2008

I, WILLIAM JOHN DAUGHTERY, PETITIONER AND PLAINTIFF IN THE ABOVE ACTION, PROCEEDING PRO SE AND IN FORMA PAUPERIS, DO HEREBY REQUEST AND MOVE THAT THE COURT <u>ORDER</u> THE PRODUCTION OF THE BELOW LISTED DOCUMENTS, RECORDS AND MATERIALS, INCLUDING ALL PRESERVED BY MEANS, MECHANICAL, ELECTRONIC OR OTHERWISE, AND THAT SAID DOCUMENTS BE DELIVERED INTO THE CUSTODY OF THE PLAINTIFF, PURSUANT

CONTINUED

WILLIAM JOHN DAUGHERY V. D. WILSON, ETAL
CIVIL CASE NO.
08 CV 0408 WQH (BLM)   DATE: 19 JUNE 2008   PAGE 2

1. MOTION AND REQUEST FOR ISSUANCE OF SUBPOENA
2. PRODUCTION OF DOCUMENTS AS DISCOVERY
3.
4. TO FEDERAL RULES OF CIVIL PROCEDURE, RULE(S) 45
5. 26, 37 AND 34. THE PARTY NAMED BELOW HAS
6. CONTROL AND POSSESSION OR WILL ACQUIRE POSSESSION
7. OF THE FOLLOWING LISTED DOCUMENTS OR MATERIALS
8. WHEREAS THEY ARE MATERIAL TO THE PROOF OF
9. THE ISSUES INVOLVED IN THIS CASE. GOOD CAUSE
10. EXISTS FOR THE PRODUCTION OF MATERIALS AND NOTE
11. OF RELEVANCE AND PROBATIVE VALUE FOLLOWS DESCRIPTION
12. OF EACH REQUESTED ITEM. THE COURT IS REQUESTED
13. TO IMPLEMENT THE PRESCRIBED PENALTIES FOR
14. FAILURE TO COMPLY WITH ITS ORDER. (F.R.C.P 37)
15. AND IT IS FURTHER REQUESTED THAT PRODUCTION AND
16. DELIVERY BE PERFORMED WITHIN A REASONABLE PERIOD,
17. AND AS PETITIONER IS IN FORMA PAUPERIS, THAT
18. ALL FEES INCURRED IN ISSUING AND SERVICE OF SUBPOENA
19. BE BORNE AND ADVANCED BY THE UNITED STATES
20. PENDING SUCCESSFUL SETTLEMENT OR VERDICT.
21. IN THE CASE OF MEDICAL RECORDS OF REQUESTOR; ALL LEGAL
22. CLAIMS REGARDING PRIVACY ISSUES ARE HEREBY RELINQUISHED
23. AND POSSESSOR IS NOT HELD LIABLE FOR OBEDIENCE TO COURTS
24. COMMAND TO PRODUCE. WRITTEN OBSERVATIONS AND CONCLUSIONS
25. MAY BE SUBSTITUTED IN LIEU OF RADIOGRAPHIC (INCLUDING
26. SONOGRAM AND X-RAY) IF REPRODUCTION OF SUCH IMPOSES
27. "UNDUE BURDEN" AND EXPENSE.
28.

WILLIAM DAUGHTERY
CDCR#79985
P.O. BOX 2349/D10-110up
BLYTHE, CA. 92226

DATE: 19 JUNE 2008

RE: 08CV0408 WQH(BLM)    PAGE 3

1. REQUEST FOR CIVIL SUBPOENA (DUCES TECUM)
2. FEDERAL RULES OF CIVIL PROCEDURE RULE 45(a)(1)(C)&(D)
3. ADVISEMENT TO SUBPOENAED

F.R.C.P. 45(a)(1)(C)

COMBINING OR SEPARATING COMMAND TO PRODUCE OR PERMIT INSPECTION; SPECIFYING THE FORM FOR ELECTRONICALLY STORED INFORMATION; A COMMAND TO PRODUCE DOCUMENTS, ELECTRONICALLY STORED INFORMATION OR TANGIBLE THINGS OR TO PERMIT THE INSPECTION OF PREMISES MAY BE INCLUDED IN A SUBPOENA COMMANDING ATTENDANCE AT A DISPOSITION HEARING, OR TRIAL OR MAY BE SET OUT IN A SEPARATE SUBPOENA. A SUBPOENA MAY SPECIFY THE FORM OR FORMS IN WHICH ELECTRONICALLY STORED INFORMATION IS TO BE PRODUCED.

F.R.C.P. 45(a)(1)(D)

COMMAND TO PRODUCE; INCLUDED OBLIGATIONS: A COMMAND TO PRODUCE DOCUMENT, ELECTRONICALLY STORED INFORMATION OR TANGIBLE THINGS REQUIRES THE RESPONDING PARTY TO PERMIT INSPECTION, COPYING, TESTING OR SAMPLING OF THE MATERIALS.

THE COURT IS REQUESTED TO COMMAND THE PRODUCTION AND DELIVERY TO MOVANT THE FOLLOWING DESCRIBED MATERIALS; INCLUDING THOSE MECHANICALLY AND/OR ELECTRONICALLY STORED:

WILLIAM DAUGHTERY
F-79985 CDCR#
P.O. BOX 2349
BLYTHE, CA. 92226

DATE: 19 JUNE 2008

RE: 08 CV 0408 WQH (BLM)   PAGE 4

REQUEST FOR CIVIL SUBPOENA (DUCES TECUM)

ITEMS TO BE PRODUCED:

I. MEDICAL

ALL MEDICAL RECORDS FOR THE ABOVE NAMED INDIVIDUAL FOR THE PERIOD (DATE) 9 MARCH 2006 UNTIL (DATE) JULY 30, 2007. INCL. INTAKE SCREENING

II. PSYCHOLOGICAL

ALL PSYCHOLOGICAL RECORDS FOR THE ABOVE NAMED INDIVIDUAL FOR THE PERIOD (DATE) 9 MARCH 2006 UNTIL (DATE) JULY 30, 2007. INCL. INTAKE SCREENING

THIS REQUEST ACTS AS **RELEASE** OF MEDICAL INFORMATION CONSENT BY THE PATIENT/PLAINTIFF IN THIS ACTION!
THE **REQUESTED** ITEMS ARE MAINTAINED AT:
SAN DIEGO CENTRAL JAIL (BKG# 7735747 AND 6704525)
P.O. Box 122~~858~~ 1173 FRONT ST
SAN DIEGO, CA. 92101 ~~2658~~
PHONE # (619) 615-2700
A COPY OF THIS DOCUMENT HAS BEEN MAILED TO ATTORNEY'S FOR DEFENDANTS AND I CERTIFY AND SWEAR THE FOREGOING IS **TRUE**.
MICHAEL J. AGUIRRE, CITY ATTORNEY      SIGNED,
C/O WENDY DAVISSON, DEPUTY CITY ATTY.
1200 THIRD AVE, SUITE 1100
SAN DIEGO, CA. 92101            WILLIAM DAUGHTERY
                                DATE: 19 JUNE 2008