**NUNC PRO TUNC**
**JUN 27 2008**

**FILED**
2008 JUL -3 AM 10: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1. WILLIAM JOHN DAUGHTERY
2. CDCR# F-79985
3. P.O. BOX 2349 / D10-110UP
4. CHUCKAWALLA VALLEY STATE PRISON
5. BLYTHE, CALIFORNIA 92226

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, PLAINTIFF, V. | CIVIL CASE NO. 08 CV 0408 WQH (BLM) |
| DENNIS WILSON, S.D.P.D., | MOTION AND REQUEST FOR ISSUANCE |
| ESMERALDA TAGABAN, S.D.P.D., | OF CIVIL SUBPOENA (DUCES |
| SGT. GRIFFIN, S.D.P.D., | TECUM) FOR PRODUCTION OF |
| DET. LEMUS, S.D.P.D., | DOCUMENTS AS DISCOVERY AND |
| CITY OF SAN DIEGO, | EXHIBITS FOR JURY TRIAL |
| SAN DIEGO POLICE DEPT. | WITH DECLARATIONS AND PROOF |
| DEFENDANTS | OF SERVICE. |

DATE: 19 JUNE 2008

I, WILLIAM JOHN DAUGHTERY, PETITIONER AND PLAINTIFF IN THE ABOVE ACTION, PROCEEDING PRO SE AND IN FORMA PAUPERIS, DO HEREBY REQUEST AND MOVE THAT THE COURT ORDER THE PRODUCTION OF THE BELOW LISTED DOCUMENTS, RECORDS AND MATERIALS, INCLUDING ALL PRESERVED BY MEANS, MECHANICAL, ELECTRONIC OR OTHERWISE, AND THAT SAID DOCUMENTS BE DELIVERED INTO THE CUSTODY OF THE PLAINTIFF, PURSUANT

CONTINUED

WILLIAM JOHN DAUGHTERY V. D. WILSON, ETAL
CIVIL CASE NO.
08 CV 0408 WQH(BLM)     DATE:                    PAGE 2

1. MOTION AND REQUEST FOR ISSUANCE OF SUBPOENA
2. PRODUCTION OF DOCUMENTS AS DISCOVERY
3. 
4. TO FEDERAL RULES OF CIVIL PROCEDURE, RULE(S) 45
5. 26, 37 AND 34. THE PARTY NAMED BELOW HAS
6. CONTROL AND POSSESSION OR WILL ACQUIRE POSSESSION
7. OF THE FOLLOWING LISTED DOCUMENTS OR MATERIALS
8. WHEREAS THEY ARE MATERIAL TO THE PROOF OF
9. THE ISSUES INVOLVED IN THIS CASE. GOOD CAUSE
10. EXISTS FOR THE PRODUCTION OF MATERIALS AND NOTE
11. OF RELEVANCE AND PROBATIVE VALUE FOLLOWS DESCRIPTION
12. OF EACH REQUESTED ITEM. THE COURT IS REQUESTED
13. TO IMPLEMENT THE PRESCRIBED PENALTIES FOR
14. FAILURE TO COMPLY WITH ITS ORDER. (FRCP 37)
15. AND IT IS FURTHER REQUESTED THAT PRODUCTION AND
16. DELIVERY BE PERFORMED WITHIN A REASONABLE PERIOD,
17. AND AS PETITIONER IS IN FORMA PAUPERIS, THAT
18. ALL FEES INCURRED IN ISSUING AND SERVICE OF SUBPOENA
19. BE BORNE AND ADVANCED BY THE UNITED STATES
20. PENDING SUCCESSFUL SETTLEMENT OR VERDICT.
21. IN THE CASE OF MEDICAL RECORDS OF REQUESTOR; ALL LEGAL
22. CLAIMS REGARDING PRIVACY ISSUES ARE HEREBY RELINQUISHED
23. AND POSSESSOR IS NOT HELD LIABLE FOR OBEDIENCE TO COURTS
24. COMMAND TO PRODUCE. WRITTEN OBSERVATIONS AND CONCLUSIONS MAY
25. BE SUBSTITUTED IN LIEU OF RADIOGRAPHIC (INCLUDING SONOGRAM &
26. X-RAYS) IF REPRODUCTION OF SUCH IMPOSES UNDUE BURDEN AND
27. EXPENSE.
28.

