**NUNC PRO TUNC**
**JUN 26 2008**

**FILED**
2008 JUL -3 AM 10: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1. WILLIAM JOHN DAUGHTERY
2. CDCR# F-79985
3. P.O. BOX 2349 / D10-110UP
4. CHUCKAWALLA VALLEY STATE PRISON
5. BLYTHE, CALIFORNIA 92226

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, PLAINTIFF, V. | CIVIL CASE NO. 08 CV 0408 WQH (BLM) |
| DENNIS WILSON, S.D.P.D., ESMERALDA TAGABAN, S.D.P.D., SGT. GRIFFIN, S.D.P.D., DET. LEMUS, S.D.P.D., CITY OF SAN DIEGO, SAN DIEGO POLICE DEPT. DEFENDANTS | MOTION AND REQUEST FOR ISSUANCE OF CIVIL SUBPOENA (DUCES TECUM) FOR PRODUCTION OF DOCUMENTS AS DISCOVERY AND EXHIBITS FOR JURY TRIAL WITH DECLARATIONS AND PROOF OF SERVICE. F.R.C.P. RULE 45 TIT. 42 USCA § 1983 SUIT. |

DATE: 19 JUNE 2008

I, WILLIAM JOHN DAUGHTERY, PETITIONER AND PLAINTIFF IN THE ABOVE ACTION, PROCEEDING PRO SE AND IN FORMA PAUPERIS, DO HEREBY REQUEST AND MOVE THAT THE COURT ORDER THE PRODUCTION OF THE BELOW LISTED DOCUMENTS, RECORDS AND MATERIALS, INCLUDING ALL PRESERVED BY MEANS, MECHANICAL, ELECTRONIC OR OTHERWISE, AND THAT SAID DOCUMENTS BE DELIVERED INTO THE CUSTODY OF THE PLAINTIFF, PURSUANT

CONTINUED

WILLIAM JOHN DAUGHTERY V. D. WILSON, ET AL.
CIVIL CASE NO.
08 CV 0408 WQH (BLM)

PAGE 2
DATE: 6/19/2008

1. MOTION AND REQUEST FOR ISSUANCE OF SUBPOENA
2. PRODUCTION OF DOCUMENTS AS DISCOVERY
3.
4. TO FEDERAL RULES OF CIVIL PROCEDURE, RULE(S) 45
5. 26, 37 AND 34. THE PARTY NAMED BELOW HAS
6. CONTROL AND POSSESSION OR WILL ACQUIRE POSSESSION
7. OF THE FOLLOWING LISTED DOCUMENTS OR MATERIALS
8. WHEREAS THEY ARE MATERIAL TO THE PROOF OF
9. THE ISSUES INVOLVED IN THIS CASE. GOOD CAUSE
10. EXISTS FOR THE PRODUCTION OF MATERIALS AND NOTE
11. OF RELEVANCE AND PROBATIVE VALUE FOLLOWS DESCRIPTION
12. OF EACH REQUESTED ITEM. THE COURT IS REQUESTED
13. TO IMPLEMENT THE PRESCRIBED PENALTIES FOR
14. FAILURE TO COMPLY WITH ITS ORDER. (F.R.C.P. 37)
15. AND IT IS FURTHER REQUESTED THAT PRODUCTION AND
16. DELIVERY BE PERFORMED WITHIN A REASONABLE PERIOD,
17. AND AS PETITIONER IS IN FORMA PAUPERIS, THAT
18. ALL FEES INCURRED IN ISSUING AND SERVICE OF SUBPOENA
19. BE BORNE AND ADVANCED BY THE UNITED STATES
20. PENDING SUCCESSFUL SETTLEMENT OR VERDICT.
21. INFORMATION ELECTRONICALLY STORED MAY BE PRODUCED IN
22. TRANSCRIPT FORM PROVIDING IDENTIFYING CHARACTERISTICS AND
23. FIDELITY IS NOT COMPROMISED BY SUCH. PARTY IS NOT EXPECTED
24. TO SUFFER UNDUE BURDEN IN PRODUCING MATERIALS AND IS
25. NOT EXCUSED FROM FAILURE TO OBEY PER F.R.C.P. RULE 45(C)(3)
26. (A)(ii).
27.
28.

