UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, CDCR #F-79985,<br><br>              Plaintiff,<br>v.<br><br>DENNIS WILSON, San Diego Police Officer; ESMERALDA TAGABAN, San Diego Police Officer; SERGEANT GRIFFIN; DETECTIVE LEMUS,<br><br>              Defendants. | Case No. 08cv0408-WQH (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS AND DIRECTING THE CLERK OF COURT TO ISSUE SUBPOENAS DUCES TECUM AND U.S. MARSHAL 285 FORMS**<br><br>[Doc. Nos. 30 & 32] |

Plaintiff, who is proceeding *pro se* and *in forma pauperis* with a Complaint brought pursuant to 42 U.S.C. § 1983, has filed two motions requesting the issuance of six civil subpoenas. Doc. Nos. 30 & 32. The Court finds Plaintiff's request reasonable and **GRANTS** Plaintiff's motions.

Accordingly, the Court **ORDERS** as follows:

1. The Clerk of Court shall forward to Plaintiff six subpoena duces tecum forms, six U.S. Marshal 285 forms, and a copy of this Order.

2. Upon receipt of a properly completed U.S. Marshal 285 form and accompanying subpoena, the U.S. Marshal is directed to promptly effect service of Plaintiff's subpoena duces tecum.

Plaintiff is advised that any fees required for service of subpoenas for documents on non-parties pursuant to Rule 45 are not waived based on Plaintiff's *in forma pauperis* status. See Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989). Plaintiff is responsible for paying all costs associated with the subpoenas and depositions.

**IT IS SO ORDERED.**

DATED:  July 7, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL