# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM JOHN DAUGHTERY | 08CV408-WQH-BLM |
| DEFENDANT | TYPE OF PROCESS |
| DEPUTY DENNIS WILSON | CIVIL SUMMONS |

FILED 2008 JUL 10 AM 8:48  CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  BY _____ DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DENNIS WILSON, SAN DIEGO COUNTY SHERIFF'S DEPUTY

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1173 FRONT STREET, SAN DIEGO, CALIFORNIA 92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM JOHN DAUGHTERY
F-79985
P.O. BOX 2349 / D10-110UP
BLYTHE, CALIFORNIA 92226

| Number of process to be served with this Form - 285 | 1 (ONE) |
| Number of parties to be served in this case | 4 (FOUR) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

DEPUTY WILSON IS FORMERLY, S.D.P.D. OFFICER WILSON ID #5646 HAS BEEN DEPUTY LESS THAN 2 YR. ALL INDIVIDUALS OTHER THAN WILSON ARE REPRESENTED BY CITY ATTORNEYS OFFICE OF SAN DIEGO. PLEASE ATTEMPT SERVICE ON: WENDY E. DAVISSON, DEPUTY CITY ATTORNEY 1200 3RD AVE #1100 SD CA. 92101-4100 PHONE (619) 533-5800 IF UNABLE TO FIND WILSON.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: _____
DATE: 6-29-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*)
Total Process: 1
District of Origin No. 08
District to Serve No. 08
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 7/3/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (if not shown above): _____

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): _____

Date of Service: 7-9-08
Time: 830 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: 7.9.08 @ APROX 830AM CALLED WENDY E. DAVISSON and she informed Dep-Marshal that she was NOT able to Accept the civil summons for WILSON D. (special instructions) D. WILSON No longer works w/ SD Sheriffs Department

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William John Daughtery<br><br>vs<br><br>Dennis Wilson; City of San Diego; San Diego Police Department | **SUMMONS ON FIRST AMENDED COMPLAINT IN A CIVIL ACTION**<br>Case No.    08cv408-WQH-BLM |

TO: (Name and Address of Defendant)

*ESMERALDA TAGABAN, DET. LEMUS, SGT. GRIFFIN*
*C/O OFFICE OF THE CITY ATTORNEY*
*MICHAEL J. AGUIRRE, CITY ATTORNEY*
*WENDY E. DAVISSON, DEPUTY CITY ATTORNEY*
*1200 THIRD AVENUE, SUITE 1100*
*SAN DIEGO, CALIFORNIA 92101-4100*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William John Daughtery
Chuckawalla Valley State Prison
PO Box 2349
Blythe, CA 92226
F-79985

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr.<br>Clerk of Court<br>*[signature]*<br>By, Deputy Clerk | June 24, 2008<br>DATE |

AO 440 (Rev 5/85) Summons in a Civil Action