**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM JOHN DAUGHTERY | 08CV408 WQH-BLM |
| DEFENDANT | TYPE OF PROCESS |
| THE CITY OF SAN DIEGO, CALIFORNIA | CIVIL SUMMONS |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICE OF THE CITY ATTORNEY, MICHAEL AGUIRRE, W. DAVISSON

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 THIRD AVENUE, SUITE 1100, SAN DIEGO, CA. 92101-4100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM DAUGHTERY, F79985
P.O. BOX 2349/D10-110UP
BLYTHE, CA. 92226

Number of process to be served with this Form - 285: 1 (ONE)
Number of parties to be served in this case: 4 (FOUR)
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CITY ATTORNEY IS TO REPRESENT CITY IN CLAIM. ATTORNEY ASSIGNED IN THIS SUIT IS: WENDY E. DAVISSON, DEPUTY CITY ATTORNEY
CAL. STATE BAR NO. 199146
1200 3RD AVE. #1100
SAN DIEGO CA 92101-4100
TELEPHONE (619) 533-5800

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 6-29-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 98
District to Serve No.: 98
Signature of Authorized USMS Deputy or Clerk: A Scott
Date: 7/3/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
CARMINA TRUJANO, Deputy City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7.9.2008
Time: 11:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 7.9.08 @ 9:49 AM Attempted to serve, Front Receptionist informed DUSM that they are not 1st attempt going to accept the civil summons @ location 1200 3rd St Suite 1100
2nd attempt 7-9-08 11:00am. Served at 202 C St 92101 2nd Flr. City Clerks office.

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)