# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM JOHN DAUGHTERY | 08CV408WQH-BLM |
| DEFENDANT | TYPE OF PROCESS |
| E. TAGABAN, DET. LEMUS, SGT. GRIFFIN | CIVIL SUMMONS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICE OF CITY ATTORNEY, MICHAEL J. AGUIRRE, W. DAVISSON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 THIRD AVENUE, SUITE 1100, SAN DIEGO, CA 92101-4100

FILED 2008 JUL 10 AM 8:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM DAUGHTERY, F74985
P.O. BOX 2349 / D10-110UP
BLYTHE, CALIFORNIA 92226

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 (ONE) |
| Number of parties to be served in this case | 3 (THREE) |
| Check for service on U.S.A. | |

RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CITY ATTORNEY IS ATTORNEY OF RECORD IN THIS CASE WITH WENDY. E. DAVISSON HANDLING DEFENSE FOR THREE DEFENDANTS AT PRESENT TIME (TAGABAN, GRIFFIN, LEMUS)
TELEPHONE # (619) 533-5800

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 6-29-08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | [signature] | 7/3/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
CARMINA TRAJANO DEPUTY CITY CLERK

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7-9-2008
Time: 1059 am

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 7-9-08 @ 9:49 AM Attempted to serve, front Receptionist informed/stated to DUSM 1st attempt — that they were not going to accept the civil summons @ location 1200 3rd st 2nd. Suite 1100
7-9-08 11:00 AM served at 202 C St. 92101 2nd Flr city clerks office

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |