| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM JOHN DAUGHTERY | 08 CV 408 WQH-BLM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SAN DIEGO POLICE DEPARTMENT | CIVIL SUMMONS |

FILED
2008 JUL 10 AM 8:48
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SAN DIEGO POLICE DEPARTMENT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1401 BROADWAY SAN DIEGO, CALIFORNIA 92101-5729

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM J. DAUGHTERY, F79985
P.O. BOX 2349 / D10-110 UP
BLYTHE, CALIFORNIA 92226

- Number of process to be served with this Form - 285: 1 (ONE)
- Number of parties to be served in this case: 4 (FOUR)
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

ATTORNEY IN THIS CASE IS CITY ATTORNEY OF SAN DIEGO, M. AGUIRRE WITH DEPUTY CITY ATTORNEY, WENDY E. DAVISSON SUPERVISING DEFENSE. MAY BE DIRECTED TO SERVE AT: OFFICE OF CITY ATTORNEY. 1200 THIRD AVENUE #1100, SAN DIEGO CA. PHONE #(619) 533-5800

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 6/29/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 08 | 08 | | 7/3/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): SGT. Rosario OIA
Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/09/2008
Time: 12:21 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)