ORIGINAL

FILED

2008 JUL 21  AM 8:28

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___PM___ DEPUTY

NUNC PRO TUNC
JUL -9 2008

1  WILLIAM JOHN DAUGHTERY
2  CDCR# F-79985
3  CHUCKAWALLA VALLEY STATE PRISON
4  P.O. BOX 2349 / D10-110 UP
5  BLYTHE, CALIFORNIA 92226
6
7         UNITED STATES DISTRICT COURT
8         SOUTHERN DISTRICT OF CALIFORNIA
9
10 WILLIAM JOHN DAUGHTERY,    ) CIVIL CASE NO. 08CV0408 WQH (BLM)
11         PLAINTIFF          ) NOTICE AND MOTION REQUESTING
12 V.                         ) INFORMATION FROM THE CLERK PER
13 WILSON, TAGABAN, GRIFFIN   ) CASE MANAGEMENT CONFERENCE AND
14 LEMUS, CITY OF SAN DIEGO   ) ORDER REGULATING DISCOVERY AND
15 AND SAN DIEGO POLICE DEPT. ) OTHER PRETRIAL PROCEEDINGS: 4/17/08
16         DEFENDANTS         )
17                    DATE: 2 JULY 2008
18
19 I, WILLIAM JOHN DAUGHTERY, PETITIONER AND PLAINTIFF, IN
20 ABOVE TITLED CASE, PROCEEDING PRO SE AND IN FORMA
21 PAUPERIS, DO HEREBY MOVE AND REQUEST THE COURT TO
22 DIRECT THE CLERK TO RESPOND TO QUESTIONS REGARDING
23 THIS CASE AS MENTIONED IN THE ABOVE ORDER ISSUED
24 APRIL 17 2008 BY JUDGE MAGISTRATE BARBARA L. MAJOR
25 PAGE 4, LINE 7 AND 8.
26 INASMUCH AS PETITIONER IS PROCEEDING WITHOUT COUNSEL
27 (MAGISTRATE HAVING TWICE DENIED TWO APPLICATIONS FOR
28 APPOINTMENT OF COUNSEL.) SEVERAL DIFFICULTIES

WILLIAM DAUGHERTY
CDCR# T79985
P.O. BOX 2349 / D10-110u
BLYTHE, CA 92226

DATE: 2 July 2008

RE: 08CV0408 WQH(BLM)

PAGE 2

MOTION REQUESTING INFORMATION (CONT.)

HAVE ARISEN THAT DO NOT REQUIRE LEGAL ADVICE FROM THE CLERK, BUT DO REQUIRE DEFINING PROCEDURES NOT COVERED BY FEDERAL RULES OF CIVIL PROCEDURE OR LOCAL RULES OF CIVIL PROCEDURE.

IT IS REQUESTED THAT THE CLERK SUGGEST/RECOMMEND ACTIONS THAT WOULD BE ACCEPTABLE TO THE COURT IN THE FOLLOWING PUZZLING HAPPENSTANCES:

I. MANDATORY SETTLEMENT CONFERENCE (19 NOV. 2008)
① PRISON LITIGATION COORDINATOR REQUESTS TELEPHONE NUMBER WHICH WOULD CONNECT TO COURTROOM FOR TELEPHONIC CONFERENCING. SEE EXHIBIT A, ATTACHED
✱ WHAT IS THE NUMBER?

II. DISCOVERY AND WITNESS LIST
① I HAVE AN ESSENTIAL EYEWITNESS THAT IS PRESENTLY INCARCERATED IN CALI. DEPT. OF CORRECTIONS AND REHABILITATION SYSTEM. I HAVE ATTEMPTED TO LOCATE HIS EXACT LOCATION TO SERVE SUBPOENA (DUCES TECUM) UNSUCCESSFULLY.
SEE EXHIBIT B(1), B(2) AND B(3).
✱ MAY I ADDRESS THE SUBPOENA TO THE DEPARTMENT DIRECTOR INSTEAD OF A SPECIFIC WARDEN? I HAVE ONLY LIMITED INFORMATION ON WITNESS SINCE I DO NOT HAVE DISCOVERY FROM DEFENDANTS NOR COUNSEL/INVESTIGATOR.

William Daughtery
F79985
P.O. Box 2349/D10-110up
Blythe, CA 92226

Date: 2 July 2008

RE: 08CV0408 WQH(BLM)    PAGE 3

Motion Requesting Information (cont.)

