UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 JUL 21 AM 8:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Major

FROM: L Odierno, Deputy Clerk   RECEIVED DATE: 7/1/08

CASE NO.: 08cv408-WQH-BLM   DOCUMENT FILED BY: William John Daughtery

CASE TITLE: Daughtery v Wilson et al

DOCUMENT ENTITLED: Motion and Request for Issuance of Civil Subpoena (Duces Tecum)

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Duplicative of separately filed motion and moot, in light of Case Management Conference Order [Doc. No. 11], which requires defense counsel to coordinate Plaintiff's appearance by telephone. |

Date forwarded: 7/2/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Major

Dated: 7/18/08   By: law clerk

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

```
1  WILLIAM JOHN DAUGHTERY
2  CDCR # F-79985
3  P.O. BOX 2349 / D10-110UP
4  CHUCKAWALLA VALLEY STATE PRISON
5  BLYTHE, CALIFORNIA 92226
```

**REJECTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, | CIVIL CASE NO. 08CV0408 WQH (BLM) |
| PLAINTIFF, | MOTION AND REQUEST FOR |
| V. | ISSUANCE OF CIVIL SUBPOENA |
| DENNIS WILSON, S.D.P.D., | (DUCES TECUM) FOR PRODUCTION |
| ESMERALDA TAGABAN, S.D.P.D., | OF STATE PRISONER FOR |
| SGT. GRIFFIN, S.D.P.D., | PRE-TRIAL CONFERENCE. |
| DET. LEMUS, S.D.P.D., | F.R.C.P. RULE 45 |
| CITY OF SAN DIEGO, | |
| SAN DIEGO POLICE DEPT. | DATE: JUNE 26, 2008 |
| DEFENDANTS | |

I, WILLIAM JOHN DAUGHTERY, THE PLAINTIFF AND MOVANT IN THE ABOVE TITLED 42 USCA § 1983 CASE, PROCEEDING IN PRO SE AND FORMA PAUPERIS, DO HEREBY REQUEST AND MOVE THAT THE COURT ORDER AND COMMAND THE WARDEN OF CHUCKAWALLA VALLEY STATE PRISON (OR HIS REPRESENTATIVE; LITIGATION COORDINATOR) TO PRODUCE THE MOVANT, A STATE PRISONER IN