UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, CDCR #F-79985,<br><br>           Plaintiff,<br>v.<br><br>DENNIS WILSON, San Diego Police Officer; ESMERALDA TAGABAN, San Diego Police Officer; SERGEANT GRIFFIN; DETECTIVE LEMUS,<br><br>           Defendants. | Case No. 08cv0408-WQH (BLM)<br><br>**ORDER DENYING PLAINTIFF'S MOTION REQUESTING INFORMATION**<br><br>[Doc. No. 39] |

On July 9, 2008, Plaintiff filed a "Motion Requesting Information from the Clerk." Doc. No. 39. In this motion, Plaintiff requests assistance from the Court regarding participating in the settlement conference, obtaining discovery, locating defendants, and obtaining forms. Id. The Court cannot provide Plaintiff with advice or assistance in determining the law or deciding how to obtain discovery or prosecute his case. Plaintiff is hereby warned that the Court will reject any future documents seeking the Court's advice.

Plaintiff's future discovery requests should be addressed to Defendants, not this Court, and must comply with the Federal Rules of Civil Procedure. Nothing in this Order prohibits Plaintiff from seeking

to obtain relevant discovery, including some of the information requested in Plaintiff's motion, from Defendants via properly-framed interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure, requests for admission pursuant to Rule 36, and/or requests for production of documents pursuant to Rule 34. Only if Plaintiff is unable to obtain discovery from Defendants or third parties after utilizing the appropriate discovery channels in compliance with the Federal Rules and Civil Local Rules will the Court consider a properly-filed motion to compel.

Accordingly, Plaintiff's motion is **DENIED.**

**IT IS SO ORDERED.**

DATED: July 21, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL