1 | MICHAEL J. AGUIRRE, City Attorney
WENDY E. DAVISSON, Deputy City Attorney
2 | California State Bar No. 199146
Office of the City Attorney
3 | 1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
4 | Telephone: (619) 533-5800
Facsimile: (619) 533-5856
5 |
Attorneys for Defendants
6 | Tagaban; Griffin; Lemus;
San Diego Police Department and
7 | City of San Diego

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10 | WILLIAM JOHN DAUGHTERY,

11 |       Plaintiff,

12 |     v.

13 |

14 | DENNIS WILSON; ESMERALDA
TAGABAN; GRIFFIN; LEMUS, CITY OF
15 | SAN DIEGO AND SAN DIEGO POLICE
DEPARTMENT
16 |
      Defendants.
17 |

18 |

19 |

20 |

21 |

| ) Case No. 08cv408 (WQH) BLM |
| ) |
| ) **NOTICE OF MOTION AND MOTION IN** |
| ) **SUPPORT OF DEFENDANTS TAGABAN** |
| ) **GRIFFIN, LEMUS, SAN DIEGO POLICE** |
| ) **DEPARTMENT AND CITY OF SAN** |
| ) **DIEGO'S MOTION TO DISMISS FIRST** |
| ) **AMENDED COMPLANT AGAINST SAN** |
| ) **DIEGO POLICE DEPARTMENT AND** |
| ) **CITY OF SAN DIEGO FOR FAILURE TO** |
| ) **STATE A CLAIM UPON WHICH RELIEF** |
| ) **MAY BE GRANTED** |
| ) |
| ) (Fed. R. Civ. P. 12(b)(6)) |
| ) |
| ) Judge: Hon. William Q. Hayes |
| ) Courtroom: 4 – 4th Floor |
| ) Date: September 8, 2008 |
| ) Magistrate: Hon. Barbara L. Major |
| ) |
| ) **NO ORAL ARGUMENT** |

22 |     **TO PLAINTIFF WILLIAM JOHN DAUGHERTY, PRO SE, PLEASE TAKE**

23 | **NOTICE:**

24 |     On September 8, 2008, before the Honorable William Q. Hayes, in Courtroom 4, located

25 | at 940 Front Street, Fifth Floor, San Diego, California, Defendants Tagaban, Griffin, Lemus, San

26 | Diego Police Department and City of San Diego through Deputy City Attorney Wendy E.

27 | Davission, will move the Court for an Order dismissing the Plaintiff's First Amended Complaint

28 | in the above-captioned action, as to Defendants San Diego Police Department and City of San

1

1    Diego with prejudice, or as the Court deems appropriate, pursuant to Federal Rule of Civil

2    Procedure 12(b)(6).

3        This Motion shall be based on the Points and Authorities in support thereof, and the

4    following:

5        1.  Dismissal of Plaintiff's pendent claim(s) against the City of San Diego and its San
           Diego Police Department is appropriate, where the claim(s) are barred for failure to
6          plead and show compliance with California's Government Code.

7        2.  To the extent Plaintiff seeks to assert claim(s) under California's Penal Code,
           dismissal of the claim(s) is appropriate where the Penal Code does not create
8          enforceable individual rights.

9        3.  To the extent Plaintiff seeks to assert any new claim under 42 U.S.C. § 1983, against
           the City of San Diego or the San Diego Police Department, dismissal is appropriate
10         where the claim is time-barred by the two year statute of limitations and where
           Plaintiff fails to state a claim.
11
         4.  Dismissal of Plaintiff's action(s) against the San Diego Police Department and the
12         City of San Diego is appropriate, upon Plaintiff's failure to state a claim upon which
           relief may be granted.
13
         5.  Plaintiff's claims against the San Diego Police Department and the City of San Diego
14         accrued on March 9, 2006.

15       6.  Plaintiff's conduct shows his ability to commence and prosecute this action while
           incarcerated, and Plaintiff cannot show any legitimate excuse to avoid application of
16         California Code of Civil Procedure section 335.1 to his action against the San Diego
           Police Department or the City of San Diego.
17
         7.  The action against the San Diego Police Department or the City of San Diego for the
18         March 9, 2006, event(s) at issue, are not actionable if time barred.

19       The Motion is based upon this Notice of Motion and Motion, the Memorandum of Points

20   and Authorities in support of the Motion, the Plaintiff's First Amended Complaint on file in this

21   Court, any matters to which the Court may take judicial notice, the orders, pleadings, and papers

22   filed herein, and such arguments and evidence as may be presented to the Court at the time of the

23   hearing and/or any oral argument made on the Motion.

24   Dated:  July 29, 2008                    MICHAEL J. AGUIRRE, City Attorney

25
                                             By    /s/ Wendy Davisson
26                                                 Wendy E. Davisson

27                                           Attorneys for Defendants
                                             Dennis Wilson; Esmeralda Tagaban; Griffin;
28                                           Lemus, San Diego Police Department and
                                             City of San Diego

                                      2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28