UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, | ) Case No. 08cv408 (WQH) BLM |
| Plaintiff, | ) **DECLARATION OF SERVICE** |
| v. | ) |
| DENNIS WILSON; ESMERALDA TAGABAN; GRIFFIN; LEMUS, CITY OF SAN DIEGO AND SAN DIEGO POLICE DEPARTMENT | ) |
| Defendants. | ) |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents, **NOTICE OF MOTION AND MOTION IN SUPPORT OF DEFENDANTS TAGABAN, GRIFFIN, LEMUS, SAN DIEGO POLICE DEPARTMENT AND CITY OF SAN DIEGO'S MOTION TO DISMISS FIRST AMENDED COMPLANT AGAINST SAN DIEGO POLICE DEPARTMENT AND CITY OF SAN DIEGO FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS TAGABAN, GRIFFIN, LEMUS, SAN DIEGO POLICE DEPARTMENT AND CITY OF SAN DIEGO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLANT AGAINST SAN DIEGO POLICE DEPARTMENT AND CITY OF SAN DIEGO,** in the following manner: (Check one)

1) _____ By personally delivering copies to the person served.

2) _____ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) _____ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) \_\_X\_\_ By placing a copy in a separate envelope, for each address named below, and placing it for collection and mailing with the United States Postal Service, at San Diego, California on **July 29, 2008**

1

08cv408 (WQH) BLM

## SERVICE LIST

William John Daughtery
F-79985
PO Box 2349
Blythe, CA 92226

Executed on **July 29, 2008,** at San Diego, California.

_____
CARMEN SANDOVAL