**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** WILLIAM JOHN DAUGHTERY | **COURT CASE NUMBER** 08CV0408-WQH(BLM) |
| **DEFENDANT** D. WILSON, E. TAGABAN, LEMUS, GROVE, CPM, J#3 SAN DIEGO | **TYPE OF PROCESS** CIVIL SUBPOENA |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GEORGE BAILEY DETENTION FACILITY, MEDICAL DEPARTMENT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
446 ALTA ROAD, SUITE 5300, SAN DIEGO, CA. 92158

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM DAUGHTERY, F79985
CVSP
P.O. BOX 2349/D10-110 UP
BLYTHE, CA. 92226

| | |
|---|---|
| Number of process to be served with this Form - 285 | (1) ONE |
| Number of parties to be served in this case | (6) SIX |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

COUNTY JAIL BRANCH, OTAY MESA
SAN DIEGO, CA.

[stamp: U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA 09 JUL 21 P 3: [?]  RECEIVED]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 16 July 2008

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 7/21/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Charito R. Bondu

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
8585 Gibbs Dr #303
San Diego CA 92123

Date of Service: 7/29/08   Time: 2:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

---