**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM JOHN DAUGHTERY FILED | 08CV0408 WQH (BLM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| D. WILSON, E. TAGABAN, LEMUS, GRIFFIN, BY SPH OLFS | CIVIL SUBPOENA |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SAN DIEGO CENTRAL JAIL    CLERK US DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**  1173 FRONT STREET, SAN DIEGO CALIFORNIA 92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM DAUGHTERY, F79985
CVSP
P.O. BOX 2349 / D10-110UP
BLYTHE, CA. 92226

| | |
|---|---|
| Number of process to be served with this Form - 285 | (8) ONE SIX |
| Number of parties to be served in this case | (6) SIX |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SERVE AT: SAN DIEGO COUNTY JAIL: FRONT ST
SAN DIEGO, CA.

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 16 July 2008 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 9X | 9X | Ascott | 7/21/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Charito R. Bonduc | |

| Address (complete only if different than shown above) | Date of Service | Time | |
|---|---|---|---|
| 8595 Gibbs Drive #383 San Diego CA 92183 | 7/29/08 | 8:30 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|