# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** WILLIAM JOHN DAUGHTERY
**COURT CASE NUMBER:** 08CV0408 WQH(BLM)

**DEFENDANT:** B. WILSON, E. TAGABAN, LEMUS, GRIFFIN
**TYPE OF PROCESS:** CIVIL SUBPOENA

**SERVE:** SAN DIEGO COUNTY MENTAL HEALTH COMMUNITY SERVICES
**ADDRESS:** 3274 ROSECRANS STREET, SAN DIEGO, CA 92110

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
WILLIAM DAUGHTERY, F-79985
CVSP
P.O. BOX 2349 / D10-110up
BLYTHE, CA. 92226

- Number of process to be served with this Form - 285: ONE
- Number of parties to be served in this case: (6) SIX
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**
THERE ARE TWO (2) FACILITIES AT THIS ADDRESS. SERVE AT NORTHERNMOST FACILITY. MENTAL PATIENT INTAKE

**Signature:** [signed] — PLAINTIFF
**DATE:** 16 JULY 2008

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | Abbott | 7/21/08 |

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Date of Service:** 7/29/08  **Time:** 3:15 pm

**REMARKS:** ARRIVED AT THE ADDRESS STATED ABOVE, SPOKE TO THE RECEPTIONIST. RECEPTIONIST STATED THE LOCATION (BUSINESS) NAME IS "PhoenixHouse" NOT "SAN DIEGO COUNTY MENTAL HEALTH COMMUNITY SERVICES", AND THE PHOENIX HOUSE HAS BEEN RUNNING SINCE THE 1990's.

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)