**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: WILLIAM JOHN DAUGHTERY | COURT CASE NUMBER: 08 CV 0408 WQH (BLM) |
| DEFENDANT: D. WILSON, E. TAGABAN, LEMUS, GRIFFIN, City of SD | TYPE OF PROCESS: CIVIL SUBPOENA |

FILED 2008 AUG -7 AM 8:10 [CLERK] US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
S.D. CITY ATTORNEY'S OFFICE, MICHAEL AGUIRRE, c/o WENDY E. DAVISSON

**AT** ADDRESS: 1200 THIRD AVE #1100, SAN DIEGO, CA 92101-4100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM DAUGHTERY, F-79985
CUSP
P.O. BOX 2349 / D10-110up
BLYTHE, CA 92226

Number of process to be served with this Form - 285: (1) ONE
Number of parties to be served in this case: (6) SIX
Check for service on U.S.A.: ___

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
SERVE WENDY E. DAVISSON, DEPUTY CITY ATTORNEY, ATTORNEY FOR DEFENDANTS AT 1200 3rd AVE #1100, SD, CA 92101

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: ___
DATE: 16 July 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk: [signature] | Date: 7/21/08

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks"...

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): ___
☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): Arrived at the above address
Date of Service: 8/1/08 | Time: 1:30 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: ARRIVED AT THE ABOVE ADDRESS AND SPOKE TO THE RECEPTIONIST, RECEPTIONIST REFUSED TO ACCEPT SUBPOENA. WENDY E. DAVIDSON WAS OUT OF THE OFFICE. LEFT BUSINESS CARD FOR MS. DAVIDSON TO CONTACT DURING WORKING HOURS. SHE DIDN'T CALL ON 7/29/08.

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)