UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, CDCR #F-79985,<br><br>        Plaintiff,<br>v.<br><br>DENNIS WILSON, San Diego Police Officer; ESMERALDA TAGABAN, San Diego Police Officer; SERGEANT GRIFFIN; DETECTIVE LEMUS,<br><br>        Defendants. | Case No. 08cv0408-WQH (BLM)<br><br>**ORDER TAKING MOTION UNDER SUBMISSION** |

On July 29, 2008, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint. Doc. No. 42. Plaintiff has not yet responded as provided for by Civil Local Rule 7.1(e)(2).

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) *and no personal appearances on the September 8, 2008 hearing date should be made.*

**IT IS SO ORDERED.**

DATED: August 12, 2008

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL