1  WILLIAM JOHN DAUGHTERY

2  F-79985

3  CHUCKAWALLA VALLEY STATE PRISON

4  P.O. BOX 2349 / D10-110 UP

5  BLYTHE, CALIFORNIA 92226

6  PRO SE AND FORMA PAUPERIS

7

FILED

2008 AUG 27  PM 3:12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

NUNC PRO TUNC
AUG 25 2008

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10                                CASE NO. 08 CV 408 (WQH) BLM

11  WILLIAM JOHN DAUGHTERY,   ) MOTION IN OPPOSITION TO

12          PLAINTIFF,        ) DEFENDANTS MOTION TO DISMISS

13     V.                     ) FIRST AMENDED COMPLAINT AGAINST

14  D. WILSON, E. TAGABAN     ) SAN DIEGO POLICE DEPARTMENT AND

15  GRIFFIN, LEMUS, CITY OF   ) THE CITY OF SAN DIEGO WITH

16  SAN DIEGO AND SAN         ) MOTION TO RELIEVE PLAINTIFF FROM

17  DIEGO POLICE DEPARTMENT,  ) MANDATORY FILING REQUIREMENTS

18          DEFENDANTS;       ) OF TORT CLAIM ACT OR PROCEED

19                            ) TO A TRIAL OF SPECIAL DEFENSES

20  ─────────────────────────  ) PURSUANT CODE OF CIVIL PROCEDURE

21                               SECTION 597.

22  DATE: 21 AUGUST 2008

23

24  THE DEFENDANTS, HAVING FILED A MOTION TO DISMISS THE

25  PLAINTIFFS FIRST AMENDED COMPLAINT AND THAT MOTION

26  TAKEN UNDER SUBMISSION PURSUANT CIVIL LOCAL RULE 7.1

27  (d)(1) ON SEPTEMBER 8, 2008 BEFORE HONORABLE WILLIAM Q. HAYES,

28  THE PLAINTIFF HEREBY OPPOSES SAID MOTION PURSUANT

    CIVIL LOCAL RULE 7.1(e)(2).

W. DAUGHTERY

V.

WILSON, TAGABAN, ETAL

CASE NO. 08 CV 408 (WQH) BLM

MOTION TO OPPOSE                    PAGE (i)

## TABLE OF CONTENTS

PAGE #

MOTION IN OPPOSITION, INTRODUCTION ... 2

MOTION IN RELIEF OF MANDATORY FILING REQ. ... 3

MOTION TO FILE LATE CLAIM         ... 4

MOTION TO AMEND COMPLAINT & PLEADING ... 4

GROUNDS FOR RELIEF               ... 5

MOTION FOR THE TRIAL OF SPECIAL DEFENSES ... 7

CONCLUSION                      ... 8

AFFIDAVIT                       ... 9

TABLE OF AUTHORITIES            ... 10-11

EXHIBITS

MEDICAL / PSYCHOLOGICAL     0 — 64 PAGES #A

LAW ACCESS IMPEDIMENTS      1 THRU 4   #B

PRISON COMMITMENT.          1 AND 2   #C

W. BRADFORD REILLY
V.
WILSON, TAGABAN, ET AL
CASE NO. 08 CV 408 (WQH) BLM

20 AUGUST 2008

1  MOTION IN OPPOSITION                    PAGE 2

2  INTRODUCTION

3  DEFENDANTS, THROUGH THEIR ATTORNEYS, CITY OF SAN DIEGO

4  CITY ATTORNEY (DEPUTY) WENDY DAVISSON, ON JULY 29, 2008

5  GAVE NOTICE OF INTENT TO DISMISS. THE PORTION OF

6  THE FIRST AMENDED COMPLAINT NAMING THE CITY OF

7  SAN DIEGO AND THE SAN DIEGO POLICE DEPARTMENT

8  AS DEFENDANTS. IT IS ASSUMED THAT ONLY THE PARTS

9  OF THE COMPLAINT IMPLICATING 'GOVERNMENT ENTITIES'

10 IS CONCERNED AND THAT THE REMAINING INDIVIDUAL

11 DEFENDANTS, (WILSON, LEMUS, TAGABAN AND GRIFFIN)

12 REMAIN IN SUIT. THIS IS BECAUSE THE GIST OF THE

13 ATTACK CONCERNS GOVERNMENT CODE (SECT. 900 ET SEQ.)

14 COMPLIANCE ENACTED UNDER THE TORT CLAIMS ACT.

15 THE PLAINTIFF, A MENTALLY DISABLED PERSON, INCARCERATED

16 IN A STATE PRISON, WILL, DUE TO SEVERE RESTRICTIONS TO

17 ACCESS OF LAW MATERIALS, AND NEARNESS IN TIME FOR THE

18 SEPTEMBER 8, 2008 HEARING, BEG INDULGENCE OF THE

19 COURT IN ACCEPTING A HASTILY CRAFTED HYBRID, OPPOSITION

20 OF SAID MOTION AND FURTHER MOTION(S) IN ORDER TO

21 PERPETUATE HIS CLAIM AGAINST ALL DEFENDANTS.

22 PLAINTIFF, THROUGH AFFIDAVITS AND DOCUMENTS WILL

23 EVIDENCE HIS CLAIMS FOR RELIEF AND MEANS TO

24 PURSUE HIS SUIT. HE WILL NOT ADDRESS EACH AND

25 EVERY POINT RAISED BY DEFENSE, BUT INSTEAD LAY FORTH

26 REASONS TO TRY THE CASE AS IS, WITH ALL

27 DEFENDANTS HELD ACCOUNTABLE. PLAINTIFF ATTACHE EXHIBITS

28 PROOF OF DIFFICULTY OF ACCESS TO LEGAL MATERIALS.

W. DAUGHTERY
V.
WILSON, TAGABAN etal
CASE NO. 08 CV 408 (WQH) BLM

MOTION IN OPPOSITION                    PAGE 3

20 AUGUST 2008

## POWER TO GRANT RELIEF

1  THE COURT IS REQUESTED AND PETITIONED TO DENY

2  DEFENDANTS MOTION AND GRANT PLAINTIFFS MOTIONS.

3  I. RELIEF FROM MANDATORY FILING REQUIREMENT.

4     A. QUOTING: WILLIAMS V. MARIPOSA County UNIFIED SCHOOL

5  DISTRICT (1978) 147 CAL RPTR 452, 82 CAL APP 3d 843

6  THERE IS A WELL ESTABLISHED RULE THAT THE TRIAL COURT

7  EXERCISES BROAD DISCRETION IN GRANTING OR DENYING

8  PETITIONS FOR RELIEF UNDER (GOV. CODE) SECTION 946.6

9  City of SANTA CLARA V. SUPERIOR COURT (1971) 4 CAL 3d 545,

10  552, 94 CAL RPTR. 158, 483 P. 2d 774 AND MARTIN V.

11  City of MADERA (1968) 265 CAL APP 2d 76, 79, 70 CAL RPTR 908

12  B. ADEQUATE CAUSE FOR RELIEF, SHOWN BY UNCONTRADICTED

13  EVIDENCE OR AFFIDAVITS OF THE PETITIONER. (QUOTING)

14  VILES V. STATE OF CALIFORNIA (1967) 66 CAL 2d 24, 28,

15  56 CAL RPTR 666, 423 P 2d 818 'TO THE END THAT

16  CASES MAY BE HEARD ON THEIR MERITS, AND ANY DOUBTS

17  WHICH MAY EXIST SHOULD BE RESOLVED IN FAVOR OF THE

18  APPLICATION.

19  1) REASONS AND EVIDENCE SUPPORTING APPLICATION:

20  (a) CODE OF CIVIL PROCEDURE SECT. 358, COEXISTING

21  DISABILITIES.

22  WHEN TWO OR MORE DISABILITIES EXIST/COEXIST AT THE

23  TIME THE RIGHT OF ACTION ACCRUES, THE LIMITATIONS DOES

24  NOT ATTACH UNTIL THEY (DISABILITES) ARE REMOVED

25  (b) PLAINTIFF IS A MENTALLY DISABLED (1), INCARCERATED

26  STATE PRISONER (2), THUS TWO DISABILITIES ELIGIBLE.

(CONT.)

W. DAUGHERTY                                    20 AUGUST 2008
WILSON, TAGABAN, ET AL
CASE NO: 08CV408 (WQH) BLM
MOTION TO OPPOSE                    PAGE 4

1
2  (b)(CONT.) ATTACHED FIND: PRISON AND COUNTY JAIL
3  MEDICAL STAFF REPORTS FOR PLAINTIFF PROVING
4  MENTAL DISABILITY, (REPORTS NECESSARILY INCLUDE
5  NOTES ON PHYSICAL DISABILITY INCLUDING INJURIES
6  COMPLAINED OF AND THESE ARE INTENDED FOR PURPOSES OF
7  PROOF FOR THIS MOTION ONLY) FOR THE NECESSARY TIME
8  PERIODS (TIME OF ACCRUAL) (ROUSSEAU V. CITY SAN CARLOS 236 CAL RPTR
9  (C) APPLICABILITY: WHILE 352 SECT. CIVIL PROCEDURE DOES NOT $^{373}$
10  APPLY TO ACTIONS DESCRIBED IN GOV. CODE § 945.6 THE
11  OTHER SECTIONS OF THE CODE OF CIVIL PROCEDURE RELATING
12  TO THE TIME WITHIN WHICH ACTIONS MUST BE COMMENCED
13  SECT. 350, 351, 353 TO 363 ARE APPLICABLE (SEE:
14  WILLIAMS V. L.A. METROPOLITAN TRANSIT AUTHORITY (1968) 68
15  CAL 2d 599, 68 CAL RPTR 297, 440 P2d 497
16  II. PERMISSION TO FILE LATE CLAIM AND AMEND
17  THE PLEADING OF COMPLAINT TO CONFORM.
18  A. QUOTING: WHETHER AN APPLICATION TO PRESENT A LATE
19  CLAIM WAS SUBMITTED WITH REASONABLE TIME DEPENDS
20  ON THE PARTICULAR FACTS OF THE CASE UNDER CONSIDERATION
21  EBERSOL V. COWAN (1983) 197 CAL RPTR 601, 35 CAL
22  3d 427.
23  B. SAME CAUSE OF RELIEF AS I. ABOVE.
24  BLACK V. COUNTY OF LOS ANGELES (1970) 91 CAL RPTR 104, 12
25  CAL APP 3d 370, DISCRETION TO RELIEVE LIES
26  WITHIN TRIAL COURT.
27
28

W. DAUGHTERY
V.
WILSON, TAGABAN, ET AL.
CASE NO. 08CV408 (WQH) BLM

20 AUGUST 2008

1    MOTION TO OPPOSE    PAGE 5.

2  II. ADDITIONAL STATUTES AND CASES FOR

3  MOTION TO RELIEVE OR ALLOW LATE FILING.

4  1) GOV. CODE 946.6 (C)(1) EXCUSABLE NEGLECT

5  GOV. CODE 946.6 (C)(3) PHYSICAL AND MENTALLY INCAPABLE

6  DURING THE TIME SPECIFIED IN G. CODE §911.2

7  (a) DRAPER V. CITY OF LOS ANGELES (1990) 276 CAL RPTR 864

8  52 CAL 3d 502, 802 P2d 367, ABSOLUTE INCAPACITY OR

9  MEDICAL COMPLETE EVIDENCE NOT NECESSARY.

10 (b) BABER V. NAPA STATE HOSPITAL (1984) 201 CAL RPTR 432

11 154 CAL APP 3d 514

12 (c) ROUSSEAU V. CITY OF SAN CARLOS (1987) 236 CAL RPTR 373, 192

13 CAL APP. 3d 498, SKULL FRACTURE, THERAPY ENTITLED TO

14 FILE LATE CLAIM.

15 (d) THOMPSON V. FRESNO COUNTY (1963) 31 CAL RPTR 44, 59

16 CAL 2d 686, PHYSICALLY AND MENTALLY INCAPICATED DURING

17 ALL OF SUCH TIME AND BY REASON OF SUCH DISABILITY

18 FAILED TO PRESENT A CLAIM DURING SUCH TIME.

19 2) GOV. CODE. 945.6 (b) WHEN A PERSON IS UNABLE TO

20 COMMENCE A SUIT ON A CAUSE OF ACTION DESCRIBED IN

21 SUBDIVISION (a) WITHIN THE TIME PRESCRIBED IN THAT SUB-

22 DIVISION BECAUSE HE HAS BEEN SENTENCED TO IMPRISONMENT

23 IN A STATE PRISON, THE TIME LIMIT FOR THE COMMENCEMENT

24 OF SUCH SUIT IS EXTENDED TO SIX (6) MONTH AFTER THE

25 DATE THAT THE CIVIL RIGHT TO COMMENCE SUCH ACTION

26 IS RESTORED TO SUCH PERSON, EXCEPT THAT THE TIME

27 SHALL NOT BE EXTENDED IF THE PUBLIC ENTITY ESTABLISHES

28 THAT THE PLAINTIFF FAILED TO MAKE A REASONABLE

W. DAUGHTERY
V.
WILSON, TAGABAN, ET AL                          20 AUGUST 2008
CASE NO: 08 CV 408 (WQH) BLM

MOTION TO OPPOSE                          PAGE 6

III. 2) (CONTINUED) GOV. CODE 945.6 (b) STATE PRISONERS
EFFORT TO COMMENCE THE SUIT, OR OBTAIN A
RESTORATION OF HIS CIVIL RIGHT TO DO SO, BEFORE
THE EXPIRATION OF THE TIME PRESCRIBED IN SUBDIVISION
(a). (RAND V. ANDREATTA, (1964) 36 CAL RPTR 846, 60 CAL 2d 846)

3) PLAINTIFF HAS PENDING AN APPEAL OF CONVICTION
WHICH IS AN ATTEMPT TO RESTORE CIVIL RIGHTS.

4) GOV. CODE §945.6 (a) IF WRITTEN NOTICE IS NOT
GIVEN IN ACCORDANCE WITH SECT. 913 (GOV. CODE), WITHIN
2 YEARS FROM ACCRUAL OF CAUSE OF ACTION. IF THE PERIOD
WITHIN WHICH THE PUBLIC ENTITY IS REQUIRED TO ACT IS
EXTENDED (§ 912.4 EXTENSION BY AGREEMENT) THE PERIOD
OF SUCH EXTENSION IS NOT PART OF THE TIME LIMITED FOR
THE COMMENCEMENT OF THE ACTION UNDER THIS PARAGRAPH

5) CIVIL CODE § 51.7 , 3 YEARS TIME LIMIT FOR
COMMENCING CIVIL ACTIONS. C. CODE SECT. 51 & 51.7

a) PLAINTIFF IS A PERSON DESCRIBED IN THIS SECTION
AND ALLEGES HIS STATE ACTION UNDER THIS CODE 51.(6)+ (e) CIVIL
CONTRARY TO DEFENSE ASSERTIONS (SEE: PAGE 4 MEMORANDUM
OF POINTS AND AUTHORITIES, DEFENDANTS MOTION TO DISMISS)

§ 338 CIVIL CODE , TIME OF COMMENCING CIVIL ACTIONS

b) EQUITABLE ESTOPPEL, TO EXCUSE FAILURE TO FILE LATE
APPLICATION WITH DEFENDANT ENTITY MAY BE USED IN A
PROPER CASE, AND IS SO INVOKED BY PLAINTIFF.
RAND V. ANDREATTA (1964) 36 CAL RPTR 846, 60 CAL 2d 846

DAGG. ETAL
V.
WILSON TAGABAN. ETAL
CASE NO. 08 CV 408 (WQH) BLM

MOTION TO OPPOSE                    PAGE 7

III. MOTION FOR THE TRIAL OF SPECIAL DEFENSES.

PURSUANT, CAL. CODE OF CIVIL PROCEDURE § 597

A. PLAINTIFF RECOGNIZES THAT THE DEFENDANTS CLAIM OF UNTIMELINESS IS AN AFFIRMATIVE DEFENSE AND THAT THE COURT MAY DISMISS A COMPLAINT AS UNTIMELY AND THAT SAID DEFENSE IS NOT WAIVED, THEREFORE PLAINTIFF REQUESTS AND PETITIONS THE COURT, THAT A TRIAL OF THE SPECIAL DEFENSE(S) BE HELD BEFORE FINAL DETERMINATION ISSUES OR DECISION BE MADE ON DEFENDANTS MOTION TO DISMISS FIRST AMENDED COMPLAINT.

B. PLAINTIFF VIGOROUSLY OPPOSES ANY DISMISSAL OF THE COMPLAINT AS FILED, IN THE INTERESTS OF JUSTICE, THE ALLEGED MISCONDUCT ARISES FROM THE LAX ADMINISTRATION AND HIRING OF THE ENTITIES IN THIS CASE, MISUSE AND ABUSE OF POWER MUST HAVE CONSEQUENCES AND PENALTIES.

CAL. CODE OF CIVIL PROCEDURE § 597, WHEN THE ANSWER PLEADS THAT THE ACTION IS BARRED BY THE STATUTE OF LIMITATIONS OR BY A PRIOR JUDGMENT, OR THAT ANOTHER ACTION IS PENDING UPON THE SAME CAUSE OF ACTION OR SETS UP ANY OTHER DEFENSE NOT INVOLVING THE MERITS — ... UPON THE MOTION OF ANY PARTY PROCEED TO THE TRIAL OF THE SPECIAL DEFENSE, BEFORE THE TRIAL OF ANY OTHER ISSUE IN THE CASE.

W. DAUGHTERY

20 AUGUST 2008

V.

WILSON, TAGABAN ET AL

CASE NO. 08 CV 408 (WQH) BLM

1   MOTION TO OPPOSE                    PAGE 8

2        CONCLUSION

3   THE PLAINTIFF PETITIONS THAT THE COURT

4   DENY THE MOTION OF DEFENSE, AND THAT

5   THE MATTER PROCEED TO TRIAL AS COMPLAINED

6   AND SCHEDULED. IN THE ALTERNATIVE

7   THE PLAINTIFF REQUESTS TO AMEND THE COMPLAINT

8   IN WHICHEVER MANNER PRESERVES HIS RIGHT TO

9   FAIR REDRESS AT LAW, OR THE COURT TAKE

10  WHATEVER MEASURES IT DEEMS NECESSARY

11  TO PERPETUATE THE CLAIM.

12        PROOF OF SERVICE & DECLARATION

13  A COPY OF THIS MOTION AND ALL EXHIBITS

14  OR OTHER DOCUMENTS HAVE BEEN SERVED

15  BY MAIL ON ATTORNEYS FOR THE DEFENDANTS:

16  MICHAEL J. AGUIRRE, CITY ATTORNEY

17  WENDY E. DAVISSON, DEPUTY CITY ATTORNEY

18  1200 THIRD AVENUE, SUITE 1100

19  SAN DIEGO, CALIFORNIA 92101-4100

20

21                    RESPECTFULLY SUBMITTED

22                    William Daughtery

23  20 AUGUST 2008

24

25              IN PRO SE + FORMA PAUPARIS

26

27

28

W. DAUGHTERY
v.
WILSON, TAGABAN ET AL
CASE NO. 08 CV 408 (WQH) BLM                    20 AUGUST 2008

1    MOTION IN OPPOSITION                    PAGE 9

2    AFFIDAVIT

3    I, WILLIAM JOHN DAUGHTERY, PLAINTIFF AND MOVANT

4    IN ABOVE TITLED CASE, DO HEREBY, SWEAR, ATTEST

5    AND AVOW THAT THE FOLLOWING IS TRUE AND

6    ACCURATE STATEMENT OF FACTS AS I KNOW THEM.

7    I AM A PERSON DESCRIBED IN CAL. CIVIL CODE SECTION

8    51, SUBDIVISION (b) ie, BLACK-AFRICAN AMERICAN,

9    DISABLED, AND ALSO SUBDIVISON (e) DISABLED AS

10   DEFINED IN GOV. CODE § 12926 (i) et SEQ. AND

11   GOV. CODE 12926.1 (c). I SWEAR THAT I HAVE BEEN

12   DIAGNOSED AND UNDER TREATMENT SINCE 2003 AND HAVE

13   BEEN IN AND OUT OF TREATMENT FACILITIES / HOSPITALS

14   LISTED BELOW. I HAVE BEEN DETERMINED DISABLED BY

15   UNITED STATES GOVERNMENT. I AM IMPRISONED IN

16   CALIFORNIA STATE PRISON CHUCKAWALLA VALLEY SINCE SEPTEMBER

17   18, 2007 AND AM SERVING AN EIGHT YEAR SENTENCE.

