UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, | ) Case No. 08cv408 (WQH) BLM |
| Plaintiff, | ) **DECLARATION OF SERVICE** |
| v. | ) |
| DENNIS WILSON; ESMERALDA TAGABAN; GRIFFIN; LEMUS, CITY OF SAN DIEGO AND SAN DIEGO POLICE DEPARTMENT | ) ) ) ) ) |
| Defendants. | ) |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents, **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLANT,** in the following manner: (Check one)

1) _____    By personally delivering copies to the person served.

2) _____    By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) __X__    By placing a copy in a separate envelope, for each address named below, and placing it for collection and mailing with the United States Postal Service, at San Diego, California on **August 28, 2008**

**SERVICE LIST**

William John Daughtery
F-79985
PO Box 2349
Blythe, CA  92226

Executed on **August 28, 2008**, at San Diego, California.

CARMEN SANDOVAL

1