**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY,<br><br>            Plaintiff,<br><br>   v.<br><br>DENNIS WILSON; et al.,<br><br>            Defendants. | Case No. 08cv408 (WQH) BLM<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE FINAL PRE-TRIAL CONFERENCE DATE AND RELATED DATES**<br><br>[Doc. No. 85] |

Good cause appearing, the application of Defendants TAGABAN, GRIFFIN, and LEMUS [Doc. No. 85] is **GRANTED** and the Court hereby orders that the pre-trial dates are reset and continued as follows:

| | **Old Date** | **New Date** |
|---|---|---|
| [Supplemental] Expert Designation | August 1, 2008 | February 27, 2009 |
| Expert Disclosures | September 19, 2008 | April 11, 2009 |
| Rebuttal Expert Disclosures | October 3, 2008 | April 24, 2009 |
| Completion of Discovery | November 14, 2008 | May 25, 2009 |
| Pretrial Motions | January 12, 2009 | June 20, 2009 |
| Pretrial Disclosures | April 20, 2009 | October 5, 2009 |
| Pretrial Meeting pursuant to Local Rule 16.1(f)(4) | April 27, 2009 | October 13, 2009 |

1

|  | **Old Date** | **New Date** |
|---|---|---|
| Proposed Final Pretrial Conference Order Pursuant to Local Rule 16.1(f)(6) | May 4, 2009 | October 19, 2009 |
| Final Pretrial Conference | May 11, 2009 | October 26, 2009 |

**IT IS SO ORDERED.**

Dated: January 28, 2009

BARBARA L. MAJOR
United States Magistrate Judge