WILLIAM DAUGHTERY
CDCR# 79985
P.O. Box 2349/D10-110up
Blythe, CA. 92226

RE: 08CV0408 WQH(BLM)   PAGE 3

1. 
2. REQUEST FOR CIVIL SUBPOENA (DUCESTECUM)
3. FEDERAL RULES OF CIVIL PROCEDURE: RULE 45(a)(1)(C)&(D)
4. ADVISEMENT TO SUBPOENAED
5.
6. F.R.C.P. 45(a)(1)(C)
7. COMBINING OR SEPARATING COMMAND TO PRODUCE OR PERMIT
8. INSPECTION, SPECIFYING THE FORM FOR ELECTRONICALLY STORED
9. INFORMATION; A COMMAND TO PRODUCE DOCUMENTS, ELECTRONICALLY
10. STORED INFORMATION OR TANGIBLE THINGS OR TO PERMIT THE
11. INSPECTION OF PREMISES MAY BE INCLUDED IN A SUBPOENA
12. COMMANDING ATTENDANCE AT A DISPOSITION HEARING, OR TRIAL
13. OR MAY BE SET OUT IN A SEPARATE SUBPOENA. A SUBPOENA MAY
14. SPECIFY THE FORM OR FORMS IN WHICH ELECTRONICALLY STORED
15. INFORMATION IS TO BE PRODUCED.
16.
17. F.R.C.P. 45(a)(1)(D)
18. COMMAND TO PRODUCE; INCLUDED OBLIGATIONS: A COMMAND
19. TO PRODUCE DOCUMENT, ELECTRONICALLY STORED INFORMATION
20. OR TANGIBLE THINGS REQUIRES THE RESPONDING PARTY
21. TO PERMIT INSPECTION, COPYING, TESTING OR SAMPLING
22. OF THE MATERIALS.
23.
24. THE COURT IS REQUESTED TO COMMAND THE PRODUCTION AND
25. DELIVERY TO MOVANT THE FOLLOWING DESCRIBED MATERIALS;
26. INCLUDING THOSE MECHANICALLY AND/OR ELECTRONICALLY
27. STORED;
28.

WILLIAM DAUGHTERY
F-79985 CDCR#
P.O. BOX 2349
BLYTHE, CA. 92226

1. RE: 08CV0408 WQH(BLM)   PAGE 4
2. REQUEST FOR CIVIL SUBPOENA (DUCES TECUM)
3. ITEMS TO BE PRODUCED:
4. I. MEDICAL
5. ALL MEDICAL RECORDS FOR THE ABOVE NAMED
6. INDIVIDUAL FOR THE PERIOD (DATE)
7. UNTIL (DATE).
8.
9. II. PSYCHOLOGICAL
10. ALL PSYCHOLOGICAL RECORDS FOR THE ABOVE NAMED
11. INDIVIDUAL FOR THE PERIOD (DATE)
12. UNTIL (DATE).
13.
14.
15. THIS REQUEST ACTS AS **RELEASE** OF MEDICAL INFORMATION
16. CONSENT BY THE PATIENT/PLAINTIFF IN THIS ACTION:
17. THE **REQUESTED** ITEMS ARE MAINTAINED AT:
18. CHUCKAWALLA VALLEY STATE PRISON - MEDICAL DEPARTMENT (Re: F79985)
19. 19025 WILEYS' WELL ROAD            (F-79985)
20. BLYTHE, CALIFORNIA 92225
21.
22. A COPY OF THIS DOCUMENT HAS BEEN MAILED TO ATTORNEYS FOR
23. DEFENDANTS AND I CERTIFY AND SWEAR THE FOREGOING IS **TRUE**.
24. MICHAEL J. AGUIRRE, CITY ATTORNEY           SIGNED,
25. C/O WENDY DAVISSON, DEPUTY CITY ATTY.
26. 1200 THIRD AVE, SUITE 1100
27. SAN DIEGO, CA. 92101                    WILLIAM DAUGHTERY
28.                                         DATE: 19 JUNE 2008