WILLIAM DAUGHTERY
CDCR # F-79985
P.O. BOX 2349 / D10-110 UP
BLYTHE, CA. 92226

DATE: 19 JUNE 2008
PAGE 3

RE: 08CV0408 WQH(BLM)

REQUEST FOR CIVIL SUBPOENA (DUCES TECUM)
LIST OF ITEMS TO BE PRODUCED

IT IS REASONABLY EXPECTED THAT THE FOLLOWING MATERIALS AND DOCUMENTS AND OTHER TANGIBLE THINGS LIE WITHIN THE CONTROL, CUSTODY OR POSSESSION OF:

MULTIPLE CONFLICTS COUNSEL
WIL RUMBLE, SUPERVISING ATTORNEY - CRIMINAL
110 WEST "C" STREET, SUITE 1211
SAN DIEGO, CALIFORNIA 92101-3905

PER F.R.C.P. RULE 45(a)(1)(C) AND (D) REQUESTEE IS ADVISED:

(C) COMBINING OR SEPARATING COMMAND TO PRODUCE OR PERMIT INSPECTION; SPECIFYING THE FORM FOR ELECTRONICALLY STORED INFORMATION A COMMAND TO PRODUCE DOCUMENTS, ELECTRONICALLY STORED INFORMATION OR TANGIBLE THINGS OR TO PERMIT THE INSPECTION OF PREMISES MAY BE INCLUDED IN A SUBPOENA COMMANDING ATTENDANCE AT A DEPOSITION HEARING, OR TRIAL OR MAY BE SET OUT IN A SEPARATE SUBPOENA. A SUBPOENA MAY SPECIFY THE FORM OR FORMS IN WHICH ELECTRONICALLY STORED INFORMATION IS TO BE PRODUCED.

(D) COMMAND TO PRODUCE; INCLUDED OBLIGATIONS:
A COMMAND IN A SUBPOENA TO PRODUCE, DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS REQUIRES THE RESPONDING PARTY

PAGE 3

WILLIAM DAUGHTERY
CDCR # F-79985
P.O. BOX 2349/D10-110up
BLYTHE, CA. 92226

DATE: 19 JUNE 2008
PAGE 4

RE: 08CV0408 WQH (BLM)

REQUEST FOR CIVIL SUBPOENA (DUCES TECUM)
LIST OF ITEMS TO BE PRODUCED (CONT.)

TO PERMIT INSPECTION, COPYING, TESTING OR SAMPLES OF THE MATERIALS

IT IS HEREBY REQUESTED THAT THE COURT COMMAND THE PRODUCTION OF THE FOLLOWING ITEMS:

I. PARTIES TO ACTION
1. NAMES, ADDRESSES AND OTHER CONTACT INFORMATION FOR ALL PARTICIPANTS IN CRIMINAL PROCEEDING, INCLUDING:
A. OFFICER WILSON, S.D.P.D.
B. OFFICER TAGABAN, SDPD
C. SGT. GRIFFIN, S.D.P.D.
D. DETECTIVE LEMUS, S.D.P.D.
E. STEPHEN (STEVEN) ANDREW MONTGOMERY (WITNESS)
F. RONALD TYSON (WITNESS)
G. ALL OTHERS WITH DISCOVERABLE INFORMATION.