## III. Summons.

(1) I have successfully served summons on all defendants except Dennis Wilson, formerly of S.D. Police Dept.. All other police defendants are represented by City Attorneys office. I have attempted service at: (1) San Diego Police Dept., (2) County Sheriffs Department (Wilson is now a Deputy Sheriff), twice.

※ How can I serve Wilson legally if all places refuse to accept service?

## IV. Forms.

(1) I have to hand produce all documents inasmuch as your office does not have preprinted standard forms. The prison library has no forms also and is frequently unavailable. See exhibits C(1), C(2), C(3) and C(4) attached. How can I diligently pursue discovery, assemble witness list and gather evidence (i.e. criminal trial transcripts) without subpoenas, interrogatories and admissions etc.?

## Conclusion.

Please address each point and provide solutions acceptable to the court.

WILLIAM DAUGHTERY  
F-79985  
P.O. BOX 2349 / D10-110up  
BLYTHE, CA 92226  

DATE: 2 July 2008  

RE: 08CV0408 WQH (BLM)   PAGE 4  

MOTION REQUESTING INFORMATION (CONT.)  

Declaration  

I, WILLIAM DAUGHTERY, THE PLAINTIFF AND PETITIONER PROCEEDING PRO SE AND FORMA PAUPERIS, IN THE ABOVE ENTITLED ACTION, DO HEREBY SWEAR AND AFFIRM THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE AND THAT A COPY OF THESE DOCUMENTS HAVE BEEN SERVED BY MAIL ON THE DEFENDANTS ATTORNEYS OF RECORD:  

MICHAEL J. AGUIRRE, CITY ATTORNEY  
C/O WENDY E. DAVISSON, DEPUTY CITY ATTORNEY  
Office of the City Attorney  
1200 THIRD AVENUE, SUITE 1100  
SAN DIEGO CALIFORNIA 92101-4100  

SIGNED,  
[signature]  
WILLIAM DAUGHTERY  
2 July 2008

State of California     *EXHIBIT A*     Department of Corrections
*ORIGINAL*

# Memorandum

Date : July 2, 2008

To : William Daughtery, F79985
D10-110U *JOC nurse*

Subject: **REQUEST FOR TELEPHONIC COURT APPEARANCE (08CV0408 WQH (BLM)**

This is to confirm receipt of the Case Management Conference Order Regulating Discovery and Other Proceedings, dated April 17, 2008, signed by Magistrate Judge Barbara L. Major. Additionally, you submitted a copy of your Motion to the Court for a Civil Subpoena (Duces Tecum) to produce you for telephonic appearance.

Your Motion was not necessary as the Court's Order clearly states you may appear telephonically for the Mandatory Settlement Conference on November 19, 2008, at 0930 hours. Noted is the fact, defense counsel shall coordinate your appearance by telephone. **As such, it is necessary that you advise us of the telephone number to connect you with Judge Major's court room.** You should provide the number to the Litigation Coordinator as soon as possible. On the day of the hearing you will report to your assigned correctional counselor, J. E. Mendoza, who will then place the call.

If you have any questions, you may contact your counselor.

*D. E. Gonzales* (signature)
D. E. GONZALES, CCII
Retired Annuitant
Litigation Coordinator
Chuckawalla Valley State Prison

Attachment

cc: J. Mendoza, CCI
    D. Figueroa, CCII

* CDC 1617 (3/89)

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                    ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**Chuckawalla Valley State Prison**
P. O. Box 2289
Blythe, CA 92226



EXHIBIT B(1)
ORIGINAL

June 30, 2008

W. Daughtery, F79985
Chuckawalla Valley State Prison, D10-110U
Post Office Box 2349
Blythe, California 92226

Regarding:   Request for Witness List

Dear Mr. Daughtery:

This is in response to your request for interview dated June 25, 2008, requesting the Litigation Coordinator to assist you in preparation of a witness list for a pending court hearing.

The institutional Litigation Coordinator does not have access to the data base which tracks inmates incarcerated in the California Department of Corrections and Rehabilitation.

Additionally, assistance to prepare documentation for a court proceeding is more appropriately addressed to your legal representative.