18   I SWEAR THAT I WAS only RECENTLY ABLE TO FILE SUIT.

19   WITH IMPROVEMENT OF MY CONDITION IN MARCH 2008.

20   ① CRISIS MENTAL HEALTH SERVICE        SIGNED

21   3853 ROSECRANS ST. S.D. 92110                WILLIAM J DAUGHTERY

22   ② ISIS CRISIS HOUSE                          20 AUGUST 2008

23   IMPERIAL BEACH, CA        ⑤ ARETA CROWELL CENTER

24   ③ NEW VISTAS CRISIS HOUSE        531 16th AVE S.D. CA 92101

25   734 10th AVE, SAN DIEGO CA 92101   ⑥ SCRIPPS MERCY HOSPITAL

26   ④ JARY BARRETO CRISIS HOUSE        4077 FIFTH AVE S.D. 92103

27   2865 LOGAN AVE S.D. CA 92113

28

W. DAUGHTERY
V.
WILSON, TAGABAN ET AL
CASE NO. 08CV408 (WQH) BLM

20 AUGUST 2008

MOTION IN OPPOSITION          PAGE 10

TABLE OF AUTHORITIES

CASES

CITY OF SANTA CLARA V. SUPERIOR COURT (1971) 4 CAL 3d
545, 552, 94 CAL RPTR 158, 483 P. 2d 774

MARTIN V. CITY OF MADERA (1968) 265 CAL APP 2d 76, 79
70 CAL RPTR 908

VILES V. STATE OF CALIFORNIA (1967) 66 CAL 2d 24, 28, 56
CAL RPTR 666, 423 P2d 818

WILLIAMS V. LOS ANGELES METROPOLITAN TRANSIT AUTHORITY (1968)
68 CAL 2d 599, 68 CAL RPTR 297, 440 P2d 497

EBERSOL V. COWAN (1983) 197 CAL RPTR 601, 35 CAL 3d 427

BLACK V. COUNTY OF LOS ANGELES (1970) 91 CAL RPTR 104, 12 CAL
APP 3d 370

DRAPER V. CITY OF LOS ANGELES (1990) 276 CAL RPTR 864
52 CAL 3d 502, 802 P2d 367

BABER V. NAPA STATE HOSPITAL (1984) 201 CAL RPTR 432
154 CAL APP 3d 514

W. DAUGHTERY
V.
WILSON, TAGABAN, ET AL          20 AUGUST 2008
CASE NO. 08 CV 408 (WQH) BLM

1   MOTION IN OPPOSITION          PAGE 11
2        TABLE OF AUTHORITES (CASES CONT.)
3   ROUSSEAU V. CITY OF SAN CARLOS (1987) 236 CAL
4   RPTR 373, 192 CAL APP 3d 498
5
6   THOMPSON V. FRESNO COUNTY (1963) 31 CAL RPTR 44,
7   59 CAL 2d 686
8
9   RAND. V. ANDREATTA (1964) 36 CAL RPTR 846, 60 CAL
10  2d 846
11  STATUTES
12  CAL, GOVERNMENT CODE
13  § 12926(i) et seq.        § 912.4 , § 911.2
14  § 12926.1 (c)    § 12926(i)    § 913
15  § 945.6 (a)              § 946.6 (c) (1)
16  § 946.6 (c) (3)  § 12926.1 (c)    § 946.6 (b)
17  CODE OF CIVIL PROCEDURE, CALIFORNIA
18  § 597        § 358, 352, 353 , 354, 355, 356, 357
19  FEDERAL RULES OF COURT
20  § CIVIL LOCAL RULES 7.1 (d) (1)    § 7.1 (e) (2)
21  CIVIL CODE OF CALIFORNIA
22  § 51   AND  § 51.7 , 51(b) , 51(e)
23
24
25
26
27
28

SDS

EXHIBIT (C)

SCD197549 DA   ABS65201    **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☒ CENTRAL  ☐ NORTH  ☐ EAST  ☐ SOUTH

DATE __07-20-07__ AT __08:15__ .M.    06704525    PROB HEAR-SENTENCING

PRESENT: HON __MICHAEL T. SMYTH__ , JUDGE PRESIDING    DEPARTMENT __019__

CLERK __Holly Saenz__    REPORTER __Kim Morales__    CSR# __7686__

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA    __J. Jaramillo w/cli C. Tran__
DEPUTY DISTRICT ATTORNEY

VS.

__DAUGHTERY   WILLIAM   J__    __A - H. RUMBLE   mco__
DEFENDANT   Ct-1   Ct-2    ATTORNEY FOR DEFENDANT (PD / APD / MCO / PCC / RETAINED)

VIOLATION OF __*HS11352(A)__    __HS11351.5__    P.O. __Susan Simbeck__

ENH(S) _____    INTERP. _____    OATH ON FILE / SWN.

PRIOR(S) _____    LANGUAGE _____

---

DEFENDANT ☒ PRESENT  ☐ NOT PRESENT  ☐ NOT PRODUCED

**P R E V**
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION    WAIVES HEARING.
☐ PROBATION IS / REMAINS: FORMALLY / SUMMARILY  ☐ REVKD  ☐ REINST  ☐ MODIFIED  ☐ CONT  ☐ ST&C  ☐ TERMD.  ☐ EXT. TO: _____

**J U D G M E N T**
☒ WAIVES ARRAIGNMENT.  ☐ ARRAIGNED FOR JUDGMENT.  ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
☒ PROBATION IS: ☒ DENIED  ☐ GRANTED _____ YEARS (FORMAL / SUMMARY) TO EXPIRE _____  ☐ CONVERTS TO SUMM. PROB.
☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB.  PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ DAYS PSP. ☐ HOURS VOL. WORK AT NONPROFIT ORG.  SUBMIT PROOF TO PROBATION / COURT BY _____
☐ 4TH AMENDMENT WAIVER:  IMPOSED. / REMAINS IN EFFECT. / DELETED.  ☐ PROTECTIVE ORDER: ISSUED. / REMAINS IN EFFECT. / MODIFIED. / DELETED.
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER.  WORK FURLOUGH; REPORT: _____ TO 551 S. 35TH ST., SAN DIEGO AT 8:00 A.M.
☒ DEFT. IS COMMITTED TO THE DEPT. OF CORRECTIONS & REHABILITATION  ☐ DIVISION OF JUVENILE JUSTICE  ☐ PER WI 1737
☒ FOR __M__ LOWER /(MIDDLE)/ UPPER / INDETERMINATE TERM OF __8__ (YEARS) MONTHS / TO LIFE (4x2)
ON COUNT __One__ CODE AND NO. __HS 11352(a)__  ☐ PRINCIPAL COUNT.  ☐ STIPULATED SENTENCE.
☒ DEFENDANT SENTENCED PER HS 667(b)-(I)/1170.12.  ☒ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
☐ NO VISITATION PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE.  DA TO COMPLY WITH NOTICES.
☒ DEFT. ADVISED RE: PAROLE / APPEAL RIGHTS.  ☐ DEFT. TO REGISTER PER ☐ PC 290 ☐ HS 11590 ☐ PC 457.1 ☐ PC 186.30
☒ TESTING:  ☐ COMPLIANCE WITH PC 296 VERIFIED.  ☒ DNA PER PC 296.  ☐ HIV PER PC 1202.1.
☐ DEFENDANT TO PAY: FINE OF $_____ INCLUDING PENALTY ASSESSMENT. ☐ $_____ LAB FEE PER HS 11372.5(a) AND $_____ DRUG
PROGRAM FEE PER HS 11372.7(a) FOR EACH QUALIFYING OFFENSE.  ☐ BOOKING FEES.  ☐ PROBATION COSTS.
REST. FINES: ☒ $ 1,600.- PER PC 1202.4(b).  ☒ F/W PER PC 2085.5. ☒ $ 1,600.- PER PC 1202.44 / PC 1202.45 SUSP. UNLESS PROB. / PAROLE REVKD.
☐ PROBATION HAVING BEEN FORMALLY REVOKED, THE PREVIOUS RESTITUTION FINE OF $_____ SUSPENDED PER PC 1202.44, IS NOW DUE.
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $_____ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.
☐ COURT-APPT. ATTORNEY FEES OF $_____. ☐ AT COMBINED RATE OF $_____ PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____.
☐ DEFT. TO REPORT TO ☐ PROBATION ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS  ☐ FORTHWITH. ☐ WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

CREDIT FOR TIME SERVED
__499__ DAYS LOCAL
_____ DAYS STATE INST.
__248__ DAYS PC 4019 / 2933.1
__747__ TOTAL DAYS CREDIT

**C U S T A T T**
☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____
☐ MAY BE RELEASED TO REP. OF PD / PROB./APPROVED RES. TREATMENT PROG. ☐ STAY / SERVE BAL. OF CUST. ☐ WHEN BED AVAIL. ☐ AFTER _____ CUST.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.

**F U T G S**
☐ DEFENDANT : ☐ WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT. ☐ IS REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. / WI 707.2.
_____ CONTINUED TO / SET FOR _____ AT _____ IN DEPT. _____ ON MOTION
OF COURT / DDA / DEFENDANT / PROBATION OFFICER.  REASON: _____
☐ TO BE HEARD CONCURRENTLY WITH PRELIMINARY HEARING IN CASE _____. ☐ TO TRIAL CASE _____

**B W O R D N S T S**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ DECL. OF NON-COLLUSION & RE-ASSUMPTION OF LIABILITY FILED. ☐ BAIL FORF. IS SET ASIDE. ☐ BAIL IS ☐ REINSTATED. ☐ EXONERATED. ☐ FORFEITED.
☐ UPON PAYMENT OF COURT COST $_____ WITHIN 30 DAYS. COST WAIVED. BOND AMT $_____ BOND NO. _____
BOND COMPANY _____ AGENT _____

**M H**
☐ PROCEEDINGS SUSPENDED  ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION:

**O T H E R**
☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY.
☐ PROBATION: PREPARE SUPP. REPT. / SUBMIT POST-SENT. REPT. TO CDCR PER PC1203c.  CLERK: ☒ REGISTRAR OF VOTERS. ☐ DMV ABSTRACT B.A.C.
☐ SEE ATTACHED MINUTES FOR ADDITIONAL ORDERS.  ☐ CONCURRENT WITH / CONSECUTIVE TO: _____

Out of the presence of the People, the Court hears, then DENIES, Defendant's Marsden motion.
G-2 HS 11351.5 -654
TOTAL TERM - 8 YEARS total

Distribution by __HS__ on __7-20-07__ to ☒ JAIL  DEFT.  ATTY.  PROS.  PROB.  R&R  Other: _____
SDSC CRM-2B(Rev. 1-07)    CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGMENT

*EXHIBIT C(2)*          *6B*

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
### SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences]*

CR-290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **San Diego**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs.<br>DEFENDANT: DAUGHERTY, William John          DOB: **10-07-55**<br>AKA: **Franklin R. King**<br>CII NO.: **06466129**<br>BOOKING NO.: ~~08704325A~~ **7735749**          ☐ NOT PRESENT | CASE NUMBER<br>**SCD 197549** |

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT          ☐ AMENDED ABSTRACT

**F I L E D**
Clerk of the Superior Court
**JUL 20 2007**
By: **H. SAENZ, Deputy**

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| **07-20-07** | **19** | **MICHAEL T. SMYTH** |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER | ☐ IMMEDIATE SENTENCING |
|---|---|---|---|
| **Holly Saenz** | **Kim Morales** | **21094368** | |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☒ APPTD. |
|---|---|---|
| **J. Jaramillo** | **W. Rumble** | |

**1.** Defendant was convicted of the commission of the following felony:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | CONVICTED BY COURT | CONVICTED BY PLEA | TERM (L, M, U) | TIME IMPOSED YRS. | TIME IMPOSED MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HS | 11352(a) | sale controll subs-cocaine base | 06 | 05-14-07 | x | | | M | 8 | 0 |

**2.** ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**3.** ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

**4.** ☒ Deft. sentenced per: ☒ PC 667(b)-(i) or PC 1170.12 (two strikes) ☐ PC 1170(a)(3). Pre-confinement credits equal or exceed time imposed. (Paper Commitment.) Deft. ordered to report to local Parole Office upon release.

**5.** FINANCIAL OBLIGATIONS (plus any applicable penalty assessments): ☐ Court Security Fee of $ _____ per PC 1465.8.

Restitution Fine(s): $ **1,600.** per PC 1202.4(b) forthwith per PC 2085.5;  $**1,600.** per PC 1202.45 suspended unless parole is revoked.
$ _____ per PC 1202.44 is now due, probation having been revoked.

Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined    to ☐ victim(s)*       ☐ Restitution Fund
☐ *Victim name(s), if known, and amount breakdown in item 8 below.    ☐ *Victim name(s) in probation officer's report.

Fine(s): $_____ per PC 1202.5. $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $50 Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense.

**6.** TESTING: a. ☐ Compliance with PC 296 verified  b. ☒ DNA per PC 296  c. ☐ AIDS per PC 1202.1 d. ☐ other (specify): _____

**7.** IMMEDIATE SENTENCE: ☐ Probation to prepare and submit a post-sentence report to CDCR per PC 1203c. Deft's Race/Nat'l Origin **b**

**8.** Other orders (specify): Ct 2 HS 11351.5 PC 654   total term 8 years   per Court - no security fee imposed

| **9.** | TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM: | **8** | **0** |
|---|---|---|---|

**10.** ☐ This sentence is to run concurrent with (specify):
**11.** Execution of sentence imposed: a. ☒ at initial sentencing hearing. b. ☐ at resentencing per decision on appeal. c. ☐ after revocation of probation. d. ☐ at resentencing per recall of commitment. e. ☐ other (specify):

| **12.** | DATE SENTENCE PRONOUNCED<br>**07-20-07** | CREDIT FOR TIME SPENT IN CUSTODY<br>**.747** | TOTAL DAYS: INCLUDING: | ACTUAL LOCAL TIME **499** | LOCAL CONDUCT CREDITS **248** | ☒ 4019<br>☐ 2933.1 | TIME SERVED IN STATE INSTITUTION: | DMH | CDCR | CRC |
|---|---|---|---|---|---|---|---|---|---|---|

**13.** The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to ☒ the reception center designated by the director of the California Department of Corrections and Rehabilitation.
☐ Other (specify):

**CLERK OF THE COURT:** I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE<br>H.Saenz  *H.Saenz* | DATE<br>**07-20-07** |
|---|---|

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR -290.1 (Rev. January 1, 2007)

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
### SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM

Penal Code,
§§ 1170,1213, 1213.5

State of California                                                                      Department of Corrections and Rehabilitation

# Memorandum

*EXHIBIT #B*
*1 of 4*

Date:      May 16, 2008

To:        All Concerned

Subject:   **LIBRARY OPERATIONS BEGINNING MAY 16, 2008**

Until further notice all libraries may be on restricted open days and hours depending on staff available, inmate clerks available and trained, and of course, the move from B to C Facility.

The primary library function until all issues are resolved in all libraries will be the law libraries.   Seating is limited; Preferred Legal Users (PLU) will always be seated, others depending on the posted library capacity.

Recreation reading library will be closed on a yard by yard, day by day basis until there are sufficient inmate staff and operating days to handle the demand.   If recreation library is able to open and then must be shut down the next operating day for reason, please deposit all due books in the outside drop box.

If you have questions, contact me at extension 5628.


M. HARTMAN
Senior Librarian


cc:   C. Ynson, SCEP
       Facility Captain's
       LTA's

*EXHIBIT B*
*2 of 4*

# Massive flu outbreak hits inmates

**550 SICKENED:** Officials at a state prison near Blythe investigate if two deaths were caused by the illness.

**BY JOHN ASBURY AND JOSE ARBALLO JR.**
THE PRESS-ENTERPRISE

Prison officials in Blythe are investigating whether the deaths of two inmates are related to a flu outbreak that has sickened nearly 650 prisoners in less than a month.

Chuckawalla Valley State Prison is in lockdown and ac-

cepting no more inmates, but Riverside County health officials said Friday that the flu outbreak at the facility near the California-Arizona state line does not pose a health hazard to nearby communities.

This may be the most severe flu outbreak in the history of the state prison system, said Department of Corrections and Reha-

bilitation spokesman Terry Thornton. Earlier this year, a flu outbreak affected 200 inmates at a prison in Susanville in Northern California, Thornton said.

Since Feb. 23, at least 546 of Chuckawalla's 3,100 inmates have become sick, experiencing flulike symptoms such as fever, nausea and cold sweats, Thornton said. Ten inmates have been hospitalized, including some who were transferred to Riverside County Regional Medical

Center in Moreno Valley.

The Chuckawalla prison is divided up into dormitories, with only three of the facilities infected with influenza, Thornton said. Some employees are also sick.

The quarantine means no visitations will be allowed to the 1,500-acre prison and volunteers are being turned away.

One inmate died March 1 and the other two days later, according to state officials. The in-

males were not identified, but their ages were 53 and 35. Officials said they have not determined whether the deaths were caused by the flu. State officials declined to disclose where the men died.

Lilly Lopez, assistant administrator of Palo Verde Hospital in Blythe, said two inmates from Chuckawalla, including one of the ones who died, were brought to the Palo Verde emer-

SEE **FLU**/A9

---

## FLU: Illness spread to Chuckawalla Valley prison from nearby Blythe, where cases spiked recently

CONTINUED FROM A1

gency room complaining of respiratory problems that appeared to be related to the flu. The inmate who died was admitted into the emergency room several days ago and was transferred to another hospital, where his condition began to deteriorate, Lopez said.

Another inmate arrived at the emergency room Thursday morning and was transferred later that day, Lopez said she did not know this inmate's condition but he is still alive.

Flu symptoms started in nearby Blythe — where many of the prison employees live — in mid-February and spread to the prison, said Barbara Cole, director of Riverside County disease control.

The prison employs 400 people in Blythe, who may have

Blythe's population is about 22,000.

Assistant City Manager Charles Hull said he was notified about the problems Thursday and was assured that everything was being done to prevent the spread of the illness. He said residents of the desert community are discussing the flu outbreak in the area and know it's a potentially serious matter, but no one is panicking.

"It is more of a wait-and-see situation," said Hull, who became sick with the flu himself two weeks ago. "The entire valley is going through this wave of the flu and it is making its way through the prison."

Hull, the head of the city's emergency services, said city inmates scheduled for parole are also being evaluated and given a list of health precautions to take before they are released.

tal's infirmary. Prison officials are sterilizing dining halls and other areas, as well as conducting wellness checks.

All of the inmates affected are

thing is to limit exposure. The inmates are very sick, but we don't want to risk other people from being exposed. We'll do everything we can to contain it."

Last year the prison experienced an outbreak of an intestinal virus.

ease," Thornton said.

This year's flu season has taken a particularly hard toll on the Inland region, but not as intense as the flu season in 2003. Blythe, where it is spiked in February and is now starting to decline, Cole said. It's not unusual to have flu outbreaks heading into early spring, she said.

Influenza and pneumonia deaths are up about 10 percent this year, compared to the same period last year, Cole said. About 18 percent of the deaths during one period this year were caused by the illnesses.

Countywide, health officials have enlisted a higher number of influenza patients going to hospital emergency rooms.

The flu vaccine being distributed was not an exact match for the virus circulating this year,

contributing factor, she said.

"The process of vaccines starts six to eight months ahead of flu season," Cole said. The World Health Organization and the Centers for Disease Control and Prevention predicts which strains of influenza will be active.

"But sometimes another virus shows up that's not included in the vaccine," Cole said.

The Palo Verde Unified School District in Blythe has not seen any more cases of the flu than usual, or had a higher rate of absences, said Jacob Jensen, director of special services for the district.

"As far as I know we haven't seen any more adverse flu than is typical for this time of year," he said.

Staff writers David Olson and Shirin Parsavand contributed to this report.


Flu outbreak at prison
SAN BERNARDINO COUNTY
California
RIVERSIDE COUNTY
MORENO VALLEY
TEMECULA
IMPERIAL COUNTY
SAN DIEGO COUNTY
SOURCE: RIVERSIDE COUNTY
THE PRESS-ENTERPRISE

EXHIBIT B
3 OF 4

THE DESERT SUN

## CALIFORNIA

# Overcrowding possibly tied to prison violence

### New incidents come as officials mull early release of thousands

**BY DON THOMPSON**
THE ASSOCIATED PRESS

SACRAMENTO — The stabbing attack on four guards at one overcrowded state prison this week and a racially sparked brawl at another mark the type of violence that guards, inmates' attorneys and Gov. Arnold Schwarzenegger have been worried about for years.

The violence comes at a critical juncture for the nation's largest state prison system.

Later this year, a panel of federal judges will consider whether the crowding has become so severe that the state must cap the inmate population or release some prisoners early. Meanwhile, lawmakers are considering a Schwarzenegger proposal to save money for the deficit-ridden state by releasing more than 20,000 inmates before their sentences end.

"For the last two years, we've said something worse than this was inevitable," said Chuck Alexander, executive vice president of the California Correctional Peace Officers Association, referring to this week's prison unrest. "It's just a matter of where and when it's going to hit. In our view, it's a precursor of what's to come."

On Thursday, two inmates armed with homemade knives attacked guards at the California Correctional Institution about 40 miles southeast of Bakersfield.

One of the guards remained hospitalized Friday with a skull fracture and stab wounds.