II. PRIOR PROCEEDINGS MATERIALS: SD# 197549, DA. FILE # ABS65201 CRIMINAL CASE.
A. ANY TRANSCRIPTS (P.C. 1538.5, PRELIMINARY & TRIAL)
B. ANY AND ALL DEPOSITIONS AND STATEMENTS
C. POLICE REPORTS (ALL PARTICIPANTS)
D. PITCHESS' MATERIALS AND EXPERT WITNESS MATERIALS
E. USE OF FORCE REPORTS

PAGE 4

WILLIAM DAUGHTERY  
CDCR# F79985  
P.O. BOX 2349/ D10-110 UP  
BYTHE. CA. 92226  

DATE: 19 JUNE 2008  
PAGE 5  

RE: 08CV0408 WQH (BLM)

1. REQUEST for CIVIL SUBPOENA (DUCES TECUM)
2. LIST OF ITEMS TO BE PRODUCED (CONT.)

III. PHOTOS, ELECTRONICALLY STORED INFORMATION, VIDEO

A. TACTICAL ('TAC-TAPE') TAPE RECORDING OF STING OPERATION

B. POST-ARREST PHOTOS INCLUDING BOOKING PHOTO 'MUG SHOT'

C. ANY VIDEO FROM ANY SOURCE (i.e. SQUAD CAR CAMERA OR SUBSTATION VIDEO MONITORING V)

D. COPIES OF ANY NOTES OR OBSERVATIONS OF ANY OFFICERS OR PERCIPIENT WITNESSES OR RECORDINGS

E. ANY OTHER RECORDS CONCERNING 9 MARCH 2006 ARREST.

IV. DOCUMENTS

A. ANY AND ALL DOCUMENTS, INCLUDING MEDICAL INFORMATION AND INVESTIGATOR REPORTS REGARDING CASE

V. PHYSICAL EVIDENCE

A. ANY PHYSICAL EVIDENCE WHETHER OR NOT USED AS EXHIBIT AT TRIAL.

B. (ONE) GREEN JACKET WORN ON NIGHT OF ARREST NOT PRESENTED AT CRIMINAL TRIAL.

I, HEREBY CERTIFY THAT A COPY OF THIS DOCUMENT HAS BEEN SERVED BY MAIL TO:

U.S. DIST. COURT 4TH DIST  
880 FRONT ST. #4290  
SAN DIEGO, CA 92101-8900  

WENDY E. DAVISSON  
ATTY. FOR DEFENDANTS  
CITY ATTORNEY OF S.D.  
1200 THIRD AVE #1100  
SAN DIEGO, CA. 92101-4100  

SIGNED  
WILLIAM Daughtery

PAGE 5 OF 5

# UNITED STATES DISTRICT COURT

Southern District of California
Office of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
(619) 557-6348

Visit our website at www.casd.uscourts.gov

**W. Samuel Hamrick, Jr.**
Clerk of Court

**Alan Counts**
Chief Deputy of Administration

**John Morrill**
Chief Deputy of Operations

**Michael Nagy**
Director of Information Technology

June 10, 2008

Dear Mr. Daughtery,

    Unfortunately we do not have the forms that you requested. Please submit your requests in pleading format. I am attaching pleading paper for your use.

Thank you,

R. Mullin

William Daugherty
F79985
P.O. Box 2349 / D10-110 up
Blythe, CA. 92226

4 June 2008

RE: 08 CV 0408-WQH (BLM)

United States District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, California 92101-8900

Clerk,

I am proceeding pro se and informa pauperis with a complaint brought pursuant 42 U.S.C. § 1983. I am a state prisoner at Chuckawalla Valley State Prison.

I have, as a necessity, to request federal civil forms unavailable due to lack of access to law library here (see enclosed institutional notice dated May 16, 2008). Please forward the following forms:

1. Subpoena Deuces Tecum
2. Interrogatories
3. Admissions
4. Request to Produce
5. A state prisoner in custody of California Department of Corrections must be called to testify at trial (Mr. Steven Andrew Montgomery); send forms to effect direction to produce from CDCR to trial.

For payment for forms reference: Forma Pauperis Grant (Doc. #2) 3/10/2008, Thank you.

Certificate of Service - I hereby swear attest that a copy of preceding is served by mail on the Defendants' Attorney of Record:
Michael J. Aguirre, City Attorney
c/o Wendy Davisson, Deputy City Attorney, CA. No. 199886
1200 Third Avenue, Ste. 1100
San Diego, CA. 92101-4100

/s/ William Daugherty
Plaintiff William Daugherty