Sincerely,

*[signature]*

D. ASUNCION
Litigation Coordinator (A)
Chuckawalla Valley State Prison

EXHIBIT B(2) ORIGINAL

(08-0386)

STATE OF CALIFORNIA
GA-22 (9/92)
DEPARTMENT OF CORRECTIONS

## INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 6-17-08 | CVSP (Central Librarian) | Daughtery, W | F79985 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | ASSIGNMENT HOURS |
|---|---|---|---|---|
| D10-110 up | 110 up | Voc. Plumbing | FROM 004 TO ___ | FROM 0630 TO 1330 |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): NONE

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

You have copy of Order setting schedule etc. I have deadline to (7-18-08) present witness list to court. I need CDCR # & location of eyewitness: Steven Montgomery committed to CDCR @ May/June? early 2006 or 2007 from S.D. County. I need to subpoena for Court trial. Further info: He's Blk male, 35 yr old, old CDCR # (violator w/ N BCF.)

| INTERVIEWED BY | DATE |
|---|---|
| M.W. — Sr. Librarian | 6-20-08 |

**DISPOSITION**
Unless they are at CVSP, I do not have access to the computers that track CDCR inmates nor do I have the authority to check. You can check with the Librarian coordinator + the Warden's office, they can give you a more definitive answer.

EXHIBIT
C (1)
ORIGINAL

# UNITED STATES DISTRICT COURT

Southern District of California
Office of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
(619) 557-6348

Visit our website at www.casd.uscourts.gov

**W. Samuel Hamrick, Jr.**
Clerk of Court

**Alan Counts**
Chief Deputy of Administration

**John Morrill**
Chief Deputy of Operations

**Michael Nagy**
Director of Information Technology

June 10, 2008

Dear Mr. Daughtery,

    Unfortunately we do not have the forms that you requested. Please submit your requests in pleading format. I am attaching pleading paper for your use.

Thank you,

R. Mullin

EXHIBIT C(2) ORIGINAL

WILLIAM DAUGHERTY
F79985
P.O. Box 2349 / D10-110 up
Blythe, CA. 92226

4 June 2008

RE: 08 CV 0408-WQH (BLM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

CLERK,

I AM PROCEEDING PRO SE AND INFORMA PAUPERIS WITH A COMPLAINT BROUGHT PURSUANT 42 U.S.C. §1983. I AM A STATE PRISONER AT CHUCKAWALLA VALLEY STATE PRISON.

I HAVE, AS A NECESSITY TO REQUEST FEDERAL CIVIL FORMS UNAVAILABLE DUE TO LACK OF ACCESS TO LAW LIBRARY HERE (SEE ENCLOSED INSTITUTIONAL NOTICE DATED MAY 16, 2008). PLEASE FORWARD THE FOLLOWING FORMS:

① SUBPOENA DEUCES TECUM
② INTERROGATORIES
③ ADMISSIONS
④ REQUEST TO PRODUCE
⑤ A STATE PRISONER IN CUSTODY OF CALIFORNIA DEPARTMENT OF CORRECTIONS MUST BE CALLED TO TESTIFY AT TRIAL (MR. STEVEN ANDREW MONTGOMERY); SEND FORMS TO EFFECT DIRECTION TO PRODUCE FROM CDCR TO TRIAL.

FOR PAYMENT FOR FORMS REFERENCE: FORMA PAUPERIS GRANT (DOC.#2) 3/10/2008, THANK YOU.

CERTIFICATE OF SERVICE. I HEREBY SWEAR ATTEST THAT A COPY OF PRECEDING IS SERVED BY MAIL ON THE DEFENDANT'S ATTORNEY OF RECORD:
MICHAEL J. AGUIRRE, CITY ATTORNEY
C/O WENDY DAVISSON, DEPUTY CITY ATTORNEY, CA. NO. 199186
1200 THIRD AVENUE, STE. 1100
SAN DIEGO, CA. 92101-4100

/s/ William Daugherty
PLAINTIFF WILLIAM DAUGHERTY

State of California     EXHIBIT C(4) ORIGINAL     Department of Corrections and Rehabilitation

# Memorandum

Date: May 16, 2008

To: All Concerned

Subject: LIBRARY OPERATIONS BEGINNING MAY 16, 2008

Until further notice all libraries may be on restricted open days and hours depending on staff available, inmate clerks available and trained, and of course, the move from B to C Facility.

The primary library function until all issues are resolved in all libraries will be the law libraries. Seating is limited; Preferred Legal Users (PLU) will always be seated, others depending on the posted library capacity.

Recreation reading library will be closed on a yard by yard, day by day basis until there are sufficient inmate staff and operating days to handle the demand. If recreation library is able to open and then must be shut down the next operating day for reason, please deposit all due books in the outside drop box.

If you have questions, contact me at extension 5628.

M. HARTMAN
Senior Librarian


cc: C. Ynson, SCEP
      Facility Captain's
      LTA's