A second attack erupted Friday. A dozen inmates were injured during a brawl in a crowded dormitory at the California Institution for Men in Chino, about 40 miles east of Los Angeles. Prison officials described it as an attack by Hispanic inmates on white prisoners. Five were sent to hospitals, including two with puncture wounds.

"There's more violence. The prisoners are unsafe, and there is less safety for the officers, as well," said Don Specter, director of the nonprofit Prison Law Office in San Rafael.

He is among inmates' rights attorneys asking the panel of three federal judges to order the state to reduce the prisons' population. In an unusual alliance, the prison guards' union has joined the push.

Schwarzenegger opposes a federally mandated population cap. But the Republican governor is proposing the early release of some 22,000 inmates and eliminating about 4,500 prison guard positions to help shave $400 million from the budget of the state corrections department.

Michael Bien, whose San Francisco law firm also is seeking a reduced inmate population, said the early release plan is irresponsible because guards already are working large amounts of overtime and are under mounting stress.

Schwarzenegger spokeswoman Lisa Page said the governor's plan would retain the current guard-to-

inmate ratio while freeing space for rehabilitation programs.

"We'll continue to see further reductions in our prison population as we do more to rehabilitate the state's current prisoners and make sure they stay out of prison once they're released," Page said.

In October 2006, Schwarzenegger declared an emergency to allow 8,000 inmates to be sent to private prisons in other states. It was part of an effort to relieve overcrowding that eventually led to a $7.8 billion prison and jail building program.

At the time, he warned that California's overcrowded prisons could explode into violence, leading to the kind of riots that killed 43 in Attica, New York, in 1971.

Senate Majority Leader Gloria Romero, D-Los Angeles, faulted Schwarzenegger for not doing enough since then to reduce crowding, end labor unrest with the prison guards union and increase rehabilitation programs.

"This is the beginning of the long, hot summer," said Romero, one of the Legislature's experts on prison reform. "It does take, sadly and unfortunately, something like this to snap people's necks around to say these are the consequences of overcrowding."

California's 33 prisons have a capacity of roughly 100,000 inmates but hold about 170,000. A commission headed by Republican Gov. George Deukmejian advised Schwarzenegger in 2004 that the prisons could safely hold about 135,000.

State of California                                California Department of Corrections and Rehabilitation

# Memorandum

EXHIBIT
# B

4 of 4

Date:    March 5, 2008

To    :    All Facility D Staff and Inmates

Subject:    **INFLUENZA EXPOSURE**

Chuckawalla Valley State Prison (CVSP) is experiencing significant numbers of inmates with influenza symptoms. Most of these cases have impacted Facilities A and B. However, Facility D has a few occurrences. Based on recommendations from medical services, **all** visiting and volunteer activities will be cancelled for this weekend (March 8 and 9, 2008). The following are basic precautions to minimize your possible exposure to the flu.

- Practice good personal hygiene by continuously washing your hands with soap and water.

- Sanitize all areas others touch; such as showers, railings, seats etc.

- Refrain from sharing food, beverages, dishes and utensils.

- Staff should utilize gloves when conducting bed area and clothed body searches. Upon completion, immediately wash your hands with soap and water.

It is imperative every effort is made to sanitize areas with high usage. The facility sergeant will distribute bleach to each housing unit. The bleach shall be mixed with water to ensure 25 parts water to 1 part bleach solution. Wash all railings, seats, tabletops and every other high traffic areas to minimize the possible contamination. If you experience nausea, vomiting, diarrhea, chest congestion seek medical attention.

CVSP will continue to monitor and evaluate the status of the institution and visiting for next week.

A. A. TERHUNE
Facility D Captain

*EXHIBIT*

*US.*
*DIST RM*



# San Diego County
# SHERIFF'S DEPARTMENT

*#A*
*1 — 64*
*PAGES*

## MEDICAL RECORDS UNIT
8525 Gibbs Drive  Suite 303, San Diego, California  92123
Phone:  (858) 974-596          FAX:  (858) 974-5902

## DECLARATION OF CUSTODIAN OF MEDICAL RECORDS
William D. Didier, RHIA
Custodian of Medical Records

**PATIENT NAME:  <u>DAUGHTERY, WILLIAM BK#'S 7735747, 6704525</u>**

Says as follows:

That the Declarant is the duly authorized Custodian of the Medical Records of San Diego
County Sheriff's Department, Medical Services Division and has authority to certify said
records and;

That the copy of the medical records attached to this Declaration is a true copy of the
records described in the Subpoena Duces Tecum, and;

That the records were prepared by the personnel of the San Diego County Sheriff's
Department Medical Services Division, staff physicians, or persons acting under the
control of either, in the ordinary course of Medical Services Division business at or near
the time of the act, condition or event. This Certification does not extend to any other
records that maybe attached which were produced by another organization. Those records
were utilized in the continuity of care.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ___7-31-08___          _____
                              (Signature of Declarant)  *(WB)*
                              William D. Didier, RHIA
                              Chief, Medical Records & Privacy **Officer**
                              Medical Services Division
                              San Diego County Sheriff's Department

Rev Jan 06

NOV-14-2006 TUE 08:10 AM UCSD HLTH PLAN SVCS          FAX NO. 619 471 9095          P. 0

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

DAUGHTERY ,WILLIAM       MR#: 18506527  LAB
Pt#:    57906877  M  10/07/1955  Age:  51  ANC
······················· Radiology Report ····························· FINAL
CT HEAD/BRAIN W/O CONTRAST      11/13/06  1225 Rad: HESSELINK   #: 2841561

HISTORY:
Headache.

COMPARISON STUDIES:
CT head 12/24/03.

TECHNIQUE:
A noncontrast helical CT of the head was performed with transaxial
images obtained at 5 mm collimation from the skull base to the
vertex of the skull.

FINDINGS:
The ventricles and sulci are normal for age.  No mass-effect or
midline shift is present.  The basal cisterns are patent.  There
is no evidence of intracranial hemorrhage or mass lesion.

The soft tissues of the scalp are unremarkable.  Old fracture of
the left lamina papyracea, unchanged compared to previous exam.
Otherwise, the calvarium and visualized base of the skull are
normal without evidence of acute fracture.  The visualized orbits
are normal.

The visualized paranasal sinuses, mastoid air cells and external
auditory canals are clear.

IMPRESSION:
1.  No acute intracranial findings.

2.  Unremarkable CT scan of the head.

I have reviewed the images and agree with the resident's
interpretation.

11/16/06

Rec'd                    11/14/06

=====END OF REPORT=====

08:10 11/14/06 FROM YI43.RENCTRF1
HO620256

Institution: _CUSP_    Clinician: _____    Date: _3-20-08_

## V. FUNCTIONAL IMPAIRMENT    Specify    1=Mild    2=Moderate    3=Severe

_0_ Work/School          _0_ Medical                _0_ Behavioral Control

_0_ ADL                                              _0_ Mental Illness Symptoms

_____ Interpersonal

## VI. DSM IV DIAGNOSIS (includes ICD-9 for inpatients)    IDTT Diagnosis Approval Date

| | |
|---|---|
| Axis I: | Hx Sub Induced Mood D/O |
| | Hx Cocain Abuse |
| Axis II: | Def. |
| Axis III: | (1) Glaucoma (2) Migraines (3) (L) Shordn pain |
| Axis IV: | |
| Axis V: | GAF= 63 |

## VII. RECOMMENDATION

A) [✓] **Does Not Meet Criteria** for inclusion in the Mental Health Services Delivery System (MHSDS).

B) [ ] **Meets Criteria** for inclusion in the MHSDS (Check Level of Care [LOC] Below)

    [ ] 1) Axis I disorder of _____

    [ ] 2) Inclusion is for **Medical Necessity** (obtain Chief Psychiatrist signature below.  Check LOC) **or**

C) LOC: [ ] Clinical Case Management (CCCMS)    [ ] Enhanced Outpatient Program (EOP)

    [ ] Crisis Bed (MHCB)    DMH: [ ] APP    [ ] DTP    [ ] ICF

E) Recommended Housing : [✓] Single Cell    [✓] Double Cell    Rationale: _____

    [ ] No  Recommendation

## VIII. BEHAVIORAL ALERTS/RISKS

## X. RECOMMENDED FOLLOW UP/INITIAL TREATMENT PLAN

1. No Major Axis I pt This time
2. Explained that Neuro-psych testing for etiology of past criminal behavior not indicated at This time. 3. Follow pcn

Clinician's Signature: _____    Robert T. Allen, MD
    Staff  Psychiatrist

**MENTAL HEALTH EVALUATION**
**CDCR 7386 (06/06)**
Confidential Client / Patient Information
Page 11 of 14

Inmate's Name (Last, First, MI), CDCR Number, DOB

Daugherty, Wn
F 79585
10-7-55

OF CALIFORNIA          DEPARTMENT OF CORR...

Institution: _CUSP_    Clinician: Robert T. Allen, MD / Staff Psychiatrist    Date: 3-20-08

## III. MENTAL STATUS EXAMINATION (Continued)

M. Sucide History: ☒ Ideation    ☐ Intent    ☐ Plan    ☐ Attempt    ☐ Gesture
_by 2000_

☒ Suicide Risk Assessment Checklist Completed    Date: 3-20-08

Risk Factors: ☐ PC/SNY    ☐ Family History    ☐ CDCR History of Serious Attempt

Describe history, lethality, current risk and protective factors: Said he had SI in
2000 when using cocaine + experiencing
depression

N. Current Violence Risk Factors:
→ Hx of Robbery.

O. Inmate Strengths:

## IV. SUMMARY: List DSM Criteria That Justify the Diagnosis. List Differential Diagnoses and Rationale. Cont from p. 1

→ What the IM wanted to see a
psychiatrist about was whether
his multiple past head injuries
were a factor in his past
criminal behavior. He wondered
whether an MRI might show
some type of brain damage that
could explain his episodic
lapses in judgment resulting
in his commiting crimes.
He denied current symptoms.
Also explained that his only
psych treatment was recieving Zoloft
for what sound like a cocaine
induced depression.

**MENTAL HEALTH EVALUATION**
CDCR 7386 (06/06)
Confidential Client / Patient Information
Page 9 of 14

Inmate's Name (Last, First, MI), CDCR Number, DOB

Daugherty, Wm
F 79985
10-7-55

COPY INFORMATION ONTO PAGE 1 AF... R MENTAL HEALTH EVALUATION IS COMPL... )

Institution: _CUSP_    Clinician: _R.J. Ahern_    Date: _3-20-08_

**I. PATIENT INFORMATION / PRESENTING PROBLEM / SUMMARY OF EVALUATION**

A. Current Setting: ☑ GP  ☐ ASU  ☐ SHU  ☐ RC  ☐ CCCMS  ☐ EOP  ☐ PSU  ☐ MHCB  ☐ Other: ___

Classification Score: _____    Data Source(s) for this Evaluation: ☑ Interview  ☐ C-File  ☑ UHR  ☐ Other ___

I/M Ethnicity: _AA_    Non-English Language: ____    Level: I / II / III / IV    CDCR Arrival Date: _7-22-07_

CDCR Release Date: _2012_    Inmate Interviewed On: ___/___/___    Level of Cooperation: _O.K._

Consent for Release of Information on File: ☐ Yes ☐ No    ☐ Records Requested    Date: _____
                                          ☐ Records obtained from: _____

B. Reason for Evaluation: _Eval for poss: 64 depression_

☐ MH Screening Indicates Possible: ☐ Thought Disorder ☑ Mood Disorder  ☐ Suicidality  ☐ Other ___

☐ Staff Referral Indicates: ☑ MH History  ☐ Medication Review  ☐ Danger to Self  ☐ Danger to Others  ☐ Other ___

☐ Patient Self Referral  Describe: ___

C. Current Diagnosis    Axis I: _____

_____

Axis II: _____

Axis III: _____

Axis V:  Current GAF: ____   AIMS Score: ____   AIMS Date: ____  ☐ Keyhea   Keyhea Expires: ____

D. Behavioral Alert: ☐ Suicidal  ☐ Self Injunous  ☐ Assaultive  ☐ Gravely Disabled  ☐ Other: ____
Other Relevant Information: ____                                                  DD Category: ____

| E. List Medications, Dose, Route, Frequency: | Target Symptoms, Compliance, Duration: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Allergies: _NKDA_

F. Clinical Summary and Recommendation: _53 y.o. AA ♂ G.P. Referred by_
_Dr. Rahimi 2° Hx of depression/Doloft in past_
_Inc's Chief Complaint isn't depression,_
_Anxiety or stress. In fact, he denied_
_symptoms of depression, Anxiety or psychosis._

G. ☐ New Level of Care: ☑ CCCMS  ☐ EOP  ☐ MHCB    DMH: ☐ APP  ☐ ICF  ☐ DTP     See p. 9

H. Parole Date: ____                        Region/Office: ____

Parole Agent: ____        Phone Number: ____        Fax Number: ____

I. Evaluation Follow Up Time Frame: ____    Medication Follow-up Time Frame: ____

Inmate's Name (Last, First, MI), CDCR Number, DOB

_Daugherty, W_
_F 79585_
_10-7-55_

**MENTAL HEALTH EVALUATION**
CDCR 7386 (06/06)
Confidential Client / Patient Information
Page 1 of 14



**INFORMATION IN MOTION**

| | |
|---|---|
| Invoice Number: | 1UYQR-1 |
| Date: | 8/6/2008 |
| Customer Number: | DAUGHTERY W |
| Due: | Upon Receipt |

WILLIAM DAUGHTERY F79985/CVSP

WILLIAM DAUGHTERY

PO BOX 2349

BLYTHE , CA 92226-2349

Facility:  MERCY CLINIC

**Patient Name: *WILLIAMS DAUGHTERY 8/1608**          CA SUB

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 9 Pages | 1 | $24.00 | $24.00 |
| 2 | Pages Copied: from 1 to 10000 | 9 | $0.10 | $0.90 |
| | | Postage and Handling: | | $4.73 |
| | | Sub Total: | | $29.63 |
| | | Tax: | | $1.93 |
| | | Invoice Total: | | $31.56 |
| | | Applied: | | $0.00 |
| | | **Balance Due:** | | **$31.56** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please cut here and submit with payment*

We accept:  Visa and Mastercard

Card #                                              Signature:

Security Code (Last 3 Digits on the back of card):          Expiration Date:

PLEASE REMIT PAYMENT TO:          TAX ID NO.  33-0599237          *** DUE UPON RECEIPT ***

| **BACTES** | Invoice Number: | 1UYQR-1 |
|---|---|---|
| **2250 Fourth Ave Ste. 105** | Date: | 8/6/2008 |
| **San Diego, CA 92101** | Customer Number: | DAUGHTERY W |
| **(619) 230-0731 phone** | Balance Due: | **$31.56** |
| **(619) 230-0788 fax** | | |

Robert T. Allen, MD
Staff Psychiatrist

Institution: _____    Clinician: _____    Date: 3-20-08

## III. HISTORY (Continued)

**H. Medical History:** ☐ None reported or documented

Significant head trauma — Thinks he's been hit
Coma / Loss of Consciousness    head — 3 or 4 times    Allergies  NKDA
Seizures    > possible

Other Relevant Medical Problems:

① Glaucoma
② (L) Shoulder Injury

**I. Mental Health History:** ☐ None reported or documented

Outpatient Care
Inpatient Care    — Said he went to Dual-Dx program
While Incarcerated    in San Diego for cocaine abuse
At POC    Denied    + depression

**J. Psychotropic Medication:** ☐ None

Current Psychotropic Medications: — None

Past Psychotropic Medications and outcomes: Zoloft x several yrs.

Other Current Medications:

① Motrin
② Immitrex — for Migraines

**MENTAL HEALTH EVALUATION**
**CDCR 7386 (06/06)**
Confidential Client / Patient Information
Page 5 of 14

Inmate's Name (Last, First, MI), CDCR Number, DOB

Daugherty, Wm
F 79985
10-7-55

Robert T. Allen, MD
Staff Psychiatrist

Institution: _CUSP_  Clinician: _____

Date: _3-20-08_

## III. MENTAL STATUS EXAMINATION

A. Appearance: _Grooming O.K._

B. Behavior/Cooperation: _Calm/ Cooperative_

C. Orientation: ☐ WNL  _CUSP        Blythe        Mar 20, 2008_

D. Speech: ☒ WNL

E. Affect: ☒ WNL  _Full Range_

F. Mood: ☐ WNL  _Denied depressed mood or Anxiety_

G. Sleep/Appetite: ☒ WNL

H. Cognition:
Fund of Information ☐ WNL  _Pres-Bush  Gov-Schwarzenegger  Capitol-SAC_
Intellectual Functioning ☐ WNL  $6 \times 6 = 36$   $100 - 35 = 65$   $\$3^{50} = 14$
Concentration ☐ WNL  _Tree ✓   Bridge ✓   Stamp ✓   3/3_
Attention ☐ WNL
Memory ☐ WNL  _Airplane/Car - "Modes of transportation_

I. Thought Processes: ☒ WNL   ☐ Tangential   ☐ Circumstantial   ☐ Loose

J. Perception:
Hallucinations ☐ None  _> Denied_

K. Thought Content:
Delusions ☒ None
Ideas of Reference ☒ None
Obsessions ☒ None
Magical Thinking ☒ None

L. Insight ☐ WNL
Judgment ☐ WNL  _> Hx Poor Judgment._

**MENTAL HEALTH EVALUATION**
CDCR 7386 (06/06)
Confidential Client / Patient Information
Page 7 of 14

Inmate's Name (Last, First, MI), CDCR Number, DOB

_Daugherty, W_
_F79985_
_10-7-55_

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS AND REHABILITATION

**FROM: TANYA MEAOLE**
**BACTES IMAGING SOLUTIONS**
**TOLL FREE: 800-560-3800 ext 125**
**FAX: 1-619-533-6862**
**EMAIL: tmeaole@bactes.com**
**TAX ID 33-0599237**

We have received your attorney request for medical records for your client.
Bactes Imaging Solutions ("Bactes") is the on-site record management service for the
provider listed on the following invoice and is a professional photocopy service in
accordance with Business & Professions Code section 22451. Pursuant to Evidence Code
section 1158, you have several choices for obtaining patient records, including retaining an
outside photocopy service, visiting the provider listed on the following invoice, and
inspecting the records during business hours, or retaining Bactes as your copy service.
Should you elect to retain Bactes, the fee for copying your client's medical records is
provided on the enclosed invoice. You should find that as the on-site record management
service for the provider listed on the following invoice, Bactes' rates are cheaper than an
outside copy service and our turn-around time is typically much faster. Please be informed
that if you retain Bactes to copy your client's records, you are agreeing to employ Bactes as
your agent. Upon receipt of payment, we will immediately mail the records to you. We
accept Visa, MasterCard and American Express for your convenience. Please feel free to
give us a call if you have any questions. We look forward to your business.

**If payment has been sent please complete and fax to 1-619-533-6862**
**Date payment mailed:** _____
**Invoice Number (upper right hand corner of invoice):** _____
**Check number (if applicable):** _____
**Your Name:** _____

**We accept VISA, MASTERCARD and AMERICAN EXPRESS for your convenience.**
Credit card # _____ Exp date _____
Name on card: _____
Security code (Last 3 numbers on back of card, 4 numbers for
AMEX): _____
Zip code of billing address (if different from mailing address): _____
Person authorizing use of credit card: _____

**If records are no longer needed please complete and fax to 1-619-533-6862**
**Date request cancelled:** _____
**Invoice Number (upper right hand corner of invoice):** _____
**Reason:** _____
**Your Name:** _____

THIS MESSAGE IS INTENDED FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT
MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM
DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOUR
USE OF THIS MESSAGE FOR ANY PURPOSE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE DELETE THE MESSAGE AND NOTIFY THE SENDER
SO THAT WE MAY CORRECT OUR RECORDS.

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

---

### Encounter Detail

| | | |
|---|---|---|
| **Type:** Psych Sc | **Reason:** Exam | **Date:** 05-16-2007 1453 |
| **Resource:** Naranjo, Jorge Psychmd | | **Cost:** |
| **Notes:** safety cell f/u | | |

### Objective

### Orders

---

#### Medications

**Type:** F  **Medication:** ZOLOFT 100MG TABLET  **Rx #:** 400796184
**Status:** RENEWED  **Strength:** 100 MG  **Rte:** PO  **Freq:** QAM
**Start Dt/Tm:** 05-17-2007 1504 **End Dt/Tm:** 06-16-2007 1503
**SNP:**  **Provider:** NARANJO , JORGE
**Notes:**

**Type:** F  **Medication:** DESYREL (GEN.) 50MG TABLET  **Rx #:** 400796185
**Status:** RENEWED  **Strength:** 50 MG  **Rte:** PO  **Freq:** QHS
**Start Dt/Tm:** 05-17-2007 1505 **End Dt/Tm:** 06-16-2007 1504
**SNP:**  **Provider:** NARANJO , JORGE
**Notes:**

**Type:** F  **Medication:** DESYREL (GEN.) 50MG TABLET  **Rx #:** 400796185
**Status:** DISCONTINUED **Strength:** 50 MG  **Rte:** PO  **Freq:** QHS
**Start Dt/Tm:** 05-31-2007 1529 **End Dt/Tm:** 07-30-2007 1529
**SNP:**  **Provider:** NARANJO , JORGE
**Notes:**

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

---

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

### Medications

**Type:** F      **Medication:** ZOLOFT 100MG TABLET                    **Rx #:**      400796184
**Status:** DISCONTINUED  **Strength:**        100 MG       **Rte:** PO        **Freq:** QAM
**Start Dt/Tm:** 05-31-2007 1529 **End Dt/Tm:** 07-30-2007 1529
**SNP:**                                         **Provider:** NARANJO , JORGE
**Notes:**


**Type:** F      **Medication:** ZOLOFT 100MG TABLET                    **Rx #:**      400796184
**Status:** DISCONTINUED  **Strength:**        100 MG       **Rte:** PO        **Freq:** QAM
**Start Dt/Tm:** 07-07-2007 1128 **End Dt/Tm:** 09-05-2007 1127
**SNP:**                                         **Provider:** STANLEY , PATRICIA
**Notes:**


**Type:** F      **Medication:** DESYREL (GEN.) 50MG TABLET           **Rx #:**      400796185
**Status:** DISCONTINUED  **Strength:**        50 MG       **Rte:** PO        **Freq:** QHS
**Start Dt/Tm:** 07-07-2007 1128 **End Dt/Tm:** 09-05-2007 1127
**SNP:**                                         **Provider:** STANLEY , PATRICIA
**Notes:**


### Encounter Notes

**Entry Date:** 05-17-2007 2030        **Entered By:** JCORDOSH,   CORDOBA
Psych orders noted and carried out.  ROI initiated.


**Entry Date:** 05-17-2007 1447        **Entered By:** JNARANNS,   NARANJO
see pn


### Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit control of either, in the ordinary course of Medical Services Division, staff physicians, or persons acting under the

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

## Encounter Detail

**Type:** Psych Sc          **Reason:** Safety Cell          **Date:** 05-16-2007 0017

**Resource:** Monroe, Michael Psychmd          **Cost:**

**Notes:**

## Diagnosis

Hx 304.8

Major Dprsv Disorder Recu

## Objective

## Orders

## Encounter Notes

**Entry Date:** 05-16-2007 0948          **Entered By:** MMONRONS,   MONROE

Cleared to SDCJ6.  Referred to SW.  Referred to Nursing (again) to verify psych meds/dosage.
Psychiatrist f/u 1-2 days.  See Safety Cell Eval in chart.

## Med Alerts

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Psych Sc      **Reason:** Safety Cell      **Date:** 05-14-2007 2304

**Resource:** Monroe, Michael Psychmd      **Cost:**

     **Notes:**

## Diagnosis

Hx 304.8

Hx Dx 296.33

R/o 292.84

## Objective

## Orders

## Encounter Notes

**Entry Date:** 05-15-2007 1019      **Entered By:** MMONRONS, MONROE

CTO Safety Cell. Referred to Nursing to verify psych meds/dosage. See Safety Cell Eval in chart.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either,

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

## Encounter Detail

**Type:** Rnsc                          **Reason:** Intake Triage                          **Date:** 05-14-2007 1147

**Resource:**                                                                              **Cost:** $0.00

**Notes:**

## Objective

## Orders

## Encounter Notes

**Entry Date:** 05-14-2007 1148          **Entered By:** CARROYSH,   ARROYO

Ambulated into outside triage with steady gait. Aox3, resp. even and unlabored, skin pink and dry.
Commit from court. Claims hx. depression and glacoma and takes vistaril, trazadone and zoloft but
does not remember doseages. Stated SI " I want to kill myself because the people of California are
trying to charge me with drugs. I would try to hang myself with a sheet". Escorted by coroporal # 3182
to place i/p in safety cell. Report given to medical screening nurse.

## Med Alerts

---

# SAN DIEGO SHERIFFS DEPARTMENT

## PSYCHIATRIC QUESTIONS

JIM: 100085814  **Book #:** 7735747    **Book Dt/Tm:** 05-14-2007 1133

**Name(L,F,M,S):** DAUGHERTY, WILLIAM, JOHN

**DOB:** 10-07-1955  **Age:** 52  **Des.:** B  **Sex:** M  **SSN:** 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

**Created Dt/Tm:** 12-06-2007 1153        **Created By:** PUSUNG,EDMON

| | |
|---|---|
| Y | **Do you have any current psychiatric / mental health problems?** |
| | **Explain:** depression |
| Y | **Do you have any previous mental health history?** |
| | **Explain:** same |
| Y | **Do you know your psychiatrist / clinic name?** |
| | **Explain:** Dr. Mills |
| N | **Any visual hallucinations?** |
| | **Explain:** |
| N | **Any auditory hallucinations?** |
| | **Explain:** |
| N | **Any suicidal ideation?** |
| | **Explain:** |
| N | **Any homicidal ideation?** |
| | **Explain:** |
| N | **Any prior suicide attempts?** |
| | **Explain:** |
| Y | **Are you currently taking any psychiatric medications?** |
| | **Record in Med Screen** |

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

### Encounter Notes

**Entry Date:** 05-14-2007 1155          **Entered By:** MSINGKSH,   SINGKEE

Received from first floor, alert and oriented x3, VSS, NAD, ambulatory with steady gait, inmate claimed " I want to kill myself by hanging with the sheet." eyecontact good, cooperative, he is a court commit, safety cell placement without force due to SI.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

JIM:   100085814   **Book #:** 7735747      **Book Dt/Tm:** 05-14-2007 1133

**Name(L,F,M,S):** DAUGHTERY, WILLIAM, JOHN

**DOB:** 10-07-1955  **Age:** 52   **Des.:** B   **Sex:** M   **SSN:** 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

**Created Dt/Tm:** 12-06-2007 1153        **Created By:** PUSUNG,EDMON

---

Y        **Vital signs?**

> **BP:** 120/73
>
> **TPR:** 97.9, 61, 18
>
> **Describe:** 160 lbs. / 69 in      RN 9549

---

Y        **Are you being seen by a physician?**

**Physicians name:** Dr. Bhati

**Psychiatrist:** Dr. Mills

---

N        **Are you a client of the Regional Center for the developmentally disabled?**

**Which Center:**

---

**Allergies**

N        **Medications?**

**Describe:**

---

N        **Food?**

**Describe:**

---

N        **Bee sting?**

**Carry Kit:**

**Swelling:**

---

**Are you pregnant?**

**LMP?**

**EDC?**

---

**Have you had a baby in the last 12 months?**

**Explain:**

---

**Have you had an abortion recently?**

**Date:**

---

N        **Do you have health insurance?**

**Explain:**

---

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit. The San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either,



The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

DEMOGRAPHIC DATA

Race ☐ Caucasian ☑ Black ☐ Asian
☐ Hispanic ☐ Am Native ☐ Other

Marital Status ☐ Single ☐ Married
☐ Separated ☑ Divorced ☐ Widowed

Age _51/60?_ ☑ Male ☐ Female

DSM-IV DIAGNOSIS(ES) (Including Code)

Axis I _u/r    R/l_
_u/r · 309·80_

Axis II _def_

Axis III _Chronic (C) shoulder pain_
Axis IV Psychosocial stressors  Interaction with the legal system  other

Axis V  GAF _current_

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

PLAN

Medication
☑ Expected benefit, risks side effects, alternatives discussed
☑ Given Written information regarding medications
☑ Informed consent given and/or signed
☑ Medication(s) prescribed at initial visit
☑ _Zoloft 100mg? AM_
☑ _Trazodone 50mg HS_
☐ _old Records if...more_
☐ _psychiatric HSH_

☐ Lab ordered
☐ Admit to PSU/WPSU
☐ Medical Consultation
☑ Obtain previous medical records
☑ Treatment plan discussed and accepted by patient
☐ Other
☐ Schedule follow up appointment in DOPS clinic
   ☐ 2-3 Days  ☐ 1-2 weeks  ☐ 4 weeks
☑ Other _Rtc 2wks_

SUBJECTIVE Chief complaint and/or reason for referral
"they re-arrested me". "I'm going to prison"

HISTORY  Detention/incarceration, current symptoms _51 y/o divorced AA? ? followed chronic neck pain, (C) shoulder pain, u/r depressive DO vs MDD? psychotic DO DO?. pt reports recent recently relocated ... now he's going to prison  states he was previously sleeping. Admits to resume. pt ... zoloft/trazodone - denies on ... denies A/V H/H - denies S/I pt  euphoria - hypomania_

Drug/alcohol abuse history  Describe
_started to use drugs around age 22 y/o, ETS, ETOH, cocaine denies lost x, used any drugs x 4 months._

Previous psychiatric outpatient treatment History
_previously depressive DO vs MDD? vs psychotic DO paxil, zoloft, trazodone, ..., risperidone._
☐ Denied

Previous psychiatric hospitalization
_4 hosp → (D) CJH / PSU_
☐ Denied

Suicide attempts/violence
_denied_
☐ Denied

Psychiatrist Signature _[signature]_

Date and Time _5/17/07 1450_

☐ DDF  ☐ GBDF/EMDF  ☐ LCDF  ☐ SBDF  ☑ SDCJ  ☐ VDF

Patient's Name _Daughtery williams_

DOB

Booking Number

Date (MM DD YY)

Court Commit

| Reason for Safety Cell Placement | Date and Time |
|---|---|
| DT S | 5/14/07  1150 |

**SUBJECTIVE** Chief complaint and precipitating event

Reported to be DTO & DTS.

| HISTORY, Previous self injury/violence/suicide attempt | ☐ Denied |
|---|---|
| Denial | |
| Previous psychiatric outpatient treatment History | ☐ Denied |
| Cmt Jail | |
| Previous psychiatric hospitalization | ☐ Denied |
| Now Vista 7/5-15/05 · BU 3/10-20/06 | |

Drug/alcohol abuse history  Describe

"I've been clean for a year" Hx Cocaine, THC reported

**OBJECTIVE** Mental Status Evaluation

*APPEARANCE* ☒ Well Groomed ☐ Little care ☐ Appropriate    *L O C* ☒ Alert and awake ☐ Drowsy ☐ Stupor ☐ Coma

*EYE CONTACT* ☒ Good ☐ Fair ☐ Poor ☐ None

*ATTITUDE* ☒ Cooperative ☐ Guarded ☐ Non-disclosing ☐ Hostile/Belligerent ☐ Uncooperative

*BEHAVIOR* ☒ Calm ☐ Apprehensive ☐ Agitated ☐ Motor Retardation ☐ Tearful ☐ Withdrawn

Speech ☒ Clear ☐ Slurred ☐ Slow ☐ Pressured ☐ Quiet ☐ Rapid ☐ Selectively Mute ☐ Aphasic

Conversation ☒ Spontaneous ☐ Only in response to questions ☐ Relevant ☐ Irrelevant

*ORIENTED TO* ☒ Person ☒ Place ☐ Month ☒ Year ☒ Situations ☐ None

*MEMORY* Immediate intact ☒ Yes ☐ No    Recent Intact ☒ Yes ☐ No    Remote Intact ☒ Yes ☐ No

*PERCEPTUAL SYMPTOMS* ☒ Normal ☐ Hallucinations ☐ Auditory ☐ Visual ☐ Olfactory Explain _____

*DEPRESSIVE SYMPTOMS INCLUDING*

Sleep Disturbance ☐ Yes ☒ No     Eating Disturbance ☐ Yes ☒ No

Crying Spells ☐ Yes ☒ No     Feelings of Helplessness ☐ Yes ☒ No

Feelings of Hopelessness ☐ Yes ☒ No

*SUICIDE THINKING* ☐ Denied ☐ Passive ☐ Active ☐ Plan ___ Reported

Would you ask for help if you felt like hurting yourself? ☐ Yes ☐ No

*HOMICIDE THINKING* ☐ Denied ☐ Passive ☐ Active ☐ Plan ☐ Intent ___ Reported

*AFFECT* ☒ Appropriate ☐ Inappropriate ☐ Labile ☐ Expansive ☐ Constricted ☐ Blunted ☐ Angry

*MOOD* ☒ Stable ☐ Depressed ☐ Anxious ☐ Irritable ☐ Elevated ☐ Apathetic ☐ Congruent ☐ Incongruent

*THOUGHT PROCESSES* ☒ Intact ☐ Concrete ☐ Abstract ☐ Thought Blocking ☐ Circumstantial

☐ Disorganized ☐ Loose Association ☐ Tangential ☐ Flight of ideas ☐ Slow hesitant

*THOUGHT CONTENT* ☒ Appropriate to situation ☐ Grandiose ☐ Obsessions ☐ Compulsions ☐ Paranoia ☐ Delusions ☐ Impoverished

*IMPULSE CONTROL* ☐ Good ☐ Fair ☐ Poor

*JUDGEMENT* ☐ Intact ☐ Impaired ☐ Mild ☐ Moderate ☐ Severe    *INSIGHT* ☐ Good understanding ☐ Adequate ☐ Partial recognition ☐ Poor

*MOTIVATION FOR TREATMENT* ☐ Excellent ☐ Good ☐ Fair ☐ Poor

**OBJECTIVE** (Narrative Notes)
(Use Form 239B for additional notes)     Denial J4, Hx Jail & Prison > "13 yrs"

| DIAGNOSIS(ES) including Codes | GAF | DSM IV CODE(S) |
|---|---|---|
| I Hx 304.8   Hx Dx 296.33, R/O 292.84 | II 301.7 III neg | IV 8 V 5_ |

**MEDICATIONS** List current medications being taken and dosage

Vistaril Trazodone & 3 blot  "last taken" 7/07 "

**PLAN**  ☐ Cleared to Mainline with Psych follow up ☐ Psych Housing ☐ PSU Admission ☐ Voluntary ☐ Involuntary WIC 5150)
☐ Cleared to Mainline without Psych follow up ☐ Cleared to Sheriff Department (B&R) ☐ Cleared to classification
☒ Contracted for Safety ☐ Yes ☒ No     ☒ Continue to observe     ☐ Obtain UBH History

**MEDICATIONS** ☐ Continue after verified per Policy ☐ Expected benefit risks side effects alternatives discussed
☐ Schedule follow up appointment in Psych OP clinic ☐ 2 3 Days ☐ 1 2 weeks ☐ 4 weeks ☐ Other _____
☐ Refer to Social Worker ☐ Refer to RN to assess for ETOH/substance withdrawal ☒ Refer to RN to verify meds and dosage ☐ Refer to MD sick call

| Psychiatrist/Psychologist Signature | Date and Time |
|---|---|
| Thompson, Ph D | 5/15/07  1007 |

SAN DIEGO COUNTY SHERIFF S DEPARTMENT
MEDICAL SERVICES DIVISION
PSYCHIATRY SAFETY CELL EVALUATION
Page 1 of 1

☐ DDF ☐ GBDF/EMDF ☐ LCDF ☐ SBDF ☐ SDCJ ☐ VDF

Patient s Name  Daughtery, William

D O B  10-07-55

| Booking Number | 7 7 3 5 7 4 7 | Date (MM DD YY) |
|---|---|---|

Form 1273 Rev 08/03

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

[ ] NEEDS IMMEDIATE ATTENTION   [ ] NO MEDICAL/PSYCHIATRIC TREATMENT RECEIVED IN CUSTODY

## CONFIDENTIAL MEDICAL/MENTAL HEALTH INFORMATION TRANSFER SUMMARY

To _RJD_

Date _7/24/07_

INMATE NAME _DAUGHTERY, WILLIAM_

AKA _____

Facility GEORGE BAILEY DETENTION FACILITY
Address MEDICAL SERVICES DIVISION
Telephone 446 ALTA RD. SUITE 5300
SAN DIEGO CA 92158 0001
(619) 661 2789

Please list most recent findings on the applicable sections below
Please write n/a, if not applicable. If necessary, please include any other relevant medical history while in custody

Medical Diagnosis/Date
Psychiatric Diagnosis/Date _Major Depressive D/O_
Suicide Attempt(s)/Date(s) _(Hx of safety cell_
Dental Needs/Date _Ø_ _placement on 5/14/07_
Special Diets/Date _Ø_ _due to SI_
ALLERGIES _NKA_

RELEVANT MEDICAL HISTORY
→ _Chronic ® Shoulder pain due_
_rotator cuff injury_
→ _migraine headaches_
→ _was seen by ophtal outside_
_& was dx c̄ increase intraocular_
_pressure in ® eye_
→ _major Depressive D/O    Hx 304,_
_296.33   R/O 293 84_

Current Medications (dose, route, frequency, start date, stop date) (including TB)
[ ] N/A
[X] See attachment (JIMS MAR screen print)

Recent Lab Works/X-ray (date and result)
[X] N/A
[ ] See attachment (Copies of lab reports)

Treatments (frequency, start date, stop date)
[X] N/A
[ ] See description _____

Pending Appointments and/or Lab Works (start date & stop date)
[ ] N/A
[X] See description _UCSD OPTHALMOLOGY_
_clinic 7/25/07 0800_

Pregnant (Circle one)
Yes   No   Unknown  (N/A)  EDC ___

TB PPD Test Administration Date _5/16/07_
PPD Test Reading Date _5/18/07_ Result _0_ mm
Chest X-Ray [ ] normal [ ] abnormal Date ___
Active TB Disease  [ ] suspect  [ ] known

If suspect or known active TB disease, attach TB Patient Plan and provide the date Local Health Officer was notified of the pending transfer
[X] N/A    [ ] Notification Date _____

Tests (Circle as appropriate)

| | Result (+/-) | Treated? | | Date |
|---|---|---|---|---|
| RPR / VDRL | | Yes | No | |
| GC | | Yes | No | |
| Chlamydia | | Yes | No | |
| Syphilis | | Yes | No | |

Other screening test results and dates (including hepatitis)

Immunizations given/date

Additional Information _TB assessment attached_
_FOR PSYCH & NO F/U_

COMPLETED BY _M Nawas RN #6557_

Signature/Title/ARJIS # ___

SPECIAL TRANSPORT INSTRUCTIONS _Ø_

SAN DIEGO COUNTY SHERIFF S DEPARTMENT
MEDICAL SERVICES DIVISION
CONFIDENTIAL MEDICAL/MENTAL HEALTH INFORM J204ATION
TRANSFER SUMMARY
Page 1 of 1

[ ]DDF  [ ]GBDF/EMDF  [ ]LCDF  [ ]SBDF  [ ]SDCJ  [ ]VD[ ]

Patient s Name  DAUGHTERY, WILLIAM
D O B  10/7/1955

Form 1204 Rev 03/07   7735747   7/23/2007

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of business at or near the time the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of business at or near the time the act, condition or event.

JIMS - J000028

Run Date: 30-JUL-2008
Run Time: 12:00

San Diego County Sheriff's Department
Detention Services - All Sheriff Facilities
MAR - By Booking & Date

Start Date: 14-MAY-07
End Date: 24-JUL-07

Page: 1 of 8

Name: DAUGHTERY, WILLIAM    Bk#: 7735747    Fac: RELS    AREA:    HU:    CELL:

## MEDICATIONS

| Type | Medication | Generic Name | Rx # | Strength | Rte | Freq | Start Dt/Tm | End Dt/Tm | Status |
|---|---|---|---|---|---|---|---|---|---|
| F | HYDROCORTISONE 1% CREAM | HYDROCORTISONE | 400894451 | 1 GM | PR | QAM | 07-08-2007 0700 | 09-06-2007 1105 | D/C: 07-24-2007 0754 |
| F | MOTRIN (GEN.) 400MG TABLET | IBUPROFEN | 400894446 | 400 MG | PO | BID | 07-08-2007 0700 | 09-06-2007 1104 | D/C: 07-24-2007 0754 |
| F | MIDRIN CAPSULE | ISOMETHEPT/ACETAMINOP/DICHLPHN | 400849465 | 2 CAP | PO | PRN | 06-14-2007 1200 | 08-13-2007 1356 | D/C: 07-24-2007 0754 |
| F | MIDRIN CAPSULE | ISOMETHEPT/ACETAMINOP/DICHLPHN | 400849608 | 2 CAP | PO | PRN | 07-07-2007 0800 | 08-13-2007 1509 | D/C: 07-24-2007 0754 |
| F | MULTIPLE VITAMINS | MULTIVITAMINS | 400892798 | 1 TAB | PO | QAM | 07-07-2007 0800 | 09-05-2007 1126 | D/C: 07-24-2007 0754 |
| F | METAMUCIL PACKET | PSYLLIUM SEED | 400894447 | 1 PACKT | PO | QAM | 09-06-2007 0700 | 09-06-2007 1104 | D/C: 07-24-2007 0754 |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 400796184 | 100 MG | PO | QAM | 05-17-2007 1330 | 06-16-2007 1503 | RENEW:05-31-2007 0329 |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 400796184 | 100 MG | PO | QAM | 07-30-2007 1529 | D/C: 07-24-2007 0754 | |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 400796184 | 100 MG | PO | QAM | 09-05-2007 1127 | D/C: 07-24-2007 0754 | |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 400796184 | 100 MG | PO | QAM | 05-17-2007 1330 | 06-16-2007 1504 | RENEW:05-31-2007 0329 |
| F | DESYREL (GEN.) 50MG TABLET | TRAZODONE HCL | 400796185 | 50 MG | PO | QHS | 05-17-2007 1330 | 07-30-2007 1529 | D/C: 07-24-2007 0754 |
| F | DESYREL (GEN.) 50MG TABLET | TRAZODONE HCL | 400796185 | 50 MG | PO | QHS | 05-17-2007 1330 | 09-05-2007 1127 | D/C: 07-24-2007 0754 |
| F | DESYREL (GEN.) 50MG TABLET | TRAZODONE HCL | 400796185 | 50 MG | PO | QHS | 05-17-2007 1330 | | |

## NOTES

| Notes | | | |
|---|---|---|---|
| Entry By: | Entry Dt/Tm: | | Text: |
| ADIOVA, LOUELLA | 06-01-2007 0939 | | Zoloft 100 mg given as ordered. |
| ADIOVA, LOUELLA | 06-04-2007 0959 | | Zoloft 100 mg given as ordered. |
| ENCARNACION, RIA | 05-31-2007 2035 | | Desyrel 50mg given po @hs per med pass list. |
| ENCARNACION, RIA | 06-02-2007 2217 | | Desyrel 50mg given po per med pass list. |
| SANCHEZ, SANDRA | 06-03-2007 0943 | | I/P given zoloft 100mg per md order. |

## ADMINISTRATION

| Notes | | | | | | |
|---|---|---|---|---|---|---|
| Medication/Dosage | Dose# | Presc Date/Time | Admin Date/Time | Administered By | Route/Site | Reason Not Administered |
| DESYREL 50MG | 1 | 05-17-07 21:00 | 05-17-07 21:28 | BGROSSSH | PO | |
| | 2 | 05-18-07 21:00 | 05-18-07 21:22 | SSANC2SH | PO | |
| | 3 | 05-20-07 21:00 | 05-20-07 21:18 | BGROSSSH | PO | |
| | 4 | 05-21-07 21:00 | 05-21-07 21:22 | SSANC2SH | PO | |
| | 5 | 05-22-07 21:00 | 05-22-07 21:09 | SSANC2SH | PO | |
| | 6 | 05-23-07 21:00 | 05-23-07 20:29 | SSANC2SH | PO | |
| | 7 | 05-23-07 21:00 | 05-23-07 21:00 | SSANC2SH | PO | |

San Diego County Sheriff's Department Medical Records Unit

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services business at or near the time of the act, condition or event.

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

### Encounter Detail

**Type:** Mdsc          **Reason:** 01- Follow-up          **Date:** 07-08-2007 1108

**Resource:** Mansoury, Hadi Ucsdmd          **Cost:**

**Notes:** 2 months for shoulder pain

### Objective

### Orders

### Med Alerts

San Diego County Sheriff's Department Medical Records Unit

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

### Encounter Notes

**Entry Date:** 07-07-2007 1121        **Entered By:** PSTANLNS,  STANLEY

f/u visit Dep nos on Zoloft 100mg and TZD 50mg hs.
reports long term nausea/diarrhea but not sure if from meds as has been on these
for long time.
reports that his 'outlook is better, more upbeat attitude' w/ Zoloft.
sleep is pretty good w/ TZD - about 5 hr.
noting more anxiety and initial insomnia w/ upcomming sentencing.
discussed inc TZD but reports past w/ priapism w/ increase dose.
refusing vistaril or Benedryl.
Wants to keep meds same for now but would like multi vit.
will add this to above meds.
f/u 2 wk.

**Entry Date:** 06-29-2007 1022        **Entered By:** LKARRASH,  KARRAM

Refused RNP SC slip signed. Per slip " condition stable" MRT to r/s'd.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Mdsc      **Reason:** Exam      **Date:** 06-13-2007 0427

**Resource:**      **Cost:**

     **Notes:** Per J212 would like "Imtrex prescription as needed."

## Objective

### Vitals

**Vitals Dt/Tm:** 06-14-2007 1323 **Temp (°F):**    98:4 **Pulse:**     58 **Respiration:** 18

**Blood Pressure:** 129/87    **Wgt:** 160 **Hgt:** 5´9 "   **Provider:** ORCINO , FLORA

     **SNP:**

     **Notes:** 51 yo

## Orders

### Medications

   **Type:** F     **Medication:** MIDRIN CAPSULE     **Rx #:**     400849465

**Status:** DISCONTINUED **Strength:**     2 CAP     **Rte:** PO     **Freq:** PRN

**Start Dt/Tm:** 06-14-2007 1357 **End Dt/Tm:** 08-13-2007 1356

     **SNP:**        **Provider:** SCHNEIR , AARON

     **Notes:**

   **Type:** F     **Medication:** MIDRIN CAPSULE     **Rx #:**     400849608

**Status:** DISCONTINUED **Strength:**     2 CAP     **Rte:** PO     **Freq:** PRN

**Start Dt/Tm:** 06-14-2007 1510 **End Dt/Tm:** 08-13-2007 1509

     **SNP:**        **Provider:** SCHNEIR , AARON

     **Notes:** Q 1hr PRN max= 5/12hrs

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit control of either, staff physicians, or persons acting under the

# SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

## Encounter Detail

**Type:** Mdsc                **Reason:** Exam                **Date:** 05-27-2007 1330

**Resource:** Buono, Colleen Ucsdmd                **Cost:**

**Notes:** Please eval re: C/O migraine,nerve damage and Glaucoma - ref 5/29, r/s 6/2/07
(Refer to form J212 dated 5/26/07) MN ( run out of time DT ER 6-2 ) - not seen 6/5 @ a
program

## Objective

### Vitals

**Vitals Dt/Tm:** 06-09-2007 1022 **Temp (°F):**   97.1 **Pulse:**    66 **Respiration:** 20

**Blood Pressure:** 112/65     **Wgt:** 160 **Hgt:** 5´9 " **Provider:** ROQUE , CORAZON

**SNP:**

**Notes:**

## Orders

### Encounter Notes

**Entry Date:** 06-09-2007 1053          **Entered By:** MBJELINS,  BJELICA

Pt is a 51 y/o man with PMH of migraine headaches, increased right eye intraocular pressure, who
comes to clinic to be evaluated. He states that he was seen by an ophth dr outside who wanted to do
additional tests re: increased intraocular pressure in right eye.  Pt got arrested in meantime. He is
feeling fine now. Asymptomatic. No vision problems.
AOx3, comfortable. Nl gait.  EOMI.
Chart: OU 20/200 without glasses.  20/25 OU with glasses.
Plan: Refer to UCSD ophthalmology clinic for eval. of intraocular pressure.

**Entry Date:** 06-07-2007 1353          **Entered By:** CROQUESH,   ROQUE

Refused MDSC , refusal slip signed, R/S 06/08/07

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit, staff physicians, or persons acting under the control of either,

## Encounter Detail

**Type:** Rnsc      **Reason:** Exam      **Date:** 07-01-2007 2020

**Resource:**      **Cost:** $0.00

**Notes:** " optic nerve damage, neck nerve damage pain"

## Objective

### Vitals

**Vitals Dt/Tm:** 07-01-2007 2020 **Temp (°F):** 98.5 **Pulse:** 76 **Respiration:**

**Blood Pressure:** 0/0      **Wgt:**      **Hgt:** 5´9 " **Provider:** MILLER , TAMMY

**SNP:**

**Notes:**

## Orders

### Encounter Notes

**Entry Date:** 07-01-2007 2020      **Entered By:** TMILL2SH,  MILLER

Seen @ RNSC today with c/o " optic nerve damage and neck nerve damage pain. "  A&O  x 3 , ambulatory , and gait steady. States " was beat up 1 year ago by the police and suffer injuries to R eye and L shoulder.  No s/s of injury noted @ this time to R eye or L neck or shoulder. Full ROM noted to L shoulder.  Currently taking midrin for headaches.   Advised if gets worse to notify medical . Verbalized understanding. Scheduled for MDSC.

## Med Alerts

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

## Encounter Detail

### Medications

**Type:** F        **Medication:** HYDROCORTISONE 1% CREAM          **Rx #:**     400894451

**Status:** DISCONTINUED **Strength:**      2 GM      **Rte:** PR        **Freq:** QAM

**Start Dt/Tm:** 07-08-2007 1106 **End Dt/Tm:** 09-06-2007 1105

**SNP:**                                                **Provider:** MANSOURY , HADI

**Notes:**

## Encounter Notes

**Entry Date:** 07-08-2007 1116        **Entered By:** MSARANSH,  SARANDI

Seen by Dr. Mansoury, orders noted, scheduled for follow up.

**Entry Date:** 07-08-2007 1059        **Entered By:** HMANSONS,  MANSOURY

Patient is here complaining of chronic left shoulder pain due to rotator cuff injury. in physical exam he has mild tenderness in left anterior shoulder. He has full PROM but he cannot elevate his arm actively above his head.

Plan:
Ibuprofen for pain
Will resume his metamucil and anti hemorrhoid ointment

**Entry Date:** 07-05-2007 1550        **Entered By:** LTOLENSH,  TOLENTINO

Not seen d/t court. R/S.

## Med Alerts

JIMS - J000028

Run Date: 30-JUL-2008
Run Time: 13:55

San Diego County Sheriff's Department
Detention Services - All Sheriff Facilities
MAR - By Booking & Date

Start Date: 10-MAR-06
End Date: 04-JAN-07

Page: 2 of 37

| | Medication | | | | Presc Date/Time | Admin Date/Time | Administered By | Route/Site | Reason Not Administered |
|---|---|---|---|---|---|---|---|---|---|
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 100755181 | 100 MG | 04-05-2006 1330 | 07-02-2006 1332 | | PO QAM | RENEW-05-11-2006 0321 |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 100755181 | 100 MG | 04-05-2006 1330 | 07-30-2006 1521 | | PO QAM | RENEW-07-13-2006 0140 |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 100755181 | 100 MG | 04-05-2006 1340 | 09-11-2006 1340 | | PO QAM | RENEW-08-17-2006 0422 |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 100755181 | 100 MG | 04-05-2006 1622 | 10-16-2006 1622 | | PO QAM | RENEW-10-03-2006 1006 |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 100755181 | 100 MG | 04-05-2006 1005 | 12-02-2006 1005 | | PO QAM | RENEW-11-11-2006 1035 |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 100755181 | 100 MG | 04-05-2006 1330 | 01-10-2007 1033 | | PO QAM | D/C: 01-04-2007 0842 |
| F | ZOLOFT 100MG TABLET | SERTRALINE HCL | 100755181 | 150 MG | 04-05-2006 0930 | 02-07-2007 1349 | | PO QAM | D/C: 01-04-2007 0842 |
| F | ZOLOFT 50MG TABLET | SERTRALINE HCL | 700324983 | 50 MG | 03-10-2006 0930 | 04-09-2006 0828 | | PO QAM | RENEW-03-28-2006 0557 |
| F | ZOLOFT 50MG TABLET | SERTRALINE HCL | 700324983 | 50 MG | 03-10-2006 0800 | 05-27-2006 1757 | | PO QHS | D/C: 04-05-2006 0404 |
| F | ZOLOFT 100MG TABLET | TRAZODONE HCL | 400443576 | 100 MG | 11-11-2006 0900 | 01-10-2007 1050 | | PO QHS | D/C: 01-04-2007 0842 |
| F | DESYREL (GEN.) 100MG TABLET | TRAZODONE HCL | 400443576 | 100 MG | 11-11-2006 0900 | 02-07-2007 1349 | | PO QHS | D/C: 01-04-2007 0842 |
| F | DESYREL (GEN.) 50MG TABLET | TRAZODONE HCL | 400368419 | 50 MG | 10-03-2006 0800 | 12-02-2006 1005 | | PO QHS | RENEW-11-11-2006 1033 |
| F | DESYREL (GEN.) 50MG TABLET | TRAZODONE HCL | 400368419 | 50 MG | 10-03-2006 0800 | 11-12-2006 1032 | | PO QHS | D/C: 11-12-2006 1045 |

NOTES

| Entry By: | Entry Dt/Tm: | Text: |
|---|---|---|
| ADIOVA, LOUELLA | 06-01-2007 0939 | Zolot 100 mg given as ordered. |
| ADIOVA, LOUELLA | 06-04-2007 0959 | Zolot 100 mg given as ordered. |
| ENCARNACION, RIA | 05-31-2007 2035 | Zoloft 100 mg given po per med pass list. |
| ENCARNACION, RIA | 06-02-2007 2217 | Desyrel 50mg given po per med pass list. |
| SANCHEZ, SANDRA | 06-03-2007 0943 | I/P given zoloft 100mg per md order |

ADMINISTRATION

| Medication/Dosage | Dose# | Presc Date/Time | Admin Date/Time | Administered By | Route/Site | Reason Not Administered |
|---|---|---|---|---|---|---|
| ANUSOL SUPP 1SUPP | 1 | 08-18-06 16:40 | 08-18-06 16:43 | GSEYMANS | PR | |
| | 2 | 09-17-06 10:25 | 09-17-06 10:25 | MLUMBOSH | PR | |
| | 3 | 09-22-06 13:00 | 09-22-06 13:00 | ICALIOSH | PR | |
| | 4 | 09-24-06 14:23 | 09-24-06 14:23 | ICALIOSH | PR | |
| ANUSOL HC 25MG SUPP. 1SUPP | 1 | 11-24-06 20:31 | 11-24-06 20:31 | ESOLISSH | PR | |
| | 1 | 09-27-06 21:00 | 09-27-06 19:02 | TESTACSH | PR | |
| | 2 | 09-28-06 08:00 | 09-28-06 08:38 | LNAVA2SH | PR | |
| | 3 | 09-28-06 21:00 | 09-28-06 20:46 | LNAVA1SH | PR | |

Notes

San Diego County Sheriff's Department Medical Records Unit

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.





JIMS - J000028
Run Date: 30-JUL-2008
Run Time: 13:55

San Diego County Sheriff's Department
Detention Services - All Sheriff Facilities
MAR - By Booking & Date

Start Date: 10-MAR-06
End Date: 04-JAN-07

Page: 1 of 37

Name: DAUGHTERY, WILLIAM    BK#: 6704525    FAC: RELS    AREA:    HU:    CELL:

**MEDICATIONS**

| Type | Medication | Generic Name | Rx # | Strength | Rte | Freq | Start Dt/Tm | End Dt/Tm | Status |
|---|---|---|---|---|---|---|---|---|---|
| P | TYLENOL 325MG CAPLET | ACETAMINOPHEN | 700325048 | 650 MG | PO | PRNQ4H | 03-10-2006 0800 | 05-09-2006 1044 | D/C: 03-28-2006 0558 |
| P | LOTRIMIN (GEN.) 1% CREAM | CLOTRIMAZOLE | 400451169 | 1 GM | TP | BID | 11-16-2006 0600 | 11-30-2006 1344 | D/C: 11-30-2006 0215 |
| P | HYDROCORTISONE 1% CREAM | HYDROCORTISONE | 400451172 | 1 GM | TP | BID | 11-16-2006 0600 | 11-30-2006 1345 | D/C: 11-30-2006 0215 |
| P | ANUSOL HC (GEN) HEMORR/HC SUPP | HYDROCORTISONE ACETATE | 400357591 | 1 SUPP | PR | BID | 09-27-2006 0800 | 10-12-2006 0841 | D/C: 10-12-2006 0132 |
| P | VISTARIL (GEN.) 50MG CAPSULE | HYDROXYZINE PAMOATE | 100755182 | 100 MG | PO | QHS | 06-04-2006 1330 | 06-04-2006 1601 | RENEW: 05-03-2006 0320 |
| P | VISTARIL (GEN.) 50MG CAPSULE | HYDROXYZINE PAMOATE | 100755182 | 100 MG | PO | QHS | 04-05-2006 1330 | 07-02-2006 1332 | RENEW: 05-03-2006 0320 |
| P | VISTARIL (GEN.) 50MG CAPSULE | HYDROXYZINE PAMOATE | 100755182 | 100 MG | PO | QHS | 04-05-2006 1330 | 09-11-2006 1340 | RENEW: 08-17-2006 0422 |
| P | VISTARIL (GEN.) 50MG CAPSULE | HYDROXYZINE PAMOATE | 100755182 | 100 MG | PO | QHS | 04-05-2006 1330 | 07-30-2006 1521 | RENEW: 07-13-2006 0140 |
| P | VISTARIL (GEN.) 50MG CAPSULE | HYDROXYZINE PAMOATE | 100755182 | 100 MG | PO | QHS | 04-05-2006 1330 | 12-02-2006 1006 | D/C: 11-13-2006 0225 |
| P | VISTARIL (GEN.) 50MG CAPSULE | HYDROXYZINE PAMOATE | 100755182 | 100 MG | PO | QHS | 04-05-2006 1330 | 10-16-2006 1622 | RENEW: 10-03-2006 1007 |
| P | VISTARIL (GEN.) 25MG CAPSULE | HYDROXYZINE PAMOATE | 700324984 | 25 MG | PO | QHS | 03-10-2006 0800 | 03-24-2006 0828 | D/C: 03-12-2006 0103 |
| P | VISTARIL (GEN.) 50MG CAPSULE | HYDROXYZINE PAMOATE | 100739968 | 50 MG | PO | QHS | 05-11-2006 2059 | 05-27-2006 1757 | RENEW: 03-28-2006 0557 |
| P | VISTARIL (GEN.) 50MG CAPSULE | HYDROXYZINE PAMOATE | 100739968 | 50 MG | PO | QHS | 03-12-2006 0723 | 04-05-2006 1757 | D/C: 04-05-2006 0404 |
| P | MOTRIN (GEN.) 600MG TABLET | IBUPROFEN | 400373594 | 600 MG | PO | STAT | 09-16-2006 0700 | 09-16-2006 1347 | D/C: 09-16-2006 0147 |
| P | MOTRIN (GEN.) 400MG TABLET | IBUPROFEN | 400468737 | 800 MG | PO | BID | 11-24-2006 0700 | 11-27-2006 2029 | D/C: 11-26-2006 0259 |
| P | HUMAN INSULIN R 100U/ML | INSULIN REGULAR, HUMAN | 100744107 | 0 U | SQ | VAR | 03-18-2006 1300 | 03-21-2006 1520 | D/C: 03-21-2006 0345 |
| NF | MIDRIN CAPSULE | ISOMETHEPT/ACETAMINOP/DICHLPHN | 400471484 | 1 CAP | PO | PRN | 11-26-2006 1300 | 01-25-2007 1443 | D/C: 03-28-2006 0558 |
| P | MAALOX PLUS SUSPENSION | MAG HYDROX/AL HYDROX/SIMETH | 700325046 | 30 ML | PO | PRNQ4H | 03-10-2006 0800 | 05-09-2006 1044 | D/C: 03-28-2006 0558 |
| P | MILK OF MAGNESIA SUSPENSION | MAGNESIUM HYDROXIDE | 700325047 | 30 ML | PO | PRNQD | 03-10-2006 0800 | 05-09-2006 1044 | D/C: 03-28-2006 0558 |
| P | MULTIPLE VITAMINS | MULTIVITAMINS | 400368414 | 1 TAB | PO | QAM | 10-03-2006 0800 | 12-02-2006 1004 | D/C: 11-30-2006 0344 |
| P | MULTIPLE VITAMINS | MULTIVITAMINS | 400368414 | 1 TAB | PO | QAM | 10-03-2006 0800 | 10-29-2006 0000 | D/C: 10-29-2006 0842 |
| P | NAPROSYN (GEN.) 500MG TABLET | NAPROXEN | 400357594 | 500 MG | PO | BID | 09-27-2006 0800 | 10-12-2006 0842 | RENEW: 10-14-2006 0405 |
| P | NAPROSYN (GEN.) 500MG TABLET | NAPROXEN | 400453171 | 500 MG | PO | BID | 11-16-2006 0600 | 01-15-2007 1344 | D/C: 01-04-2007 0842 |
| P | ANUSOL(GEN) HEMORRHOIDAL SUPP | PHENYLEPHRINE HCL | 400284307 | 1 SUPP | PR | PRN | 08-18-2006 1200 | 10-17-2006 1639 | D/C: 10-27-2006 0902 |
| P | PHENYLEPHRINE HCL | PHENYLEPHRINE HCL | 400284306 | 1 SUPP | PR | QAM | 08-18-2006 1200 | 11-27-2006 2030 | RENEW: 11-30-2006 0344 |
| P | ANUSOL(GEN) HEMORRHOIDAL SUPP | PHENYLEPHRINE HCL | 400284306 | 1 PACKET | PO | QAM | 08-18-2006 1200 | 10-17-2006 1638 | RENEW: 10-14-2006 0405 |
| P | METAMUCIL PACKET | PSYLLIUM SEED | 400284306 | 1 PACKET | PO | QAM | 08-18-2006 1200 | 12-10-2006 0000 | D/C: 12-07-2006 0957 |
| P | METAMUCIL PACKET | PSYLLIUM SEED | 400284306 | 1 PACKET | PO | QAM | 08-18-2006 1200 | 02-05-2007 0000 | D/C: 01-04-2007 0842 |
| P | METAMUCIL PACKET | PSYLLIUM SEED | 400284306 | 1 PACKET | PO | QAM | 08-18-2006 1200 | 01-20-2007 1300 | RENEW: 01-04-2007 0842 |
| P | ZANTAC (GEN.) 150MG TABLET | RANITIDINE HCL | 400410224 | 150 MG | PO | BID | 10-25-2006 1300 | 11-24-2006 1017 | RENEW: 11-21-2006 0135 |
| P | ZANTAC (GEN.) 150MG TABLET | RANITIDINE HCL | 400410224 | 150 MG | PO | BID | 10-25-2006 1300 | 01-20-2007 0000 | D/C: 01-04-2007 0842 |
| P | ZOLOFT 100MG TABLET | | | | | | | | RENEW: 05-03-2006 0132 |

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the ... condition or event ... business at or near the time ... in the ordinary course of Medical Services ...

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Social Svcs Sc          **Reason:** Treatment          **Date:** 06-14-2006 1543

**Resource:** Kirkpatrick, Kevin Sh1242***          **Cost:** $0.00

    **Notes:**

## Objective

## Orders

## Encounter Notes

**Entry Date:** 06-14-2006 1543          **Entered By:** KKIRKPSH,   KIRKPATRICK

Group Tx: I/P Attended Psychotherapeutic Group focused on Personal Control. Appropriate
Comments, Affect, and Behavior. Class exercise was review of REBT Model stressing distorted
thinking: demands: should, etc;. and evaluations: horrible, etc.
No handouts used. Interactive discussion focusing on ABC model applied to "giving a speech"; and
class example about GF criticizing him, predicting failure for the future during a p/c. Applied the model
to investigate underlying demands that led to his angry response: emotion and verbal behavior.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit
Medical Services Division, staff physicians, or persons acting under the control of either,

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Rnsc

**Reason:** Psu Daily

**Date:** 03-10-2006 2113

**Resource:**

**Cost:** $0.00

**Notes:**

## Objective

## Orders

## Encounter Notes

**Entry Date:** 03-10-2006 2113        **Entered By:** ROCONESH,   OCONER

S - " I feel better after taking my Vistaril."
O - Clear speech, coherent, good eye contact
A - High risk for self harm
He joined the group game and he participated. He took his medication after the game. He said, "I felt better after taking the Vistaril. He said last time he took his medication was long time ago. He said he only takes THC, Cocaine and alcohol on the street because he keeps moving around. He said, "I felt suicidal after I was arrested. I want to kill the police and everybody." He denies hearing voices and SI now.
P - Will continue to monitor his behavior every 15 minutes.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Social Svcs Sc          **Reason:** Psu Daily          **Date:** 03-20-2006 1615

**Resource:** Goodman, Martha Sh9098          **Cost:** $0.00

**Notes:**

## Objective

## Orders

## Encounter Notes

**Entry Date:** 03-20-2006 1615          **Entered By:** MGOODMSH,   GOODMAN

MTP 10 DAY REVIEW/UPDATE NOTE  Staff present: J. Naranjo, MD; M. Malay, LMFT; R. Sivalay, RN

Problem # 1 Alteration in mood AEB:  depressed affect and patient self report of depression; continues, although sleeping and eating WNL, as well as reporting mood improvement, patient requires prompts to attend Tx groups.

Problem # 2 Potential for self harm/suicide AEB:  SI expressed prior to admission; discontinued, patient denies current SI and contracts for safety, with prompts attends Tx groups, alert, oriented X3, directable, compliant with Rx and Tx, enjoys reading nonfiction.

Problem # 9 Substance abuse/dependence AEB:  Hx of substance dependence and current charges of possession/transport/sale of controlled substance; continues, patient does not openly discuss this issue in the presence of peers.

Problem #12 Discharge planning; continues, patient remains as voluntary on PSU with scheduled 3/23/06 court date.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

---

## Encounter Detail

**Type:** Rnsc                **Reason:** Psu Daily                **Date:** 03-10-2006 1543

**Resource:**                                                      **Cost:** $0.00

   **Notes:** PSU Admission Notes :

---

## Objective

---

## Orders

---

## Encounter Notes

**Entry Date:** 03-10-2006 1543          **Entered By:** ZCOLLASH;  COLLANTES

Nursing Admission Notes :
This is a 50 year old Black Male admitted to PSU on 5150 as DTS  by Dr Ordas . He voiced SI during arrest thus evaluated @ CMH & placed in safety @ VDF due to non availability of safety cell @ SDCJ . He continue to voiced SI , depressed & suicidal & not contracting for safety, that given the opportunity he will kill himself . Upon arrival  stated " I'm feeling much better now than yesterday ". " I was psychotic & made me suicidal "." I've  been in prison too long , I don't have families ". He is alert & oriented x 3, speech clear & coherent , good eye  contact , all memories are intact , intelligence to be of normal average, responds to  questions appropriately . He is still endorsing active suicidal thoughts that he given the opportunity he will do it . Mood depressed , feeling of helplessness & hopelessness , & some sleeping disturbances .Voiced  some paranoia but no disclosure of content , insight & judgment impaired , poor impulse control @ this time  . Admits to used of alcohol & drug used mainly coccaine .
Explained unit rules & regualtions , patient's rights , & advised of hold & DOJ regulations . Placed on SP monitoring Q 15 minutes , given a wool blanets & housed in B # 2 . Advised to seek staff if feelings of SI occur , verbalized understanding .

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

---

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

### Encounter Detail

#### Encounter Notes

**Entry Date:** 03-10-2006 0943        **Entered By:** MABIARSH,  ABIARO

Seen and evaluated by Psych in safety cell. To PSU today per Psychiatrist. First dose of Zoloft 50 mgs. given.

**Entry Date:** 03-10-2006 0823        **Entered By:** DORDASNS,  ORDAS

See J273.  Inmate voiced SI during arrest, was evaluated at CMH and placed in safety cell at VDF. He still will not contract for safety.  He states he is depressed and suicidal.  He is tired of life, drugs, arrest, etc.  He states that as soon as he gets an opportunity, he will kill himself.  Will transfer to SDCJ for further eval and tx.  Last year he took Zoloft, TDZ and Vistaril in jail.  He has not been taking it outside of jail.  He agreed to start Zoloft and Vistaril, but was convinced it won't change his mind to kill himself.

### Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

### Encounter Detail

**Type:** Psych Sc            **Reason:** Safety Cell            **Date:** 03-10-2006 0207

**Resource:** Ordas, Dennis Psychmd            **Cost:**

**Notes:** Safety cell placement, seen @ CMH 3/9 @2312.

### Diagnosis

Cocaine Dependence

Major Dprsv Disorder Recu

### Objective

### Instructions

PSU/WPSU                                        COMPLETE

### Orders

### Medications

**Type:** F        **Medication:** VISTARIL (GEN.) 25MG CAPSULE        **Rx #:**    700324984

**Status:** DISCONTINUED  **Strength:**        25 MG        **Rte:** PO        **Freq:** QHS

**Start Dt/Tm:** 03-10-2006 0829 **End Dt/Tm:** 03-24-2006 0828

**SNP:**                                        **Provider:** ORDAS , DENNIS

**Notes:**


**Type:** F        **Medication:** ZOLOFT 50MG TABLET        **Rx #:**    700324983

**Status:** RENEWED        **Strength:**    50 MG        **Rte:** PO        **Freq:** QAM

**Start Dt/Tm:** 03-10-2006 0829 **End Dt/Tm:** 04-09-2006 0828

**SNP:**                                        **Provider:** ORDAS , DENNIS

**Notes:**

---

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

### Encounter Notes

**Entry Date: 03-10-2006 0259**          **Entered By: RMARQUSH,   MARQUEZ**

Lying on his left side with safety garment on, observed to be moving feet on occasions. No facial expression of pain or discomfort, no response received when door was tapped or when name was called.

**Entry Date: 03-10-2006 0147**          **Entered By: RMARQUSH,   MARQUEZ**

Patient being booked at SDCJ and admitted to being suicidal. Brought to CMH and was cleared there, brought back to SDCJ but patient still won't contract for safety. Safety cell placement is indicated however no available cell in SDCJ thus was transferred here in VDF for safety cell placement. At intake, patient still admits to being suicidal. Claims he has underlying "mental health problems" and currently suffering from depression. Further stated he had attempted to SA by "jumping off a bridge" some time ago. Sworn staff notified of CMH recommendation, patient was escorted to safety cell by deputies without any use of force. Safety cell garment was provided and subsequently worn by patient. Checked @ 0145, patient lying on his left side with his eyes closed, no observed signs of distress or discomfort. Will continue to observe.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

### Encounter Notes

**Entry Date:** 03-10-2006 0732          **Entered By:** RARQUESH,   ARQUERO

Awake at this time with safety garment on, offered a cup of water and taken, complains of shoulder pain, able to walk around safety cell.

**Entry Date:** 03-10-2006 0626          **Entered By:** RARQUESH,   ARQUERO

Lying on his right side, safety garmet on, changed his position, breathing regular and unlabored.

**Entry Date:** 03-10-2006 0555          **Entered By:** RMARQUSH,   MARQUEZ

Has changed position since last check. Safety garment on, no response received to offer of water. NAD.

**Entry Date:** 03-10-2006 0500          **Entered By:** RMARQUSH,   MARQUEZ

Had breakfast, now lying on his right side with his head rested on the styrofoam tray, asleep.

**Entry Date:** 03-10-2006 0400          **Entered By:** RMARQUSH,   MARQUEZ

Remains in the same spot and position as when last checked, asleep. Garment on, no signs of distress or discomfort.

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Rnsc          **Reason:** Safety Cell          **Date:** 03-10-2006 0147

**Resource:** Marquez, Ronald Sh3575          **Cost:** $0.00

**Notes:** Placed @ 0137 from CMH

## Objective

### Vitals

**Vitals Dt/Tm:** 03-10-2006 0147 **Temp (°F):**   97.7 **Pulse:**   94 **Respiration:** 16

**Blood Pressure:** 130/78     **Wgt:** 147 **Hgt:** 5´9¨  **Provider:** MARQUEZ , RONALD

   **SNP:**

   **Notes:**

## Orders

### Encounter Notes

**Entry Date:** 03-10-2006 1348          **Entered By:** MABIARSH,   ABIARO

Taken out of the safety cell, calm and cooperative for transport to SDCJ PSU.

**Entry Date:** 03-10-2006 1251          **Entered By:** MABIARSH,   ABIARO

Awake, alert and verbal, wearing safety cell garment. Breathing even, unlabored. Declined offer of water.

**Entry Date:** 03-10-2006 1158          **Entered By:** RARQUESH,   ARQUERO

Lying on his left side, denied any discomfort at this time, breathing evenly and unlabored, wearing safety garment.

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## PSYCHIATRIC QUESTIONS

JIM:   100085814   Book #:  6704525       Book Dt/Tm:  03-10-2006 0116

Name(L,F,M,S): DAUGHTERY, WILLIAM, JOHN

DOB: 10-07-1955  Age: 52  Des.:  B   Sex: M  SSN: 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

Created Dt/Tm: 12-06-2007 1145       Created By:  ABIARO,MARY

Y        **Do you have any current psychiatric / mental health problems?**

      **Explain:** Depression

Y        **Do you have any previous mental health history?**

      **Explain:** Depression

Y        **Do you know your psychiatrist / clinic name?**

      **Explain:** in jail previously

N        **Any visual hallucinations?**

      **Explain:**

N        **Any auditory hallucinations?**

      **Explain:**

Y        **Any suicidal ideation?**

      **Explain:** currently in safety cell

N        **Any homicidal ideation?**

      **Explain:**

Y        **Any prior suicide attempts?**

      **Explain:** "in the past"

N        **Are you currently taking any psychiatric medications?**

    **Record in Med Screen**

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

## INMATE/PATIENT MEDICAL CARE REQUEST – Detention Facility Information

*[handwritten top right]* Type 4

**Patient Name** Daughtery William

**DOB** 10/07/55   ☑ Male   ☐ Female

**Booking No** 7735747

**SSN** 451 04 8591

**Hospital Medical Record No** _____

**Insurance** _____

**Primary Language if Other than English** _____

### SENDING DETENTION FACILITY

☐ SDCJ
Phone 619 615 2454
Fax   619 615 2450

☐ GBDF/EMDF
Phone 619 661 2789
Fax   619 661 2797

☐ LCDF
Phone 619 258 3200
Fax   619 258 3222

☐ VDF
Phone 760 940 4492
Fax   760 940 4533

☐ DDF
Phone 619 659 5540
Fax   619 659 5549

☐ SBDF
Phone 619 691 4746
Fax   619 691 4449

### MODE OF TRANSPORTATION

☑ Deputy Car   ☐ Ambulance/EMT   ☐ 911
☐ Security Level   3

**Special Instructions** _____

**Court Date** 6/20/07
**Calculated Release Date** _____

### DO NOT GIVE INMATE ANY DATES FOR FOLLOW UP VISITS

**REFERRAL TO** ☑ UCSD Clinic (specify) Opthal   ☐ UCSD ED

**NON-UCSD SPECIALTY CLINIC** ☐ Oral Surgery   ☐ Optometry   ☐ Other (Clinic or ED)

**Known Diagnosis(es)** ↑ (R) EYE INTRAOCUL PRESSURE

☐ NKA Allergies

**Medication(s)** _____

**REFERRAL REASON** *(Clinical Condition and Medical Justification for Off Site Evaluation)* Specify criteria of urgent medical necessity

Requests for specialty referrals are usually accommodated within a 4-week time frame  If referral is for less than the standard 4-week time frame, call (619) 471-9060   SEEN BY OPHTAL OUTSIDE, ↑ INTRAOCUL PRESSURE, ON (R) EYE

**FAXED ATTACHMENTS** ☐ Progress Notes   ☐ MAR   ☐ Lab/X-ray   ☐ EKG   ☐ Other _____
*For further information call the Charge Nurse*

| Referral Provider Signature | Today's Date | Nurse Signature | Today's Date |
|---|---|---|---|
| *[signature]* | 6/9/07 | D Barnes | 6-9-07 |
| **Print Name** DJELICB | **PID** J106 | **Print Name** D Barnes | **ARJIS** 9374 |

**CONTRACT OFFICE USE**   The contractor, or his representative, will receive this Request for Referral via facsimile, follow up appointment and coordinate with the Sheriff's Department Detentions Medical Facility

**APPOINTMENT DATE & TIME**
7/3/07 *[handwritten]*

**LOCATION OF APPOINTMENT**   ☐ Oral Surgery   ☐ Optometry
☐ UCSD Hillcrest
☐ OPC   ☐ ACC
☐ La Jolla   ☐ Perlman   ☐ Thornton   ☐ Moores Cancer Ctr   ☐ Shiley Eye
☐ Other UCSD Clinic
☐ Other Hospital/Clinic
**Estimated time frame for scheduled clinic/procedure/surgery** *[handwritten]* 15

**Instructions** _____

☐ Approved   ☐ Modified   ☐ Denied   ☐ Deferral   ☐ Pending for additional information

**Comments** _____

**Sheriff Custody Program Manager Signature** _____   **Date** _____

SAN DIEGO COUNTY SHERIFF S DEPARTMENT
MEDICAL SERVICES DIVISION
REQUEST FOR REFERRAL
Page 1 of 1

☐ DDF   ☐ GBDF/EMDF   ☐ LCDF   ☐ SBDF   ☐ SDCJ   ☐ VDF

Patient s Name   DAUGHTERY, WILLIAM
D O B   10/7/1955

Form J232A  Rev 10/06   7735747   6/9/2007

*[vertical text right margin]* The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division Medical Records Unit control of either, the ordinary course of Medical Services Division business at or near the time of the act, condition or event. San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the

**MEDICAL HISTORY**

☐ Currently Healthy
☐ Currently Ill  Describe _Rhronic ® shoulder / neck pain_

☐ Medications allergies   ☒ NKA  ☐ Current Medications  _3 Nof T soug + Am ?_
☐ As applicable - menstrual H/pregnancy/contraception  _trazodone 50mg 2 HS_
☒ Head trauma/seizures  ☐ None  _± LOC ⊕_  _lost + took meds_
_OS ≥ DO_  _a 1.5 months_

**RELEVANT FAMILY BACKGROUND**                              ☐ Unremarkable
Family Psychiatric History  _denied_
Mental Illness
Alcohol/Drug  _denied_
Academic Background  _completed 14-2·_   _14 v · college (4)_
Work History  _ex-military_

Marital History  _Divorced_
Children  _30 y/o daughter & 28 y/o son ._   _prison time = 13 yr_

**OBJECTIVE** Mental Status Evaluation

**APPEARANCE**  ☐ Well Groomed  ☐ Little care  ☒ Appropriate     **LOC**  ☒ Alert and awake  ☐ Drowsy  ☐ Stupor  ☐ Coma

**EYE CONTACT**  ☐ Good  ☒ Fair  ☐ Poor  ☐ None

**ATTITUDE**  ☒ Cooperative  ☐ Guarded  ☐ Non-disclosing  ☐ Hostile/Belligerent  ☐ Uncooperative

**BEHAVIOR**  ☒ Calm  ☐ Apprehensive  ☐ Agitated  ☐ Motor Retardation  ☐ Tearful  ☐ Withdrawn

Speech  ☒ Clear  ☐ Slurred  ☐ Slow  ☐ Pressured  ☐ Quiet  ☐ Rapid  ☐ Selectively Mute  ☐ Aphasic

Conversation  ☒ Spontaneous  ☐ Only in response to questions  ☐ Relevant  ☐ Irrelevant

**ORIENTED TO**  ☒ Person  ☒ Place  ☒ Month  ☒ Year  ☒ Situations  ☐ None

**MEMORY**  Immediate intact  ☒ Yes  ☐ No    Recent Intact  ☒ Yes  ☐ No    Remote Intact  ☒ Yes  ☐ No  _denied_

**PERCEPTUAL SYMPTOMS**  ☒ Normal  ☐ Hallucinations  ☐ Auditory  ☐ Visual  ☐ Olfactory  Explain _____

**DEPRESSIVE SYMPTOMS INCLUDING**

Sleep Disturbance  ☒ Yes  ☐ No      Eating Disturbance  ☐ Yes  ☒ No

Crying Spells  ☐ Yes  ☒ No      Feelings of Helplessness  ☐ Yes  ☒ No

Feelings of Hopelessness  ☐ Yes  ☒ No

**SUICIDE THINKING**  ☒ Denied  ☐ Passive  ☐ Active  ☐ Plan _____
Would you ask for help if you felt like hurting yourself?  ☒ Yes  ☐ No

**HOMICIDE THINKING**  ☒ Denied  ☐ Passive  ☐ Active  ☐ Plan  ☐ Intent

**AFFECT**  ☐ Appropriate  ☐ Inappropriate  ☐ Labile  ☐ Expansive  ☒ Constricted  ☐ Blunted  ☐ Angry

**MOOD**  ☐ Stable  ☐ Depressed  ☐ Anxious  ☐ Irritable  ☐ Elevated  ☒ Apathetic  ☐ Congruent  ☐ Incongruent

**THOUGHT PROCESSES**  ☒ Intact  ☐ Concrete  ☐ Abstract  ☐ Thought Blocking  ☐ Circumstantial
☐ Disorganized  ☐ Loose Association  ☐ Tangential  ☐ Flight of ideas  ☐ Slow hesitant

**THOUGHT CONTENT**  ☒ Appropriate to situation  ☐ Grandiose  ☐ Obsessions  ☐ Compulsions  ☐ Paranoia  ☐ Delusions  ☐ Impoverished

**IMPULSE CONTROL**  ☐ Good  ☒ Fair  ☐ Poor

**JUDGEMENT**  ☐ Intact  ☐ Impaired  ☒ Mild  ☐ Moderate  ☐ Severe    **INSIGHT**  ☐ Good understanding  ☐ Adequate  ☒ Partial recognition  ☐ Poor

**MOTIVATION FOR TREATMENT**  ☐ Excellent  ☐ Good  ☒ Fair  ☐ Poor

Psychiatrist Signature  _[signature]_    Date and Time _5/17/07 1400_

_Discussed & pt need re sleep Hs of med R/ os well_
_alternative Rx options; nature of Rx Rx; risks/benefits of_
_not receiving such Rx - pt acknowledged above +_
_agreed c Rx plan._

☐ DDF  ☐ GBDF/EMDF  ☐ LCDF  ☐ SBDF  ☒ SDCJ  ☐ VDF

Patient's Name  _Daughter & williams_

DOB

Booking Number

Date (MM DD YY)

_The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition, or event._

**San Diego County Sheriff's Department Medical Records Unit**



The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

**INVOLUNTARY PATIENT ADVISEMENT**
**(TO BE READ AND GIVEN TO THE PATIENT AT TIME OF ADMISSION)**

| Name of Facility | SDCJ PSY | |
|---|---|---|
| Patient's Name | DAUGHTERY, WILLIAM | Admission Date |

Section 5157 (c) and (d) of the Welfare and Institutions Code (W & I) requires that each person admitted for 72-hour evaluation be given specific information orally and in writing, and a record of the advisement be kept in the patient's medical record.

My name is _____ ZAYDA _____

My position here is _____ RN _____

You are being placed in this psychiatric facility because it is the opinion of the professional staff, that as a result of a mental disorder, you are:  (check applicable)

Dangerous to yourself _____ ✓ _____

Dangerous to others _____

Gravely Disabled (unable to
provide for your own food
clothing or shelter) _____

*(Document specific evidence which substantiates reason for hold):*

We feel this is true because _verbalized suicidal ideation would not contract for safety, as soon as you get the opportunity you will kill himself_

You will be held for a period of up to 72 hours.  This  (does not)  (does) include weekends or holidays.
Your 72-hour period will begin: _0820   3/10/06_  (Time and Date)

Your 72-hour evaluation and treatment period will end at: _0820   3/13/06_  (Time and Date)

During these 72 hours you will be evaluated by the hospital staff, and the treatment you receive may include medications.  It is possible for you to be released before the end of the 72 hours, but if the professional staff decide that you need continued treatment, you can be held for a longer period of time.  If you are held longer than 72 hours, you have the right to a lawyer and a qualified interpreter and a hearing before a judge.  If you are unable to pay for the lawyer, then one will be provided free.

State law presumes you to be competent regardless of whether you have been evaluated or treated for mental disorder as a voluntary or involuntary patient.

| Good Cause for Incomplete Advisement | | Date | |
|---|---|---|---|
| Advisement Completed By  3. Collazes | Position  RN | Date  3/10/06 | |

Original to the Patient
Copy to Patient's Record

☐ DDF  ☐ GBDF/EMDF  ☐ LCDF  ☐ SBDF  ☐ SDCJ  ☐ VDF

Patient's Name:  DAUGHTERY, WILLIAM

D.O.B.:  10/7/1955

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under contract of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

| | |
|---|---|
| Reason for Safety Cell Placement: DTS/DTO | Date and Time |

**SUBJECTIVE** Chief complaint and precipitating event: If I go back in there (2-B) I will grab someone by the windpipe and stomp on them I'd rather be dead than live by someone else's rules

| HISTORY: Previous self-injury/violence/suicide attempt | Pt. just transferred from | ☐ Denied |
|---|---|---|
| Previous psychiatric outpatient treatment History | CCF to GBDF yesterday | ☐ Denied |
| Previous psychiatric hospitalization: | he had been on 6th floor. He immediately didn't like 2-B | ☐ Denied |
| Drug/alcohol abuse history. Describe: (see prior eval) | & became loud, agitated, + | |

threatening to point he had to be placed in the safety cell. Pt. still making open threats to hurt others.

**OBJECTIVE** Mental Status Evaluation:

**APPEARANCE:** ☐ Well Groomed ☐ Little care ☑ Appropriate   **L.O.C.:** ☑ Alert and awake ☐ Drowsy ☐ Stupor ☐ Coma

**EYE CONTACT:** ☐ Good ☑ Fair ☐ Poor ☐ None

**ATTITUDE:** ☑ Cooperative ☐ Guarded ☐ Non-disclosing ☐ Hostile/Belligerent ☐ Uncooperative

**BEHAVIOR:** ☐ Calm ☑ Apprehensive ☐ Agitated ☐ Motor Retardation ☐ Tearful ☐ Withdrawn

**Speech:** ☑ Clear ☐ Slurred ☐ Slow ☐ Pressured ☐ Quiet ☐ Rapid ☐ Selectively Mute ☐ Aphasic

**Conversation:** ☑ Spontaneous ☐ Only in response to questions ☑ Relevant ☐ Irrelevant

**ORIENTED TO:** ☑ Person ☑ Place ☑ Month ☑ Year ☑ Situations ☐ None

**MEMORY:** Immediate intact ☑ Yes ☐ No   Recent intact: ☑ Yes ☐ No   Remote Intact ☑ Yes ☐ No

**PERCEPTUAL SYMPTOMS:** ☑ Normal ☐ Hallucinations ☐ Auditory ☐ Visual ☐ Olfactory Explain: _____

**DEPRESSIVE SYMPTOMS INCLUDING:**

Sleep Disturbance ☐ Yes ☑ No    Eating Disturbance ☐ Yes ☑ No

Crying Spells ☐ Yes ☑ No    Feelings of Helplessness ☐ Yes ☑ No

Feelings of Hopelessness ☐ Yes ☑ No

**SUICIDE THINKING:** ☐ Denied ☑ Passive ☐ Active ☐ Plan   thoughts of death but no SI or plan to hurt s___

Would you ask for help if you felt like hurting yourself? ☑ Yes ☐ No

**HOMICIDE THINKING:** ☐ Denied ☐ Passive ☑ Active ☑ Plan ☑ Intent

**AFFECT:** ☑ Appropriate ☐ Inappropriate ☐ Labile ☐ Expansive ☐ Constricted ☐ Blunted ☐ Angry

**MOOD:** ☐ Stable ☐ Depressed ☑ Anxious ☑ Irritable ☐ Elevated ☐ Apathetic ☐ Congruent ☐ Incongruent

**THOUGHT PROCESSES:** ☑ Intact ☐ Concrete ☐ Abstract ☐ Thought Blocking ☐ Circumstantial

☐ Disorganized ☐ Loose Association ☐ Tangential ☐ Flight of ideas ☐ Slow, hesitant

**THOUGHT CONTENT:** ☑ Appropriate to situation ☐ Grandiose ☐ Obsessions ☐ Compulsions ☐ Paranoia ☐ Delusions ☐ Impoverished

**IMPULSE CONTROL:** ☐ Good ☐ Fair ☑ Poor

**JUDGEMENT:** ☐ Intact ☑ Impaired ☐ Mild ☑ Moderate ☐ Severe   **INSIGHT:** ☐ Good understanding ☐ Adequate ☐ Partial recognition ☑ Poor

**MOTIVATION FOR TREATMENT:** ☐ Excellent ☐ Good ☑ Fair ☐ Poor

**OBJECTIVE** (Narrative Notes):
(Use Form 239B for additional notes.)

| DIAGNOSIS(ES) Including Codes MDD | GAF: 22 | DSM IV CODE(S): 296.32 |
|---|---|---|

**MEDICATIONS:** List current medications being taken and dosage:
Zoloft 100 mg q AM,  Vistaril 100 mg q HS

**PLAN:** ☐ Cleared to Mainline with Psych follow-up ☐ Psych Housing ☐ PSU Admission ☐ Voluntary ☐ Involuntary WIC 5150)
☐ Cleared to Mainline without Psych follow-up ☐ Cleared to Sheriff Department (B&R) ☐ Cleared to classification
☐ Contracted for Safety ☐ Yes ☐ No ☑ Continue to observe ☐ Obtain UBH History
**MEDICATIONS:** ☐ Continue after verified per Policy ☐ Expected benefit, risks, side effects, alternatives discussed
☐ Schedule follow up appointment in Psych OP clinic ☐ 2-3 Days ☐ 1-2 weeks ☐ 4 weeks ☐ Other _____
☐ Refer to Social Worker ☐ Refer to RN to assess for ETOH/substance withdrawal ☐ Refer to RN to verify meds and dosage ☐ Refer to MD sick call

| Psychiatrist/Psychologist Signature: _Gregory P Bishop_ | Date and Time 8/25/06 |
|---|---|

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
PSYCHIATRY SAFETY CELL EVALUATION
Page 1 of 1

☐ DDF ☑ GBDF/EMDF ☐ LCDF ☐ SBDF ☐ SDCJ ☐ VDF

Patient's Name: Daugherty, Wm

D.O.B: 10/7/55

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division and the original of it is under the control of the San Diego County Sheriff's Department Medical Services Division business at or near the time of the act, condition or event.

Court Date(s) (If Known)     Charges/Legal:
UBH ☐ Yes ☐ No

**SUBJECTIVE**/Patient Report or 3rd Party Statements _Reports distress to for legal circumstances. concern about going to prison._

**Previous Psychiatric Care:** ☐ Yes ☐ No  If yes, explain _see chart_

**Drug/Alcohol Abuse History:**
Illicit Drug Use: ☐ Yes ☐ No  Last Use – Frequency and Type _see chart_
Alcohol Use: ☐ Yes ☐ No  Last Drink – Frequency and Type _see chart_

**OBJECTIVE** Mental Status Evaluation:
**APPEARANCE:** ☐ Well Groomed ☐ Little care ☑ Appropriate  **L.O.C.:** ☑ Alert and awake ☐ Drowsy ☐ Stupor ☐ Coma
**EYE CONTACT:** ☐ Good ☑ Fair ☐ Poor ☐ None
**ATTITUDE:** ☑ Cooperative ☐ Guarded ☐ Non-disclosing ☐ Hostile/Belligerent ☐ Uncooperative
**BEHAVIOR:** ☑ Calm ☐ Apprehensive ☐ Agitated ☐ Motor Retardation ☐ Tearful ☐ Withdrawn
  Speech: ☑ Clear ☐ Slurred ☐ Slow ☐ Pressured ☐ Quiet ☐ Rapid ☐ Selectively Mute ☐ Aphasic
  Conversation: ☑ Spontaneous ☐ Only in response to questions ☐ Relevant ☐ Irrelevant
**ORIENTED TO:** ☑ Person ☑ Place ☑ Month ☑ Year ☑ Situations ☐ None
**MEMORY:** Immediate intact ☑ Yes ☐ No  Recent intact: ☑ Yes ☐ No  Remote intact: ☑ Yes ☐ No
**PERCEPTUAL SYMPTOMS:** ☑ Normal ☐ Hallucinations ☐ Auditory ☐ Visual ☐ Olfactory  Explain: _ø_
**DEPRESSIVE SYMPTOMS INCLUDING:**
  Sleep Disturbance ☑ Yes ☐ No  Eating Disturbance ☐ Yes ☑ No
  Crying Spells ☐ Yes ☑ No  Feelings of Helplessness ☐ Yes ☑ No
  Feelings of Hopelessness ☐ Yes ☑ No
**SUICIDE THINKING:** ☑ Denied ☐ Passive ☐ Active ☐ Plan
  Prior Suicide Attempts/Gestures: ☐ Yes ☐ No  How/When: _See chart_
  Would you ask for help if you felt like hurting yourself? ☑ Yes ☐ No
**HOMICIDE THINKING:** ☑ Denied ☐ Passive ☐ Active ☐ Plan ☐ Intent
**AFFECT:** ☐ Appropriate ☐ Inappropriate ☐ Labile ☐ Expansive ☑ Constricted ☐ Blunted ☐ Angry
**MOOD:** ☐ Stable ☐ Depressed ☐ Anxious ☐ Irritable ☐ Elevated ☐ Apathetic ☑ Congruent ☐ Incongruent
**THOUGHT PROCESSES:** ☑ Intact ☐ Concrete ☐ Abstract ☐ Thought Blocking ☐ Circumstantial
  ☐ Disorganized ☐ Loose Association ☐ Tangential ☐ Flight of ideas ☐ Slow, hesitant
**THOUGHT CONTENT:** ☑ Appropriate to situation ☐ Grandiose ☐ Obsessions ☐ Compulsions ☐ Paranoia ☐ Delusions ☐ Impoverished
**IMPULSE CONTROL:** ☐ Good ☑ Fair ☐ Poor
**JUDGEMENT:** ☐ Intact ☐ Impaired ☑ Mild ☐ Moderate ☐ Severe
**INSIGHT:** ☐ Good understanding ☐ Adequate ☑ Partial recognition ☐ Poor ☐ Denied
**MOTIVATION FOR TREATMENT:** ☐ Excellent ☐ Good ☑ Fair ☐ Poor

Patient Compliant with Medication ☑ Yes ☐ No ☐ Unknown  Side Effects of Medication ☑ None ☐ Yes (List) _____

Treatment Response ☐ None ☐ Minimal ☑ Fair ☐ Good ☐ Excellent

**PLAN:** New medication _Zoloft, see below_  Medication(s) Prescribed: (Include dose and frequency) _Zoloft 50mg/am, Vistaril/hs_

☑ Expected benefit, risks, side effects, alternatives discussed
☑ Given written information regarding medications
☑ Informed consent signed

☐ No prescribed medication
☐ Admit to PSU/WPSU ☐ Cleared to ____
☑ Schedule follow up appointment in Psychiatric OP clinic
☐ Severe (STAT<24 hrs) ☐ Urgent (1-3 days)
☐ Non-urgent (1 or 2 weeks) circle one
☐ Greater than 2 weeks (indicate weeks)

**Clinician's Signature:** _____  **Title:** ☐ Physician ☐ Nurse ☐ Det. Lic. M. H. Clinician

**Date and Time:** 2/8/06 1555

**DIAGNOSIS (ES)** (For Physician's use only, including codes) _____  **DSM IV CODE (S)** _311/w/r: 304.80_

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
PSYCHIATRIC OUTPATIENT EVALUATION FORM
Page 1 of 1

☐ DDF ☐ GBDF/EMDF ☐ LCDF ☐ SBDF ☑ SDCJ ☐ VDF
Patient's Name: _Daughterg, William_
D.O.B.: _10-7-55_

6 7 0 4 5 2 5

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division staff physicians, technicians or nurses acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Social Svcs Sc    **Reason:** Treatment    **Date:** 03-22-2006 1409

**Resource:** Tapia, Gilbert Sh9503***    **Cost:** $0.00

**Notes:** COLLATERAL

## Objective

## Orders

## Encounter Notes

**Entry Date:** 03-22-2006 1409    **Entered By:** GTAPIASH,   TAPIA

COLLATTERAL: I/P Spoke with Masako of New Vistas re: I/P's request for records showing the start and end dates of  I/P's
residential treatment during the year. Masako said that she would fax what they have after receiving a fax of the release order from the I/P.Fax: 619-239-3045. Fax complete 3/22/06

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

### Encounter Detail

**Type:** Rnsc                    **Reason:** Treatment                    **Date:** 03-22-2006 1201

**Resource:** Tapia, Gilbert Sh9503***                    **Cost:** $0.00

**Notes:** INDIVIDUAL: I/P has requested this writer contact New Vistas Crisis house for the dates of his treatment to verify that he did not wilfully fail to appear in Court. Also said that his atty. of record Ken Kaminski

### Objective

### Orders

### Med Alerts

San Diego County Sheriff's Department Medical Records Unit

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Rnsc                **Reason:** Safety Cell                **Date:** 05-14-2007 1152

**Resource:**                                              **Cost:** $0.00

**Notes:** safety cell placement

## Subjective

**Entry Date:** 05-14-2007 1152        **Entered By:** MSINGKSH,  SINGKEE

" I want to kill myself by hanging with a sheet" from outside triage.

## Objective

### Vitals

**Vitals Dt/Tm:** 05-14-2007 1154 **Temp (°F):**   97.2 **Pulse:**    63  **Respiration:** 18

**Blood Pressure:** 137/86     **Wgt:**      **Hgt:** 5´9 "  **Provider:** SINGKEE , MADTAHA

**SNP:**

**Notes:**

## Instructions

| | |
|---|---|
| PSYCH MAINLINE | COMPLETE |
| PSYCH HOLD | COMPLETE |

## Orders

## Encounter Notes

**Entry Date:** 05-16-2007 1031        **Entered By:** EPUSUNSH,  PUSUNG

Cleared from the safety cell to psych ML with f/u in 1-2 days.  Med and psych screening completed.
ROI from "Dr. Donna Mills, Areta Crowell" signed and forwarded to MRU.

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Rnsc                    **Reason:** Transfer              **Date:** 08-23-2006 2350

**Resource:**                                                      **Cost:** $0.00

    **Notes:** Administrative transfer to GBDF.

## Objective

## Orders

### Encounter Notes

**Entry Date:** 08-24-2006 2033          **Entered By:** PCORRASH,   CORRALES

Transferred from SDCJ with current electronic MAR / scheduled Psych s/c. on next avail. s/c.

**Entry Date:** 08-23-2006 2350          **Entered By:** MVIVIESH,   VIVIER

Pls note psych f/u.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

## Encounter Detail

**Type:** Rnsc          **Reason:** Safety Cell          **Date:** 08-24-2006 1412

**Resource:** Tolentino, Liberty Sh3970          **Cost:** $0.00

**Notes:** safety cell

## Subjective

**Entry Date:** 08-24-2006 1412          **Entered By:** LTOLENSH,  TOLENTINO

"I want to hurt myself or somebody."

## Objective

### Vitals

**Vitals Dt/Tm:** 08-24-2006 1413 **Temp (°F):**   98.1 **Pulse:**   80  **Respiration:** 20
**Blood Pressure:** 131/86    **Wgt:**        **Hgt:** 5´9 "  **Provider:** TOLENTINO , LIBERTY
         **SNP:**
         **Notes:**


**Vitals Dt/Tm:** 08-26-2006 1533 **Temp (°F):**     .0 **Pulse:**   84  **Respiration:** 20
**Blood Pressure:** 125/68    **Wgt:**        **Hgt:** 5´9 "  **Provider:** ALOTA , ZENAIDA
         **SNP:**
         **Notes:**

## Orders

### Encounter Notes

**Entry Date:** 08-26-2006 1058          **Entered By:** LPOYUZSH,  POYUZINA

Late entry - 0900 Seen by Psych and cleared from safety cell.
Out of safety cell @0941

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

---

## Encounter Detail

### Medications

| | | | |
|---|---|---|---|
| **Type:** F | **Medication:** MOTRIN (GEN.) 600MG TABLET | **Rx #:** | 400337594 |
| **Status:** DISCONTINUED | **Strength:** 600 MG | **Rte:** PO | **Freq:** STAT |

**Start Dt/Tm:** 09-16-2006 1208 **End Dt/Tm:** 09-16-2006 1347

**SNP:** **Provider:** GOLDSTEIN , EARL

**Notes:**

---

### Encounter Notes

**Entry Date:** 09-16-2006 1215          **Entered By:** LKARRASH,   KARRAM

Addendum: Requesting to see Psych, denies SI/HI, calm, answered questions appropriately with good eye contact. Has pending Psych Sc on 09-24-06. Advised any changes in condition notify medical. Verbalized understanding.

**Entry Date:** 09-16-2006 1209          **Entered By:** LKARRASH,   KARRAM

Seen in RNSC with c/o HA and requesting to see Psych. Alert & oriented x 3. Respiration even and unlabored. Claims headache started on March, when he got hit on the head as claimed. PERRLA. Advised if sx persists notify medical. Verbalized understanding. MDSC in Am.

### Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

---

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

---

## Encounter Detail

**Type:** Rnsc                  **Reason:** Exam                  **Date:** 10-18-2006 0054

**Resource:** Tumalad, Leonida Sh9840                            **Cost:** $0.00

**Notes:** "Head injuries/headache/internal gastro intestinal""10/26-same req/meds""10/28-same req/jock itch"

## Objective

---

## Orders

---

### Encounter Notes

**Entry Date:** 11-07-2006 1152          **Entered By:** LTUMALSH,   TUMALAD

I/P requesting for his medications to be renewed, also requesting to know more information about his MRI, I/P will not divulge any information about his medical complaints and condition, will sched for MDSC as per his request.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

---

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

**Type:** Mdsc          **Reason:** 01- Follow-up          **Date:** 09-27-2006 0846

**Resource:** Gill, John Ppmd          **Cost:**

**Notes:** recheck headache 10/14 LDS 9/27/06; R/S fr. 10/19 d/t overflow.R/S from 10/22/06 due to refusal.

## Objective

### Vitals

**Vitals Dt/Tm:** 10-25-2006 1012 **Temp (°F):**   97.3 **Pulse:**   61 **Respiration:**

**Blood Pressure:** 170/86     **Wgt:** 179 **Hgt:** 5´9 "  **Provider:** KARRAM , LULU

**SNP:**

**Notes:**

## Orders

### Medications

**Type:** F          **Medication:** ZANTAC (GEN.) 150MG TABLET          **Rx #:**     400410224

**Status:** RENEWED     **Strength:**     150 MG     **Rte:** PO     **Freq:** BID

**Start Dt/Tm:** 10-25-2006 1018 **End Dt/Tm:** 11-24-2006 1017

**SNP:**                              **Provider:** GILL , JOHN

**Notes:**


**Type:** F          **Medication:** ZANTAC (GEN.) 150MG TABLET          **Rx #:**     400410224

**Status:** DISCONTINUED **Strength:**     150 MG     **Rte:** PO     **Freq:** BID

**Start Dt/Tm:** 11-21-2006 1335 **End Dt/Tm:** 01-20-2007 0000

**SNP:**                              **Provider:** ADAMS , JAMES

**Notes:**

## Encounter Notes

**Entry Date:** 10-25-2006 1039          **Entered By:** ZALOTASH,   ALOTA

Referral with UCSD Radiology Clinic for f/u Head CT s/p head Injury  was faxed to Sheri Giddings, UCSD Custody program Manager for approval.

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit staff physicians, or persons acting under the control of either,

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

### Encounter Notes

**Entry Date:** 10-25-2006 1011          **Entered By:** JGILLXSH,   GILL

S- recheck headache, injury 3/06 during arrest with LOC, sleep disturbances, never seen at hospital.
Now c/o head injury. Denies med dis. 1ppd. Cocaine, no Etoh.
O- EOMI, PERLA, TM-clear, abdomen soft with epigastric tenderness, active BS, anxious
A- gastritis, head injury with headaches
P- head CT, Zantac

**Entry Date:** 10-22-2006 1618          **Entered By:** NVILLASH,   VILLARTA

Not seen due to security reason,rescheduled.

**Entry Date:** 10-14-2006 1746          **Entered By:** LKARRASH,   KARRAM

R/s'd as per provider request.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit
staff physicians, or persons acting under the

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

### Encounter Detail

#### Encounter Notes

**Entry Date:** 11-11-2006 1032          **Entered By:** SBUCHENS,   BUCHERT

psych s/c- admits having nightmares all the time and remebers them otherwise doing well, ard 12/21

plan
1) increase trazadone to 100mgpoqhs
2) renew zoloft 100 mgttpoqam
30 RTC 4 WEEKS

### Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

| DATE & TIME | COMPLAINT/TREATMENT RECEIVED | BY WHOM |
|---|---|---|
| 3/11/06 | Q MD RN | MD / RN / LVN |
| 1:30 | S: pt c/o "bad dreams, nightmares" of | MD / RN / LVN |
| | "would've, could've, should've" but vague | MD / RN / LVN |
| | w/ content + details. pt's main c/o is | MD / RN / LVN |
| | shoulder pn 2° "the police choked + beat me | MD / RN / LVN |
| | up." angry b/c of police behavior. | MD / RN / LVN |
| | claims still a "suicidal" b/c "ain't | MD / RN / LVN |
| | worth living if I'm treated like that | MD / RN / LVN |
| | (beating)." c/o "nobody cares" | MD / RN / LVN |
| | c/o "voices" telling him he was a "coward, | MD / RN / LVN |
| | punk" for letting police beat him up | MD / RN / LVN |
| | | MD / RN / LVN |
| | MSE | MD / RN / LVN |
| | app - A&O×3, NAD | MD / RN / LVN |
| | behav - fair eye contact, tends to avoid eye | MD / RN / LVN |
| | contact when disc SI; AH; vague w/ details | MD / RN / LVN |
| | att - some evasiveness when | MD / RN / LVN |
| | pushed for details | MD / RN / LVN |
| | SP NVC | MD / RN / LVN |
| | mood angry | MD / RN / LVN |
| | affect congr | MD / RN / LVN |
| | TC (D) SI/HI? | MD / RN / LVN |
| | TP 103 GP | MD / RN / LVN |
| | | MD / RN / LVN |
| | | MD / RN / LVN |
| | ↓ | MD / RN / LVN |
| | | MD / RN / LVN |

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
**PROGRESS NOTES**
Page 1 of 1

☐ DDF  ☐ GBDF/EMDF  ☐ LCDF  ☐ SBDF  ☐ SDCJ  ☐ VDF

Patient's Name: DAUGHTERY, WILLIAM

D.O.B. 10/7/1955



# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

## Encounter Detail

### Encounter Notes

**Entry Date:** 11-26-2006 1442          **Entered By:** MBJELINS,   BJELICA

Pt is a 51 y/o man with PMH of headaches for several years, negative recent brain CT, comes to clinic asking about migraine treatment. He states that gets headaches ~2 times per month. The symptoms he described when he has headaches sound like migraine headaches. Asymptomatic.
AOx3, comfortable. Vitals noted. Nl gait. No neurological deficits noted.
Plan: Stop Motrin and Naprosyn
       Start Imitrex 50 mg PRN.

## Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

| Court Date(s) (If Known) | Charges/Legal: ~~Sales~~ |
|---|---|
| UBH ☒ Yes  ☐ No | & posession |

**SUBJECTIVE**/Patient Report or 3rd Party Statements _____

admits having nightmares
& remembers them,
admit new onset nightmares

**Previous Psychiatric Care:** ☐ Yes  ☐ No  If yes, explain
see initial

**Drug/Alcohol Abuse History:**
Illicit Drug Use: ☐ Yes  ☐ No  Last Use – Frequency and Type
Alcohol Use: ☐ Yes  ☐ No  Last Drink – Frequency and Type

**OBJECTIVE** Mental Status Evaluation:
**APPEARANCE:** ☐ Well Groomed ☐ Little care ☒ Appropriate  **L.O.C.:** ☒ Alert and awake ☐ Drowsy ☐ Stupor ☐ Coma
**EYE CONTACT:** ☒ Good ☐ Fair ☐ Poor ☐ None
**ATTITUDE:** ☒ Cooperative ☐ Guarded ☐ Non-disclosing ☐ Hostile/Belligerent ☐ Uncooperative
**BEHAVIOR:** ☒ Calm ☐ Apprehensive ☐ Agitated ☐ Motor Retardation ☐ Tearful ☐ Withdrawn
Speech: ☒ Clear ☐ Slurred ☐ Slow ☐ Pressured ☐ Quiet ☐ Rapid ☐ Selectively Mute ☐ Aphasic
Conversation: ☒ Spontaneous ☐ Only in response to questions ☐ Relevant ☐ Irrelevant
**ORIENTED TO:** ☒ Person ☒ Place ☒ Month ☒ Year ☒ Situations ☐ None
**MEMORY:** Immediate intact ☒ Yes ☐ No  Recent Intact: ☒ Yes ☐ No  Remote Intact: ☒ Yes ☐ No
**PERCEPTUAL SYMPTOMS:** ☒ Normal ☐ Hallucinations ☐ Auditory ☐ Visual ☐ Olfactory Explain: _____
**DEPRESSIVE SYMPTOMS INCLUDING:**
Sleep Disturbance ☒ Yes ☐ No   Eating Disturbance ☐ Yes ☒ No
Crying Spells ☐ Yes ☒ No   Feelings of Helplessness ☐ Yes ☒ No
Feelings of Hopelessness ☐ Yes ☒ No
**SUICIDE THINKING:** ☒ Denied ☐ Passive ☐ Active ☐ Plan _____
Prior Suicide Attempts/Gestures: ☐ Yes ☐ No  How/When: _____
Would you ask for help if you felt like hurting yourself? ☒ Yes ☐ No
**HOMICIDE THINKING:** ☒ Denied ☐ Passive ☐ Active ☐ Plan ☐ Intent
**AFFECT:** ☐ Appropriate ☐ Inappropriate ☐ Labile ☐ Expansive ☒ Constricted ☐ Blunted ☐ Angry
**MOOD:** ☐ Stable ☒ Depressed ☐ Anxious ☐ Irritable ☐ Elevated ☐ Apathetic ☐ Congruent ☐ Incongruent
**THOUGHT PROCESSES:** ☒ Intact ☐ Concrete ☐ Abstract ☐ Thought Blocking ☐ Circumstantial
☐ Disorganized ☐ Loose Association ☐ Tangential ☐ Flight of ideas ☐ Slow, hesitant
**THOUGHT CONTENT:** ☒ Appropriate to situation ☐ Grandiose ☐ Obsessions ☐ Compulsions ☐ Paranoia ☐ Delusions ☐ Impoverished
**IMPULSE CONTROL:** ☒ Good ☐ Fair ☐ Poor
**JUDGEMENT:** ☒ Intact ☐ Impaired ☐ Mild ☐ Moderate ☐ Severe
**INSIGHT:** ☒ Good understanding ☐ Adequate ☐ Partial recognition ☐ Poor ☐ Denied
**MOTIVATION FOR TREATMENT** ☒ Excellent ☐ Good ☐ Fair ☐ Poor
Patient Compliant with Medication ☒ Yes ☐ No ☐ Unknown   Side Effects of Medication ☒ None ☐ Yes (List)

Treatment Response ☐ None ☐ Minimal ☐ Fair ☒ Good ☐ Excellent

**PLAN:** New medication
① ↑ ↑ BD 1000 QHS

☐ Expected benefit, risks, side effects, alternatives discussed
☐ Given written information regarding medications
☐ Informed consent signed

**Medication(s) Prescribed:** (Include dose and frequency)
② review Zoloct 100mg QAM

☐ No prescribed medication
☐ Admit to PSU/WPSU ☐ Cleared to _____
☐ Schedule follow up appointment in Psychiatric OP clinic
☐ Severe (STAT<24 hrs) ☐ Urgent (1-3 days)
☐ Non-urgent (1 or 2 weeks) circle one
☐ Greater than 2 weeks (indicate weeks)

**Clinician's Signature:**
☒ Physician ☐ Nurse ☐ Det. Lic. M. H. Clinician

Title:  Buchert MS

Date and Time: 11/11/06

**DIAGNOSIS (ES)** (For Physician's use only, including codes)
304.2, 296.31, 296.32

DSM IV CODE (S)

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
PSYCHIATRIC OUTPATIENT EVALUATION FORM
Page 1 of 1

☐ DDF ☒ BDF/EMDF ☐ LCDF ☐ SBDF ☐ SDCJ ☐ VDF
Patient's Name: William Daughtey
D.O.B.: 10/7/55

Form J275  Rev 1/04

Booking Number: 6704525

Date (MM-DD-YY): 11-11-06

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

### Encounter Detail

#### Encounter Notes

**Entry Date:** 09-27-2006 0943        **Entered By:** ZALOTASH,  ALOTA

Seen by Dr. Gill in MDSC, orders and f/u noted.   Naprosyn 500mg given PO.

**Entry Date:** 09-27-2006 0836        **Entered By:** JGILLXSH,  GILL

S- 6 mos Eval Headache, states he was beaten by a flashlight during his arrest 6 mos. Begins in neck and radiates to temples, no vomiting, aura
O- EOMI, PERLA, Fundi benign, TM throat clear, neck supple but tense a C1-2, A&O x 3
A- muscle tension HA
P- naprosen
O-

### Med Alerts

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

## INMATE/PATIENT MEDICAL CARE REQUEST – Detention Facility Information

**Patient Name:** Daughtry, William

**DOB:** 10-07-55  ☑ Male  ☐ Female

**Booking No.** 6704325

**SSN** 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

**Hospital Medical Record No.** _____

**Insurance:** _____

**Primary Language if Other than English:** _____

**SENDING DETENTION FACILITY:**

☐ SDCJ  
Phone: 619 615 2454  
Fax:    619 615 2450

☑ GBDF/EMDF  
Phone: 619 661 2789  
Fax:    619 661 2797

☐ LCDF  
Phone: 619 258 3200  
Fax:    619 258 3222

☐ VDF  
Phone: 760 940 4492  
Fax:    760 940 4533

☐ DDF  
Phone: 619 659 5540  
Fax:    619 659 5549

☐ SBDF  
Phone: 619 691 4746  
Fax:    619 691 4449

**MODE OF TRANSPORTATION:**

☐ Deputy Car  ☐ Ambulance/EMT  ☐ 911

☐ Security Level: 3

**Court Date:** 11/14/06

**Calculated Release Date:** _____

**Special Instructions:** _____

### DO NOT GIVE INMATE ANY DATES FOR FOLLOW UP VISITS

**REFERRAL TO:** ☐ UCSD Clinic (specify): Radiology  ☐ UCSD ED
**NON-UCSD SPECIALTY CLINIC:** ☐ Oral Surgery  ☐ Optometry  ☐ Other (Clinic or ED): Radiology

**Known Diagnosis(es):** Head Injury & Headaches, CLOC  ☑ NKA Allergies:

**Medication(s):** Zantac, Metamucil, Vistaril, Zoloft, Doxepin MVI

**REFERRAL REASON:** *(Clinical Condition and Medical Justification for Off-Site Evaluation)* Specify criteria of urgent medical necessity.

**Requests for specialty referrals are usually accommodated within a 4-week time frame. If referral is for less than the standard 4-week time frame, call (619) 471-9060.** Needs Head CT    Non contrast

**FAXED ATTACHMENTS:** ☐ Progress Notes  ☐ MAR  ☐ Lab/X-ray  ☐ EKG  ☐ Other: _____
*For further information call the Charge Nurse*

| Referral Provider Signature | Today's Date 10/28/6 | Nurse Signature | Today's Date 10/28/06 |
|---|---|---|---|
| **Print Name** John Gill | **PID** | **Print Name** Edwina Alofa | **ARJIS** 66069 |

**CONTRACT OFFICE USE:** The contractor, or his representative, will receive this Request for Referral via facsimile, follow up appointment and coordinate with the Sheriff's Department Detentions Medical Facility.

**APPOINTMENT DATE & TIME:**

**LOCATION OF APPOINTMENT:** ☐ Oral Surgery: _____   ☐ Optometry: _____
☐ UCSD Hillcrest
☐ OPC  ☐ ACC
☐ La Jolla  ☐ Perlman  ☐ Thornton  ☐ Moores Cancer Ctr  ☐ Shiley Eye
☐ Other UCSD Clinic: _____
☐ Other Hospital/Clinic: _____
**Estimated time frame for scheduled clinic/procedure/surgery:** _____

FAXED 10/28/06

**Instructions:** _____

☐ Approved  ☐ Modified  ☐ Denied  ☐ Deferral  ☐ Pending for additional information

**Comments:** _____

**Sheriff Custody Program Manager Signature:** _____    **Date:** _____

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
**REQUEST FOR REFERRAL**
Page 1 of 1

☐ DDF  ☐ GBDF/EMDF  ☐ LCDF  ☐ SBDF  ☐ SDCJ  ☐ VDF

Patient's Name: Daughtry, William

D.O.B. 10 - 07 - 55

Form J232A Rev 10/06

| 6 | 7 | 0 | 4 | 3 | 2 | 5 | | | | - | | | - | | |
Booking Number   Date (MM-DD-YY)

*The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Records Unit and is under the control either, in the ordinary course of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the business at or near the time of the act, condition or event.*

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

The record was prepared by the personnel of the San Diego County Sheriff's Department Medical Services Division, staff physicians, or persons acting under the control of either, in the ordinary course of Medical Services Division business at or near the time of the act, condition or event.

San Diego County Sheriff's Department Medical Records Unit

## Encounter Detail

**Type:** Clinic          **Reason:** 02- Referral          **Date:** 11-08-2006 1335

**Resource:**          **Cost:**

**Notes:** UCSD/Radiology CT scan
12:15
1.5 hours
level 3

## Objective

## Orders

## Encounter Notes

**Entry Date:** 11-13-2006 2044          **Entered By:** FMONTESH,   MONTENEGRO

Seen @UCSD /radiology,  DHS recieved , CT Scan done, reports to follow.

**Entry Date:** 11-08-2006 1336          **Entered By:** JTERCZNS,   TERCZYNKI

Referral completed.  Scheudled withUCSD/Radiology CT scan 11/13/06 @ 12:15 for 1.5 hours.  Level 3.  Referral faxed to facility.

## Med Alerts

| Continued From:<br>ARR/JUV. CON. | | **San Diego Regional**<br>**Officer's Report Narrative** | | Incident Number<br>06030020171 | |
|---|---|---|---|---|---|
| Page<br>2 of 3 | | | | Case Number | |
| Code Section And Description (one incident only)<br>HS / 11352(A) / TRANSPORT/SELL NARCOTIC/CONTROLLED SUBSTANCE | | Date<br>03/09/2006 | Day of Week<br>THU | Time<br>20:05 | |
| Location Of Incident (Or Address)<br>1400 J St. | | | City<br>SAN DIEGO | District | Beat<br>521 |
| Person(s) Involved: Victim | | | | | |
| Suspect (If Named)<br>Daughtery, William | | | | | |
| Property Tag No.(s) | | | | | |

chewing due to the motion and sounds he was making with his mouth. I believed he was attempting to chew and swallow the narcotics he was transporting. I gave Daughtery several commands to spit what he had in his mouth out and to pull out his hands from underneath him. Daughtery did not comply with either command. The position of my left arm was now underneath his jaw as I laid on my left side in an angle over the right side of his back. I maintained the position of my left arm in case Daughtery exposed some form of a weapon. I would then be able to implement a carotid restraint. While I maintained control of Daughtery during the entire incident, I did not notice nor did he indicate any signs of losing consciousness. Daughtery was still moving his body, his eyes were open, and he was breathing heavily.

Officer Tagaban, ID# 5794, arrived and assisted in the arrest. She applied force and distraction techniques in order to gain compliance from Daughtery. Officer Tagaban also told Daughtery several times to remove his hands out from underneath him. See her report for details.

After several attempts, Daughtery complied by bringing his right hand out from underneath him. I pulled the arm out further and held with my right knee until I was able to change my position and take him into custody. Officer Tagaban was able to get his left hand out as well at about the same time. Detective Peterson arrived to assist us into taking Daughtery into custody. As we handcuffed Daughtery, I saw him spit out a chewed up clear plastic bindle containing a white substance. It was approximately 4" – 6" away from his mouth. I also saw him clenching his right hand as we brought it back to handcuff him. Officer Tagaban assisted in handcuffing Daughtery and pried his hand open. Inside his hand was the pre-recorded money used in the operation.

When Daughtery spat out the bindle containing the substance he continued spitting as if he was clearing his mouth out. I also recovered the substance that Daughtery spat out onto the ground.

Detective Lemus returned to the area immediately and positively identified Daughtery as the subject who sold him the controlled substance.

It was not until Daughtery was brought to the County Jail admitting nurse that he complained of having pain. Daughtery claimed Officer Tagaban injured his left shoulder during the arrest. As the jail nurse inspected his shoulder I did not see signs of swelling or bruising. Daughtery had full motion of his shoulder and was able to remove his jacket and shirt using quick motions, manipulating his left shoulder around. Daughtery did not indicate of having any pain or discomfort while doing this. The nurse touched around the area several times before Daughtery complained of pain to that spot. In the area Daughtery indicated there was no bruising or swelling. Daughtery also said he was "suicidal and homicidal due to the emotional distress" he was put through. The nurse rejected Daughtery's admittance into jail and requested for him to be cleared through County Mental Health (C.M.H.) in order for him to be admitted.

| Reporting Officer<br>D. Wilson | ID #<br>5646 | Division<br>C2 | Approved By | | Date of Report<br>03/10/2006 | Time<br>20:45 |
|---|---|---|---|---|---|---|

**Continued Y**

| Continued From:<br>ARR/JUV. CON. | | San Diego Regional<br>Officer's Report Narrative | | Incident Number<br>06030020171 | |
|---|---|---|---|---|---|
| Page<br>3 of 3 | | | | Case Number | |
| Code Section And Description (one incident only)<br>HS / 11352(A) / TRANSPORT/SELL NARCOTIC/CONTROLLED SUBSTANCE | | Date<br>03/09/2006 | Day of Week<br>THU | | Time<br>20:05 |
| Location Of Incident (Or Address)<br>1400 J St. | | | City<br>SAN DIEGO | District | Beat<br>521 |
| Person(s) Involved: Victim | | | | | |
| Suspect (If Named)<br>Daughtery, William | | | | | |
| Property Tag No.(s) | | | | | |

While at C.M.H. Daughtery spoke to Dr. Ramsey. Daughtery denied being suicidal and just requested to be medicated. Once cleared from C.M.H. Officer Tagaban and I brought Daughtery back to jail. Daughtery became irate, cussing at the admitting nurse once he realized he was not receiving any medication. Daughtery told the nurse he was still suicidal since was not getting any medication. The nurse rejected Daughtery due to not enough "safety cells" at the jail facility. The County Jail Watch Commander advised us to book Daughtery into the County Jail in Vista. Officer Tagaban and I transported Daughtery up to Vista to book him into County Jail. While Daughtery spoke to the admitting nurse at the Vista jail, he indicated the same injuries to his left shoulder. The nurse inspected the shoulder and I again did not see any swelling or bruising. Daughtery was able to remove his jacket and shirt without indicating any pain or discomfort pretty much in the same manner as he did before. When he placed his shirt and jacket back on though, he showed he was in slight discomfort but was able to do it. Daughtery was booked into jail without further incident.


I recovered the following items as evidence from Daughtery incident to his arrest.

    1) A plastic bindle containing a white substance that he spat out from his mouth.
    2) The pre recorded money used in the operation that was clenched in right hand.

Detective Lemus took custody of the items from me at the Central Substation.


**REPORTING OFFICER: D. Wilson #5646**        **CENTRAL DIVISION NARCOTICS 619-744-9548**
**DATE: 03-10-06   TIME: 1830 HOURS**        **APPROVED BY: Sgt.WTGriffin; 4210**

| Reporting Officer<br>D. Wilson | ID #<br>5646 | Division<br>C2 | Approved By | Date of Report<br>03/10/2006 | Time<br>20:45 |
|---|---|---|---|---|---|

**Continued Y**